# DECLARATION OF SERVICE

| Case: 25-cv-1252 | Court: United States District Court, Eastern District of Wisconsin | County: | Job: 13988457 (2/2) |
|---|---|---|---|
| **Plaintiff / Petitioner:** City of La Crosse, individually and on behalf of all others similarly situated | | **Defendant / Respondent:** Oshkosh Corporation, et al. | |
| **Received by:** Dane County Civil Process, LLC | | **For:** Crueger Dickinson LLC | |
| **To be served upon:** Rev Group, Inc. | | | |

I, Andrew Litzenberg, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  Amy Campbell, CFO, Company: 245 South Executive Drive, Suite 100, Brookfield, WI 53005
Manner of Service:    Business, Aug 25, 2025, 1:08 pm CDT
Documents:       Summons in a Civil Action (Received Aug 21, 2025 at 4:00 pm CDT), Complaint

Additional Comments:
1) Successful Attempt: Aug 25, 2025, 1:08 pm CDT at Company: 245 South Executive Drive, Suite 100, Brookfield, WI 53005 received by Amy Campbell, CFO. Age: Mid to late 40s ; Ethnicity: Caucasian; Gender: Female; Weight: 140-160 lbs; Height: 5'5"; Hair: Blond; Left documents with Amy Campbell, CFO

I declare under the criminal penalty of false swearing that the information I have provided is true and accurate.

*[signature]*            08/27/2025

Andrew Litzenberg         Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
(414) 897-1606