# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| CITY OF LA CROSSE | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:25-cv-1252-BBC |
| OSHKOSH CORPORATION, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

CITY OF LA CROSSE          .

Date:      09/03/2025

/s/ Steve W. Berman
*Attorney's signature*

Steve W. Berman (12536)
*Printed name and bar number*

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

*Address*

steve@hbsslaw.com
*E-mail address*

(206) 623-7292
*Telephone number*

(206) 623-0594
*FAX number*