# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| CITY OF LA CROSSE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-1252-BBC |
| OSHKOSH CORPORATION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

CITY OF LA CROSSE .

Date: 09/03/2025

/s/ Abigail D. Pershing
*Attorney's signature*

Abigail D. Pershing (346467)
*Printed name and bar number*

Hagens Berman Sobol Shapiro LLP
301 North Lake Avenue, Suite 2000
Pasadena, CA 91101

*Address*

abigailp@hbsslaw.com
*E-mail address*

(213) 330-7145
*Telephone number*

(213) 330-7152
*FAX number*