# <u>RETURN OF SERVICE</u>

## UNITED STATES DISTRICT COURT
### Eastern District of Wisconsin

Case Number: 25-CV-1252

Plaintiff:
**CITY OF LA CROSSE, individually and on behalf of all others similarly situated**

vs.

Defendants:
**OSHKOSK CORPORATION, et al.**

For:
Erin K. Dickinson, Esq.
CRUEGER DICKINSON, LLC
4532 North Oakland Avenue
Milwaukee, WI 53211

Received by BLACK DIAMOND PROCESS SERVICE on the 21st day of August, 2025 at 4:07 pm to be served on **THE FIRE APPARATUS MANUFACTURERS' ASSOCIATION, C/O REGISTERED AGENT, SONYA KELLY, 4076 SE 61ST PLACE, OCALA, FL 34480**.

I, KENNETH W. KELLEY, JR., do hereby affirm that on the **3rd day of September, 2025** at **6:08 pm, I:**

**<u>SERVED</u> A CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION with CLASS ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SONYA KELLY** as **REGISTERED AGENT** at the address of: **4076 SE 61ST PLACE, OCALA, FL 34480**, and informed said person of the contents therein.

**Description** of Person Served: Age: 50 to 55, Sex: F, Race/Skin Color: Caucasian, Height: 5'3" to 5'5", Weight: 140 to 145, Hair: Blonde, Glasses: N

I certify that I have no interest in the above action, am over the age of 18, and have proper authority in the jurisdiction in which this service was effected.  Under penalties of perjury, I declare that I have read the foregoing return and that the facts stated in it are true to the best of my knowledge.

_____
**KENNETH W. KELLEY, JR.**
C.P.S. ID #03-4-14

**BLACK DIAMOND PROCESS SERVICE**
**www.blackdiamondprocess.com**
**1202 S.W. 17th Street, Suite 201, #224**
**Ocala, FL 34471**
**(855) 737-8335**

Our Job Serial Number: BDI-2025029829

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e