# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| City of La Crosse | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-1252 |
| Oshkosh Corporation, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

REV Group, Inc.                                                                                          .

Date:     09/11/2025

Joseph L. Olson
*Attorney's signature*

Joseph L. Olson, #1046162
*Printed name and bar number*

Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202

*Address*

jlolson@michaelbest.com
*E-mail address*

(414) 271-6560
*Telephone number*

(414) 277-0656
*FAX number*

Case 1:25-cv-01252-WCG     Filed 09/11/25     Page 1 of 1     Document 10