**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| CITY OF LA CROSSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:25-CV-1252 |
| | ) | |
| OSHKOSH CORPORATION, et. al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT REV GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant REV Group, Inc. submits this Corporate Disclosure Statement pursuant to Civil L. R. 7.1 as follows:

REV Group, Inc. is represented by its undersigned attorneys Michael Best & Friedrich LLP and Davis Polk & Wardwell LLP.  REV Group, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date:  September 11, 2025

By: */s/Daniel J. Vaccaro*
Daniel J. Vaccaro, #1018037
Joseph L. Olson, #1046162
Ena M. Allen, #1101342
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke, (Admission Forthcoming)
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace, (Admission Forthcoming)
Sean Stefanik, (Admission Forthcoming)
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
REV GROUP, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025 a copy of the foregoing was served on all counsel of record via ECF.

*/s/ Daniel J. Vaccaro*
Daniel J. Vaccaro

*Attorney for Defendant REV Group, Inc.*