# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| City of La Crosse | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    25-CV-1252 |
| Oshkosh Corporation, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

REV Group, Inc.                                 .

Date:     09/11/2025

                                               Daniel J. Vaccaro
                                               *Attorney's signature*

                                       Daniel J. Vaccaro, #1018037
                                             *Printed name and bar number*

                                     Michael Best & Friedrich LLP
                                   790 North Water Street, Suite 2500
                                                Milwaukee, WI 53202

                                                     *Address*

                                    djvaccaro@michaelbest.com
                                                 *E-mail address*

                                         (414) 271-6560
                                               *Telephone number*

                                         (414) 277-0656
                                                   *FAX number*