**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>              Defendants. | Case No. 1:25- cv-01252<br><br>Hon. Byron B. Conway |

**DEFENDANTS OSHKOSH CORPORATION AND PIERCE MANUFACTURING, INC.'S CIVIL L. R. 7.1 DISCLOSURE STATEMENT**

Defendants Oshkosh Corporation and Pierce Manufacturing, Inc. furnish the following disclosure statement pursuant to Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1:

1. The undersigned represent Oshkosh Corporation and Pierce Manufacturing, Inc. in this action.

2. Pierce Manufacturing, Inc. is a wholly owned subsidiary of Oshkosh Corporation.

3. Oshkosh Corporation is a publicly held corporation. The Vanguard Group, Inc. holds approximately 12.78% of Oshkosh Corporation's stock, and BlackRock, Inc. holds approximately 10.58% of Oshkosh Corporation's stock. No other publicly held corporation owns more than 10% of Oshkosh Corporation's stock.

4. Only attorneys from Jenner & Block LLP and Godfrey & Kahn, S.C. are expected to appear on behalf of Oshkosh Corporation and Pierce Manufacturing in this action.

1

Dated: September 11, 2025 Respectfully submitted,

/s/ *Daniel T. Flaherty*
Daniel T. Flaherty (Bar No. 1011357)
GODFREY & KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-3500
dflaherty@gklaw.com

Reid Schar (Admission Forthcoming)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

Douglas E. Litvack (Admission Forthcoming)
Jariel A. Rendell (Admission Forthcoming)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Admission Forthcoming)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Attorneys for Defendants Oshkosh Corporation and*
*Pierce Manufacturing, Inc.*

2