# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| City of La Crosse | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-CV-1252 |
| Oshkosh Corporation, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

REV Group, Inc.                                                                                          .

Date:      09/11/2025

Ena M. Allen
*Attorney's signature*

Ena M. Allen, #1101342
*Printed name and bar number*

Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202

*Address*

Ena.Allen@michaelbest.com
*E-mail address*

(414) 271-6560
*Telephone number*

(414) 277-0656
*FAX number*