# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| City of La Crosse | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 25-CV-1252 |
| Oshkosh Corporation, et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Rosenbauer America, LLC                                                                                      .

Date:      09/11/2025

Ashley B. Eickhof
*Attorney's signature*

Ashley B. Eickhof
*Printed name and bar number*
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006

*Address*

ashley.eickhof@bakermckenzie.com
*E-mail address*

(202) 835-4258
*Telephone number*

(202) 416-4258
*FAX number*