**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>          Defendants. | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |

## <u>DEFENDANT ROSENBAUER AMERICA, LLC'S RULE 7.1 DISCLOSURE STATEMENT</u>

The undersigned, as counsel for Rosenbauer America, LLC, furnishes the following list in compliance with Civil Local Rule 7.1 and Federal Rule of Civil Procedure 7.1:

1. I represent Defendant Rosenbauer America, LLC.

2. Rosenbauer America, LLC, is a wholly owned subsidiary of Rosenbauer Holdings, Inc., which is a wholly owned subsidiary of Rosenbauer International AG.

3. Rosenbauer International AG is a publicly held Austrian corporation that indirectly owns 100% of Rosenbauer America, LLC's stock.

4. Baker & McKenzie LLP will appear for Rosenbauer America, LLC. Local Counsel is also expected to appear for Rosenbauer America, LLC.

Dated: September 11, 2025                     Respectfully submitted,


<u>s/ Ashley B. Eickhof</u>
Ashley B. Eickhof (CA Bar No. 307143)
Creighton J. Macy (Admission Forthcoming)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
Telephone: (202) 835-4258
Email: ashley.eickhof@bakermckenzie.com


*Attorneys for Defendant Rosenbauer America, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 11, 2025, I caused a copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be electronically filed with the Clerk via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's CM/ECF System.

*s/ Ashley B. Eickhof*
Ashley B. Eickhof


*Attorney for Defendant Rosenbauer America, LLC*