CITY OF LA CROSSE, individually and on
behalf of all others similarly situated,

Case No. 25-CV-01252

Plaintiff,

v.

OSHKOSH CORPORATION, et. al.,

Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Daniel T. Flaherty of the law firm of Godfrey & Kahn, S.C. appears as counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc. in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated this 11th day of September, 2025.

By: *s/ Daniel T. Flaherty*
Daniel T. Flaherty
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
Phone: 414-273-3500
Email: dflaherty@gklaw.com

*Attorneys for Defendants
Oshkosh Corporation and Pierce
Manufacturing, Inc.*

36479904.1