**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>Defendants. | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |

**JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO EXTEND AND ALIGN DEADLINES TO RESPOND TO COMPLAINT AND SET AGREED BRIEFING SCHEDULE**

Plaintiff, City of La Crosse ("Plaintiff"), and Defendants, Oshkosh Corporation, Pierce Manufacturing, Inc., Rev Group, Inc., Rosenbauer America, LLC, and Fire Apparatus Manufacturers Association (collectively, "Defendants") (together with Plaintiff, the "Parties"), hereby jointly move to extend and align Defendants' deadlines to respond to Plaintiff's Class Action Complaint ("Complaint") and to set an agreed briefing schedule on Defendants' forthcoming motion(s) to dismiss. In support of their motion, the Parties state as follows.

1.      Plaintiff filed its Complaint on August 20, 2025 alleging violations of federal and state antitrust laws as well as state common law. ECF No. 1.

2.      Defendants' responses to the Complaint are currently due on the following dates:

a.  Rev Group, Inc.: September 15, 2025;

b.  Oshkosh Corporation: October 20, 2025;

c.  Pierce Manufacturing, Inc: October 20, 2025; and

d.  Rosenbauer America, LLC: October 27, 2025.

Plaintiff attempted to serve Fire Apparatus Manufacturers Association on September 3, 2025; they disagree as to whether Plaintiff has effectuated service as to Fire Apparatus Manufacturers Association.  *Cf.* ECF No. 9.

3.  The Parties agree that it would be appropriate to extend and align Defendants' deadlines to respond to the Complaint and to set the following briefing schedule for Defendants' forthcoming motion(s) to dismiss:

a.  Defendants' motion(s) to dismiss to be filed by November 7, 2025;

b.  Plaintiff's opposition(s) to Defendants' motion(s) to dismiss to be filed by January 30, 2026; and

c.  Defendants' replies in support of their motion(s) to dismiss to be filed by March 16, 2026.

4.  The Parties submit that good cause exists for the relief requested because: (1) this is the first request for an extension with respect to Defendants' responses to the Complaint; (2) the Parties have conferred and agreed to the requested briefing schedule for Defendants' forthcoming motion(s) to dismiss; and (3) the requested extension and briefing schedule are necessary to enable the efficient preparation and submission of Defendants' motion(s) to dismiss and the response(s) and repl(y)(ies) thereto.

WHEREFORE, the Parties respectfully request that the Court extend and align Defendants' deadlines to respond to the Complaint to November 7, 2025 and set the foregoing agreed briefing schedule on Defendants' forthcoming motion(s) to dismiss.

Dated: September 11, 2025                    Respectfully Submitted,

By: ___/s/ Steve W. Berman_____
Steve W. Berman (Bar No. 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Abigail D. Pershing (Bar No. 346467)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Email: abigailp@hbsslaw.com

Erin Dickinson (Bar No. 1036707)
Charles Crueger (Bar No. 1029825)
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Counsel for Plaintiff City of La Crosse*

s/ *Daniel D. Flaherty*_____
Daniel T. Flaherty (Bar No. 1011357)
GODFREY & KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

Reid Schar (Admission Forthcoming)
JENNER & BLOCK LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

Douglas E. Litvack (Admission Forthcoming)
Jariel A. Rendell (Admission Forthcoming)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001

3

(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Admission Forthcoming)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Attorneys for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.*

s/ *Ena M. Allen*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
MICHAEL BEST & FRIEDRICH LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Admission Forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Admission Forthcoming)
Sean Stefanik (Admission Forthcoming)
DAVIS POLK & WARDWELL LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Attorneys for Defendant Rev Group, Inc.*

4

s/ *Ashley B. Eickhof*
Ashley B. Eickhof (CA Bar No. 307143)
Creighton J. Macy (Admission Forthcoming)
BAKER & MCKENZIE LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com

*Attorneys for Defendant Rosenbauer America, LLC*

s/ *John P. Loringer*
John P. Loringer (Bar No. 1059778)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com

*Attorney for Defendant Fire Apparatus*
*Manufacturers Association*

5