# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

CITY OF LA CROSSE, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

        Defendants.

Case No. 1:25-cv-01252

Hon. Byron B. Conway

## [PROPOSED] ORDER

This matter has come before the Court on the Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Extend and Align Deadlines to Respond to Complaint and Set Agreed Briefing Schedule. The Court, being familiar with the Motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that the deadline to file pleadings in response to the Complaint and to set the following briefing schedule for Defendants' forthcoming motion(s) to dismiss:

    a. Defendants' motion(s) to dismiss to be filed by November 7, 2025;

    b. Plaintiff's opposition(s) to Defendants' motion(s) to dismiss to be filed by January 30, 2026; and

    c. Defendants' replies in support of their motion(s) to dismiss to be filed by March 16, 2026.

DATED: _____


                                              _____

Hon. Bryon B. Conway
United States District Judge

2