UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CITY OF LA CROSSE, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

OSHKOSH CORPORATION, et. al.,

Defendants.

Case No. 25-CV-01252

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Allison W. Reimann of the law firm of Godfrey & Kahn,

S.C. appears as counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc. in

the above-captioned action. A copy of all future papers and filings in this action should be served

upon counsel via the Court's CM/ECF System.

Dated this 12th day of September, 2025.

GODFREY & KAHN, S.C.

By: *s/ Allison W. Reimann*
Allison W. Reimann
State Bar No. 1107864
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Phone: 608-257-3911
Fax: 608-257-0609
areimann@gklaw.com

*Attorneys for Defendants*
*Oshkosh Corporation and Pierce*
*Manufacturing, Inc.*

36482560.1