## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>                Defendants. | Case No. 1:25-cv-01252<br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Andrew Scarpace of the law firm of Wilson Elser Moskowitz Edelman and Dicker LLP, appears as counsel for Defendants Fire Apparatus Manufacturers' Association in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated this 12th day of September 2025.

/s/_____

Andrew Scarpace, Bar ID # 1104777
John P. Loringer, Bar ID # 0390894
Wilson Elser Moskowitz Edelman & Dicker, LLP
555 E. Wells Street, #1730
Milwaukee, WI 53202
P: 414-276-8816
John.loringer@wilsonelser.com
Andrew.scarpace@wilsonelser.com

*Attorneys for Defendant, Fire Apparatus Manufacturers' Association*

319963174v.1