**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>          Defendants. | Case No. 1:25-cv-01252<br><br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure Rule 7.1, Defendant Fire Apparatus Manufacturers' Association makes the following disclosures:

Fire Apparatus Manufacturers' Association is represented by its undersigned Attorney's at Wilson Elser Moskowitz Edelman & Dicker, LLP. Fire Apparatus Manufacturers' Association does not have a parent corporation or wholly owned subsidiary, and no publicly held corporation owns 10% or more of Fire Apparatus Manufacturers' Association's stock.

Date: September 12th, 2025.

/s/_____

John P. Loringer, Bar ID # 0390894
Andrew Scarpace, Bar ID #1104777
Wilson Elser Moskowitz Edelman & Dicker, LLP
555 E. Wells Street, #1730

Milwaukee, WI 53202
P: 414-276-8816
John.loringer@wilsonelser.com
Andrew.scarpace@wilsonelser.com

*Attorneys for Defendant, Fire Apparatus Manufacturers' Association*