UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CITY OF LA CROSSE,**

        **Plaintiff,**

    v.                              Case No. 25-CV-1252

**OSHKOSH CORPORATION,**
**PIERCE MANUFACTURING, INC.,**
**REV GROUP, INC.,**
**ROSENBAUER AMERICA, LLC, and**
**FIRE APPARATUS MANUFACTURERS' ASSOCIATION,**

        **Defendants.**

---

## ORDER EXTENDING TIME

This matter has come before the court on the Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Extend and Align Deadlines to Respond to Complaint and Set Agreed Briefing Schedule. The court, being familiar with the motion, the applicable law, and the relevant facts, orders as follows:

**IT IS THEREFORE ORDERED** that the deadline to file pleadings in response to the Complaint and to set the following briefing schedule for Defendants' forthcoming motion(s) to dismiss:

    a. Defendants' motion(s) to dismiss to be filed by November 7, 2025;

    b. Plaintiff's opposition(s) to Defendants' motion(s) to dismiss to be filed by January 30, 2026; and

c. Defendants' replies in support of their motion(s) to dismiss to be filed by March 16, 2026.

Dated at Green Bay, Wisconsin this 15th day of September, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
