# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| City of La Crosse | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-1252 |
| Oshkosh Corporation, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REV Group, Inc.                                                                                    .

Date:     09/18/2025

/s/ Mari Grace
*Attorney's signature*

Mari Grace, #90009858
*Printed name and bar number*

Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036

*Address*

mari.grace@davispolk.com
*E-mail address*

(202) 962-7020
*Telephone number*

(202) 962-5642
*FAX number*