# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| City of La Crosse | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-CV-1252 |
| Oshkosh Corporation, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

REV Group, Inc.                                                                                                          .

Date:      09/18/2025

/s/ Arthur J. Burke
*Attorney's signature*

Arthur J. Burke, #1175568
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017

*Address*

arthur.burke@davispolk.com
*E-mail address*

(212) 450-4352
*Telephone number*

(212) 701-5352
*FAX number*