# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| CITY OF LA CROSSE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-CV-01252 |
| OSHKOSH CORPORATION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Defendant Rosenbauer America LLC                                                                                          .

Date:        09/23/2025

/s/ David J. Turek
*Attorney's signature*

David J .Turek (1035356)
*Printed name and bar number*

Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI  53202
*Address*

turek@gassturek.com
*E-mail address*

(414) 224-3445
*Telephone number*

(414) 224-6116
*FAX number*