# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| CITY OF LA CROSSE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-01252-BBC |
| OSHKOSH CORPORATION, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

OSHKOSH CORPORATION AND and PIERCE MANUFACTURING INC.                                        .

Date:     09/23/2025

/s/ Reid J. Schar
*Attorney's signature*

Reid J. Schar (6243821)
*Printed name and bar number*

353 N. Clark Street
Chicago, Illinois 60654

*Address*

RSchar@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*