# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| CITY OF LA CROSSE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-01252-BBC |
| OSHKOSH CORPORATION, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

OSHKOSH CORPORATION and PIERCE MANUFACTURING INC.                    .

Date:     09/23/2025

/s/ Jariel A. Rendell
*Attorney's signature*

Jariel A. Rendell (1027023)
*Printed name and bar number*

1099 New York Avenue NW
Washington, DC 20001-4412

*Address*

JRendell@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*