# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| CITY OF LA CROSSE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01252-BBC |
| OSHKOSH CORPORATION, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

OSHKOSH CORPORATION and PIERCE MANUFACTURING INC.                              .

Date:    09/23/2025

/s/ Douglas E. Litvack
*Attorney's signature*

Douglas E. Litvack (1024973)
*Printed name and bar number*

1099 New York Avenue NW
Washington, DC 20001-4412

*Address*

DLitvack@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*