UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>                              Defendants. | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |

**JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR A SIXTY-DAY STAY TO ALLOW COORDINATION OF RELATED CASES**

Plaintiff, City of La Crosse ("Plaintiff"), and Defendants, Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America, LLC, and Fire Apparatus Manufacturers' Association (collectively, "Defendants") (collectively, the "Parties"), jointly move the Court to stay this case for sixty (60) days and suspend all deadlines, including Defendants' deadline to respond to the Complaint filed in this Action (the "La Crosse Complaint") and the briefing schedule on Defendants' forthcoming motion(s) to dismiss. The Parties seek this stay to allow time for counsel for Plaintiff in this case to coordinate with counsel for plaintiffs in *City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543, and in related to-be-filed complaints, as well as time for the Parties to file a motion to consolidate this case with *City of Augusta* and other to-be-filed cases. In support of their motion, the Parties state:

1.      Plaintiff filed its complaint in this case (the "La Crosse Complaint"), on August 20, 2025, alleging violations of federal and state antitrust laws as well as state common law. ECF No. 1.

2.      On September 15, 2025, the Court entered an order extending Defendants' time to respond to the La Crosse Complaint and setting a briefing schedule on Defendants' forthcoming motion(s) to dismiss. ECF No. 24.

3.      On October 7, 2025, the City of Augusta, Maine filed an antitrust class action complaint (the "Augusta Complaint") against Defendants in this District. *See City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543 (E.D. Wis. Oct. 7, 2025), ECF No. 1 **(Exhibit A)**. The Augusta Complaint asserts federal antitrust claims for damages and injunctive relief on behalf of a proposed nationwide class of direct purchasers of fire trucks from the manufacturer Defendants. . *Compare* ECF No. 1, *with* Exhibit A, Augusta Complaint. The La Crosse Complaint and the Augusta Complaint raise common questions of law and fact.

4.      In addition to the Augusta Complaint, the Parties anticipate at least two more complaints against Defendants, also alleging substantively identical factual allegations and bringing antitrust claims against Defendants. *See* contemporaneously filed Declaration of Steve W. Berman, ¶ 3. The La Crosse Complaint and the to-be-filed complaints will likely raise common questions of law and fact. *Id.* ¶ 4.

5.      Given the commonalities across the complaints, the Parties intend to move to consolidate the La Crosse Complaint and the Augusta Complaint, as well as any related to-be-filed complaints, pursuant to Federal Rule of Civil Procedure 42(a) and Civil L.R. 42. If the Court consolidates the cases, the Parties anticipate the filing of a consolidated complaint superseding the La Crosse Complaint, the Augusta Complaint, and any related to-be-filed complaints.

6. To promote judicial economy and avoid adjudication of premature motions, the Parties request that the Court stay this case for sixty (60) days and suspend all deadlines, including Defendants' deadline to respond to the La Crosse Complaint and the briefing schedule on Defendants' forthcoming motion(s) to dismiss (ECF No. 24). This stay will allow time for counsel for Plaintiff in this case to coordinate with counsel for plaintiffs in *City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543, and in related to-be-filed complaints, and for the Parties to move for consolidation as appropriate. In the event counsel for the various plaintiffs are unable to agree on appropriate organization of the case moving forward, the stay will alternatively allow time for counsel for the various plaintiffs to propose a schedule to the Court regarding briefing of leadership motions.

7. The Parties will file a motion to set new deadlines, including Defendants' deadline to respond to the La Crosse Complaint or a superseding consolidated complaint and a briefing schedule on Defendants' forthcoming motion(s) to dismiss, after the Court rules on the Parties' forthcoming motion to consolidate and any leadership motion(s). No party is prejudiced by this request and good cause exists for the requested relief pursuant to Rule 16(b)(4).

8. Accordingly, the Parties respectfully request that the Court stay this case for sixty (60) days and suspend all deadlines, including Defendants' deadline to respond to the La Crosse Complaint and the briefing schedule on Defendants' forthcoming motion(s) to dismiss (ECF No. 24).

Dated: October 28, 2025                                          Respectfully Submitted,

s/ *Steve W. Berman*                                             s/ *Daniel T. Flaherty*
Steve W. Berman (Bar No. 12536)                                  Daniel T. Flaherty (Bar No. 1011357)
Hagens Berman Sobol Shapiro LLP                                  Godfrey & Kahn S.C.
1301 Second Avenue, Suite 2000                                   833 East Michigan Street, Suite 1800
Seattle, WA 98101                                                Milwaukee, WI 53202

3

Telephone: (206) 623-7292  
Facsimile: (206) 623-0594  
Email: steve@hbsslaw.com

Abigail D. Pershing (Bar No. 346467)  
Hagens Berman Sobol Shapiro LLP  
301 North Lake Avenue, Suite 920  
Pasadena, CA 91101  
Telephone: (213) 330-7150  
Email: abigailp@hbsslaw.com

Erin Dickinson (Bar No. 1036707)  
Charles Crueger (Bar No. 1029825)  
CRUEGER DICKINSON LLC  
4532 North Oakland Avenue  
Milwaukee, WI 53211  
Telephone: (414) 210-3868  
Email: ekd@cruegerdickinson.com  
Email: cjc@cruegerdickinson.com

*Counsel for Plaintiff City of La Crosse*

(414) 273-5198  
dflaherty@gklaw.com

Reid Schar (Bar No. 6243821)  
Jenner & Block LLP  
525 Market Street, 29th Floor  
San Francisco, CA 94105  
(628) 267-6800  
rschar@jenner.com

Douglas E. Litvack (Bar No. 1024973)  
Jariel A. Rendell (Bar No. 1027023)  
Jenner & Block LLP  
1099 New York Avenue, NW, Suite 900  
Washington, DC 20001  
(202) 637-6357  
dlitvack@jenner.com  
jrendell@jenner.com

Jacob P. Wentzel (Admission Forthcoming)  
Jenner & Block LLP  
353 North Clark Street  
Chicago, IL 60654  
(312) 222-9350  
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.*

s/ *Ena M. Allen*  
Daniel J. Vaccaro (Bar No. 1018037)  
Joseph L. Olson (Bar No. 1046162)  
Ena M. Allen (Bar No. 1101342)  
Michael Best & Friedrich LLP  
790 North Water Street, Suite 2500  
Milwaukee, WI 53202  
(414) 271-6560  
djvccaro@michaelbest.com  
jlolson@michaelbest.com  
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)  
Davis Polk & Wardwell LLP  
450 Lexington Ave  
New York, NY 10017  
(212) 450-4000

arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendant REV Group, Inc.*

s/ *David J. Turek*
David J. Turek (Bar No. 1035356)
Joshua S. Greenberg (Bar No. 1107959)
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

Ashley B. Eickhof (Bar No. 307143)
Creighton J. Macy (Bar No. 1002479)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com

*Counsel for Defendant Rosenbauer America, LLC*

s/ *John P. Loringer*
John P. Loringer (Bar No. 1059778)
Andrew Scarpace (Bar No. 1104777)
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com
andrew.scarpace@wilsonelser.com

*Counsel for Defendant Fire Apparatus Manufacturers' Association*