**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>               Defendants. | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |

## [PROPOSED] ORDER

This matter has come before the Court on the Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion for a Sixty-Day Stay to Allow Coordination of Related Cases. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that the case is stayed for sixty (60) days and all deadlines are suspended, including deadlines on Defendants' forthcoming motion(s) to dismiss (ECF No. 24), to allow time for counsel for Plaintiff in this case to coordinate with counsel for plaintiffs in related cases including *City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543, and to-be-filed cases, as well as time for the Parties in this case to file a motion to consolidate.

DATED: _____

_____
Hon. Bryon B. Conway
United States District Judge