UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>Defendants. | Case No. 1:25-cv-01252<br><br>Honorable Byron B. Conway |

**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF
JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR A
SIXTY-DAY STAY TO ALLOW COORDINATION OF RELATED CASES**

I, Steve W. Berman declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am the managing partner of Hagens Berman Sobol Shapiro LLP and counsel for Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and would competently testify thereto if called upon.

2. I submit this declaration in support of Plaintiff's Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion for a Sixty-Day Stay Pending Consolidation with Related Cases.

3. I have spoken with counsel from two other law firms who intend to file complaints similar to the complaint in the above-captioned matter. It is my understanding that these new filings will allege substantively identical factual allegations to those raised in the complaint in the above-captioned matter and will bring antitrust claims against Defendants.

4. Given these similarities, it is my opinion that the complaint in the above-captioned matter and the complaints in these to-be-filed cases will raise common questions of law and fact.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of October in Seattle, Washington.

DATED: October 25, 2025        **HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman

*Attorney for Plaintiff*