# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CITY OF LA CROSSE,
individually and on
behalf of all others similarly situated,

           Plaintiff,

      v.                              Case No. 25-CV-1252

OSHKOSH CORPORATION,
PIERCE MANUFACTURING, INC.,
REV GROUP, INC.,
ROSENBAUER AMERICA, LLC,
FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

           Defendants.

## ORDER

This matter has come before the Court on the Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion for a Sixty-Day Stay to Allow Coordination of Related Cases. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

**IT IS THEREFORE ORDERED** that the case is stayed for sixty (60) days and all deadlines are suspended, including deadlines on Defendants' forthcoming motion(s) to dismiss (ECF No. 24), to allow time for counsel for Plaintiff in this case to coordinate with counsel for plaintiffs in related cases including City of Augusta v.

Oshkosh Corp., et al., No. 1:25-cv-01543, and to-be-filed cases, as well as time for the parties in this case to file a motion to consolidate.

Dated at Green Bay, Wisconsin this 31st day of October, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
