# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| CITY OF LA CROSSE, et al., | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    1:25-cv-01252-BBC |
| OSHKOSH CORPORATION, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

OSHKOSH CORPORATION and PIERCE MANUFACTURING INC.                           .

Date:        11/04/2025

/s/Jacob P. Wentzel
*Attorney's signature*

Jacob P. Wentzel (6333530)
*Printed name and bar number*

353 North Clark Street
Chicago, Illinois 60654
*Address*

jwentzel@jenner.com
*E-mail address*

312-222-9350
*Telephone number*

312-527-0484
*FAX number*