**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

CITY OF LA CROSSE, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

        Defendants.

Case No. 1:25-cv-01252

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Marcella S. Spoto of the law firm of Wilson Elser Moskowitz Edelman and Dicker LLP, appears as counsel for Defendants Fire Apparatus Manufacturers' Association in the above-captioned action. A copy of all future papers and filings in this action should be served upon counsel via the Court's CM/ECF System.

Dated this 2nd day of December 2025.

/s/_____

John P. Loringer, Bar ID # 0390894
Marcella S. Spoto, Bar ID # 1038044
Andrew Scarpace, Bar ID # 1104777
Wilson Elser Moskowitz Edelman & Dicker, LLP
555 E. Wells Street, #1730
Milwaukee, WI 53202
P: 414-276-8816
John.loringer@wilsonelser.com
Marcella.spoto@wilsonelser.com
Andrew.scarpace@wilsonelser.com

*Attorneys for Defendant, Fire Apparatus*
*Manufacturers' Association*

325801864v.1