# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>        Defendants. | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |
| IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01543-BCC<br><br>Hon. Byron B. Conway |
| CITY OF ONALASKA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>        Defendants. | Case No. 1:25-cv-01717-BBC<br><br>Hon. Byron B. Conway |

## JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO SUSPEND DEADLINES TO ALLOW FOR FURTHER CONSOLIDATION AND FILING OF CONSOLIDATED AMENDED COMPLAINTS

Plaintiffs in the above-captioned actions, City of La Crosse, City of Onalaska, and the Direct Purchaser Plaintiffs (i.e., City of Augusta, Newstead, and City of Philadelphia) (collectively, "Plaintiffs"), and Defendants, Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America, LLC, and Fire Apparatus Manufacturers' Association (collectively, "Defendants") (together with Plaintiffs, "the Parties"), jointly move the Court to suspend all deadlines, including Defendants' deadlines to respond to Plaintiffs' complaints, to allow time for the Parties to pursue further consolidation among the actions and for Plaintiffs to file consolidated amended complaint(s). In support of their motion, the Parties state:

1.      Plaintiffs brought five separate putative class action lawsuits in this Court against Defendants alleging antitrust and other violations of law relating to the price of fire trucks: *City of La Crosse v. Oshkosh Corp., et al.*, No. 1:25-cv-01252-BBC (the "*La Crosse*" action); *City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543-BBC (the "*Augusta*" action); *The Newstead Fire Co., Inc. v. Oshkosh Corp., et al.*, No. 1:25-cv-01693-BBC (the "*Newstead*" action); *City of Onalaska v. Oshkosh Corp., et al.*, No. 1:25-cv-01717-BBC (the "*Onalaska*" action); and *City of Philadelphia v. Oshkosh Corp., et al.*, No. 1:25-cv-01801-BBC (the "*Philadelphia*" action) (collectively, the "Actions").

2.      The Court recently consolidated the *Augusta*, *Newstead*, and *Philadelphia* actions into a single action titled "*In re: Direct Purchaser Fire Apparatus Antitrust Litigation*," at docket no. 1:25-cv-01543-BBC, pursuant to the Direct Purchaser Plaintiffs' joint motion to consolidate and appoint interim lead counsel. *See* ECF No. 19, Order, the *Augusta* action; ECF No. 14, Order, the *Newstead* action; ECF No. 12, Order, the *Philadelphia* action.

3.      The Parties anticipate pursuing further consolidation among the actions in the near future. The Parties also anticipate that Plaintiffs will file consolidated amended complaint(s) on a

uniform deadline following resolution of the consolidation issues, and Defendants will respond to the consolidated amended complaint(s) on a uniform deadline.

4.     Defendants presently have different deadlines to respond to the various complaints. The deadlines to respond to the complaints in the *Onalaska* action and the now-consolidated *Augusta*, *Newstead*, and *Philadelphia* actions are:

|  | *Augusta* | *Newstead* | *Onalaska* | *Philadelphia* |
|---|---|---|---|---|
| Oshkosh Corporation and Pierce Manufacturing, Inc | December 9, 2025 | January 5, 2026 | January 12, 2026 | January 19, 2026 |
| REV Group, Inc. | December 9, 2025 | January 5, 2026 | January 12, 2026 | January 19, 2026 |
| Rosenbauer America, LLC | December 12, 2025 | January 5, 2026 | January 12, 2026 | January 19, 2026 |
| Fire Apparatus Manufacturers' Association | December 9, 2025 | January 5, 2026 | January 12, 2026 | January 19, 2026 |

Defendants' deadlines to respond to the complaint in the *La Crosse* action are currently suspended by the Court's Order, dated October 31, 2025, granting a sixty-day stay of all proceedings and suspending all deadlines in that action to allow time for coordination and/or consolidation of related cases. *See* ECF No. 36, Order, the *La Crosse* action.

5.     To allow time for the Parties to seek further consolidation among the actions and for Plaintiffs to file their amended consolidated complaint(s), the Parties request entry of an Order that suspends all deadlines in the Actions, including Defendants' deadlines to respond to Plaintiffs' complaints. The Parties will file a motion to set new deadlines, including a uniform deadline for Plaintiffs to file consolidated amended complaint(s) and a uniform deadline for Defendants to respond to the consolidated amended complaint(s), after the Court resolves the forthcoming motion(s) for further consolidation among the Actions.

6. No party is prejudiced by this request, and good cause exists for the requested relief pursuant to Rule 16(b)(4).

7. Accordingly, the Parties respectfully request that the Court enter an order suspending all deadlines in the above-captioned actions, including Defendants' deadlines to respond to the complaints, to allow sufficient time for the Parties to pursue further consolidation among the Actions and for Plaintiffs to file consolidated amended complaint(s).

Dated: December 2, 2025

Respectfully submitted,

s/ *Steve W. Berman*
Steve W. Berman (Bar No. 12536)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Abigail D. Pershing (Bar No. 346467)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Email: abigailp@hbsslaw.com

Erin Dickinson (Bar No. 1036707)
Charles Crueger (Bar No. 1029825)
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Counsel for Plaintiff City of La Crosse*

/s/ Gregory P. Hansel
Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby

s/ *Daniel T. Flaherty*
Daniel T. Flaherty (Bar No. 1011357)
Godfrey & Kahn S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

Reid Schar (Bar No. 6243821)
Jenner & Block LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

Douglas E. Litvack (Bar No. 1024973)
Jariel A. Rendell (Bar No. 1027023)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Bar No. 6333530)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

4

Michael D. Hanify
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Direct Purchaser Co-Lead Counsel
and Counsel for Plaintiff City of Augusta*

/s/ Beth Kushner
Beth Kushner, SBN 1008591
Christopher E. Avallone, SBN
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Liaison Counsel
and Liaison Counsel for Plaintiff City of
Augusta*

/s/ Michael J. Flannery
Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT & LADUCA, LLP
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for Plaintiff The
Newstead Fire Co., Inc.*

Evelyn Riley
Cody McCracken
CUNEO GILBERT & LADUCA, LLP
2445 M Street NW

*Counsel for Defendants Oshkosh Corporation
and Pierce Manufacturing, Inc.*

s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendant REV Group, Inc.*

s/ *David J. Turek*
David J. Turek (Bar No. 1035356)
Joshua S. Greenberg (Bar No. 1107959)
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

Ashley B. Eickhof (Bar No. 307143)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000

5

Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff The Newstead Fire Co., Inc.*

/s/ Stephen R. Basser
Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff City of Philadelphia*

Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff City of Philadelphia*

William J. Ban (WIED No. 1870690)
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782

ashley.eickhof@bakermckenzie.com

*Counsel for Defendant Rosenbauer America, LLC*

s/ *John P. Loringer*
John P. Loringer (Bar No. 1059778)
Andrew Scarpace (Bar No. 1104777)
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com

*Counsel for Defendant Fire Apparatus Manufacturers' Association*

6

Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for Plaintiff City of
Philadelphia*

*\*Application for admission to be filed*

s/ Daniel E. Gustafson
Daniel E. Gustafson
Daniel C. Hedlund
Joshua J. Rissman
Gabrielle M. Kolb
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
gkolb@gustafsongluek.com

Brian G. Weber (#1024963)
JOHNS, FLAHERTY & COLLINS, S.C.
Exchange Building
205 Fifth Avenue South, Suite 600
La Crosse, WI 54602
Telephone: (608) 784-5678
brian@johnsflaherty.com

*Counsel for Plaintiff City of Onalaska and
the Proposed Classes*