# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

CITY OF LA CROSSE, individually and on behalf of all others similarly situated,

           Plaintiff,

    v.

OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

           Defendants.

Case No. 1:25-cv-01252-BBC

Hon. Byron B. Conway

---

IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION

Case No. 1:25-cv-01543-BCC

Hon. Byron B. Conway

---

CITY OF ONALASKA, individually and on behalf of all others similarly situated,

           Plaintiff,

    v.

OSHKOSH CORPORATION, REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

           Defendants.

Case No. 1:25-cv-01717-BBC

Hon. Byron B. Conway

## [PROPOSED] ORDER

This matter has come before the Court on the parties' Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Suspend Deadlines to Allow for Further Consolidation and Filing of Consolidated Amended Complaints. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that all deadlines in case nos. 1:25-cv-01543-BBC, 1:25-cv-01693-BBC, 1:25-cv-01717-BBC, and 1:25-cv-01801-BBC, including Defendants' deadlines to respond to the complaints, are suspended to allow time for the parties to pursue further consolidation among the actions and for Plaintiffs to file consolidated amended complaint(s).

Dated at Green Bay, Wisconsin this _____ day of _____, 2025.

_____
BYRON B. CONWAY
United States District Judge