# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

CITY OF LA CROSSE, individually and on behalf of all others similarly situated,

               Plaintiff,

      v.

OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

               Defendants.

Case No. 1:25-cv-01252-BBC

Hon. Byron B. Conway

---

IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION

Case No. 1:25-cv-01543-BCC

Hon. Byron B. Conway

---

CITY OF ONALASKA, individually and on behalf of all others similarly situated,

               Plaintiff,

      v.

OSHKOSH CORPORATION, REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,

               Defendants.

Case No. 1:25-cv-01717-BBC

Hon. Byron B. Conway

## [PROPOSED] ORDER

This matter has come before the Court on Defendants' Joint Motion to Consolidate Case Nos. 1:25-cv-01252-BBC, 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that case nos. 1:25-cv-01252-BBC, 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC, are consolidated into a single action at docket no. 1:25-cv-01252-BBC, the lowest numbered docket associated with the consolidated actions. Moving forward, these cases shall be titled "*In re: Fire Apparatus Antitrust Litigation*," and all papers shall be filed only at docket no. 1:25-cv-01252-BBC. A notation to check the docket sheet for case no. 1:25-cv-01252-BBC shall be entered on the docket sheets for case nos. 1:25-cv-01543-BBC, 1:25-cv-01693-BBC, 1:25-cv-01717-BBC, and 1:25-cv-01801-BBC.

Dated at Green Bay, Wisconsin this _____ day of _____, 2025.

_____
BYRON B. CONWAY
United States District Judge