# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>      v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>          Defendants. | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |
| CITY OF ONALASKA, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION; REV GROUP, INC., ROSENBAUER AMERICA LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>          Defendants. | Case No. 1:25-cv-01717-BBC<br><br>Hon. Byron B. Conway |

## <u>INDIRECT PURCHASER PLAINTIFFS' MOTION TO CONSOLIDATE AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL</u>

Plaintiff City of La Crosse and Plaintiff City of Onalaska (collectively, "Indirect Purchaser Plaintiffs") move, pursuant to Federal Rule of Civil Procedure 42(a), and for the reasons set forth in the accompanying memorandum of law, to consolidate the following related antitrust indirect purchaser class action matters: *City of La Crosse v. Oshkosh Corporation, et al.*, No. 1:25-cv-01252 and *City of Onalaska v. Oshkosh Corporation, et al.*, No. 1:25-cv-01717

(collectively, "Related Matters") for purposes of filing a Consolidated Amended Class Action Complaint on behalf of all indirect purchasers of fire trucks, who have filed in this district, in a manner that is coordinated with and that contemplates the filing of a separate Consolidated Amended Class Action Complaint on behalf of direct purchasers, followed by a uniform date for defendants to respond to the two Consolidated Amended Complaints.

The Indirect Purchaser Plaintiffs also move, pursuant to Federal Rule of Civil Procedure 23(g), for the appointment of interim co-lead indirect purchaser class counsel for the reasons more fully set forth in the accompanying memorandum and in the interests of justice and economy.

Dated: December 4, 2025

Respectfully Submitted,

By: */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Moses I. Jehng (*pro hac vice* to be filed)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com

Abigail D. Pershing (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Email: abigailp@hbsslaw.com

011328-11/3366087 V1

By: */s/ Charles Crueger*
Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Attorneys for the City of La Crosse*

By: */s/ Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
Joshua J. Rissman
Gabrielle M. Kolb
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: gkolb@gustafsongluek.com

*Attorneys for the City of Onalaska*

011328-11/3366087 V1