# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-01252 |
| Plaintiffs, | Hon. Byron B. Conway |
| v. | |
| OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION, | |
| Defendants. | |
| CITY OF ONALASKA, individually, and on behalf of all others similarly situated, | Case No. 1:25-cv-01717-BBC |
| Plaintiff, | Hon. Byron B. Conway |
| v. | |
| OSHKOSH CORPORATION; REV GROUP, INC., ROSENBAUER AMERICA LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION, | |
| Defendants. | |

**DECLARATION OF DANIEL E. GUSTAFSON IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO CONSOLIDATE AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

I, DANIEL E. GUSTAFSON, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Minnesota Bar, and I have been admitted to this Court *pro hac vice*. I am a founding member and senior partner of Gustafson Gluek PLLC ("GG"). My business address is 120 S. Sixth Street, Suite 2600, Minneapolis, MN 55402. I am over the age of eighteen, am competent to testify, and do so based on my personal knowledge.

2. All current indirect purchaser plaintiffs' counsel, whose clients have filed a complaint in this district alleging that defendants conspired to fix and maintain prices in the fire trucks market in violation of the federal antitrust laws, unanimously support the proposed leadership structure. As proposed interim co-lead counsel for the proposed class of indirect purchasers in this antitrust matter, GG will continue to coordinate and collaborate with plaintiffs' counsel in the direct purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation. GG will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

3. GG has twenty-three attorneys who each bring unique perspectives to vigorously represent their clients and class members. Not only is diversity within the firm important to GG, but so too is being an advocate for the underrepresented. GG was one of the firms that helped found the Minnesota *Pro Se* Project, pairing indigent federal litigants with attorneys. Attached as **Exhibit A** is a true and correct copy of GG's Firm Biography.

4. GG first began investigating potential price fixing in the fire trucks market in February 2025. Since that day, GG has expended significant time and effort thoroughly investigating the claims in this action. These efforts included extensive factual, legal, expert work and investigation by the firm. GG reviewed dozens of public earnings calls and presentations, investigated publicly posted complaints on the internet regarding pricing and delivery times for fire trucks, met with antitrust economic experts, read through congressional testimony regarding the fire truck industry, and more as it prepared the City of Onalaska's complaint.

5. GG has extensive lead counsel experience and a proven track record of success representing plaintiff classes in other types of complex class action litigation matters. *See* Exhibit A. Additional information may be found on the GG website: https://gustafsongluek.com.

6. GG is accustomed to advancing the costs of litigation associated with complex cases and routinely invests significant financial resources in litigating claims against the largest and most well-funded defendants in the world. GG will bring the same resources and commitment to its prosecution of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of December 2025 at Minneapolis, Minnesota.

*/s/ Daniel E. Gustafson*
DANIEL E. GUSTAFSON

# Exhibit A



# Firm Resume

**MINNEAPOLIS OFFICE**
120 South Sixth Street
Suite 2600
Minneapolis, MN 55402

**CALIFORNIA OFFICE**
600 W. Broadway
Suite 3300
San Diego, CA 92101

p. 612-333-8844
www.gustafsongluek.com

# Table of Contents

Firm Overview ................................................................................................................ 1

Leadership Positions .................................................................................................... 2

Case Outcomes ............................................................................................................ 5

Antitrust Practice and Current Cases ....................................................................... 9

Our Professionals ........................................................................................................14

Case 1:25-cv-01252-WCG      Filed 12/04/25      Page 6 of 30      Document 42-4

# Firm Overview

Gustafson Gluek PLLC is a 23-attorney law firm with a national practice specializing in complex litigation. The firm has offices in Minneapolis, Minnesota and San Diego, California. Gustafson Gluek attorneys seek to vindicate the rights of, and recover damages for, those harmed by unfair business practices, such as illegal price fixing, deceptive trade practices, and the distribution of unsafe medical devices, as well as enjoin companies from engaging in these types of practices in the future.

Founded in 2003, Gustafson Gluek's attorneys have consistently been recognized by their clients, peers, and courts across the country as leaders in their fields. They have been chosen to lead some of the largest and most complex multi-district litigations. Attorneys at Gustafson Gluek have received national and statewide awards and honors and are routinely called upon by other leading firms to assist in taking on some of the largest companies and defense firms in the world. Gustafson Gluek was named number five in the Top 25 Lead Counsel in antitrust complaints filed from 2009 – 2024 in the 2024 Antitrust Annual Report produced by the University of San Francisco Law School and The Huntington National Bank. Gustafson Gluek was also listed as sixteenth among firms with the highest number of antitrust settlements and in the top 25 Lead Counsel in Class Recoveries

Core values of Gustafson Gluek include supporting the community and promoting diversity in the legal profession. Its attorneys have held leadership positions and actively participate in numerous national, statewide and affinity-based legal organizations, including the Federal Bar Association, the Fund for Legal Aid Board, Minnesota State Bar Association, the Infinity Project, Minnesota Women Lawyers, Minnesota Association of Black Lawyers, the Lavender Bar Association and American Antitrust Institute. Gustafson Gluek was instrumental in founding the Pro Se Project, a collaboration with the Minnesota District Court pairing indigent federal litigants with attorneys. Gustafson Gluek devotes hundreds of hours each year to pro bono service through the Pro Se Project and other organizations.

# Leadership Positions

Gustafson Gluek's attorneys are frequently recognized by their peers and the courts as experienced and capable leaders and, as such, have been appointed to lead numerous complex litigations, including the following:

***Crowell v. FCA USA LLC (D. Del.)***
*Interim Co-Lead Counsel*

***In re 3M Combat Arms Earplug Litig. (Minn.)***
*Co-Lead Counsel*

***In re Bank of America Unauthorized Account Opening Litig. (W.D.N.C.)***
*Co-Lead Class Counsel*

***In re Broiler Chicken Antitrust Litig. (N.D. Ill.)***
*Co-Lead Counsel for Commercial and Institutional Indirect Purchaser Plaintiffs*

***In re Change Healthcare, Inc. Customer Data Security Breach Litig. (D. Minn.)***
*Overall Lead Counsel*

***In re CenturyLink Residential Customer Billing Disputes Litig. (D. Minn.)***
*Executive Committee Chair*

***In re Crop Inputs Antitrust Litig. (E.D. Mo.)***
*Co-Lead Counsel*

***In re Dealer Management Systems Antitrust Litig. (N.D. Ill.)***
*Plaintiffs' Steering Committee*

***In re Deere & Company Repair Services Antitrust Litig. (N.D. Ill.)***
*Co-Lead Counsel*

***In re DPP Beef Litig. (D. Minn.)***
*Co-Lead Counsel*

***In re DRAM Antitrust Litig. (N.D. Cal. and multiple state court actions)***
*Co-Lead Counsel for Indirect Purchasers*

***In re Eyewear Antitrust Litig. (S.D.N.Y.)***
*Co-Lead Counsel for the Putative Direct Purchaser Class*

***In re Flash Memory Antitrust Litig. (N.D. Cal.)***
*Plaintiffs' Steering Committee*

***In re Google Digital Publisher Antitrust Litig. (N.D. Cal.)***
*Plaintiffs' Leadership Committee*

***In re Granulated Sugar Antitrust Litig. (D. Minn.)***
*Plaintiffs' Steering Committee for the Direct Purchaser Plaintiffs*

***In re Interior Molded Doors Indirect Purchaser Antitrust Litig. (E.D. Va.)***
*Co-Lead Counsel*

***In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig. (D. Minn.)***
*Co-Lead Counsel*

***In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig. (D. Minn.)***
*Lead Counsel*

***In re Net Gain Data Breach Litig. (D. Minn.)***
*Executive Committee*

***In re Pacific Market International, LLC Stanley Tumbler Litig. (W.D. Wash.)***
*Interim Executive Committee*

***In re Pork Antitrust Litig. (D. Minn.)***
*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

***In re Regents of the University of Minnesota Data Litig. (Minn.)***
*Lead Counsel*

***In re Syngenta Litig. (Minn.)***
*Co-Lead Class Counsel, Settlement Counsel*

***In re Vitamin C Antitrust Litig. (E.D.N.Y.)***
*Co-Lead Counsel for Indirect Purchasers*

***Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.*** **(E.D.N.Y.)**
*Co-Lead Counsel*

***Powell Prescription Center v. Surescripts, LLC*** **(N.D. Ill.)**
*Lead Counsel Committee*

***Quaife, et al. v. Brady Martz Data Securities Litig.*** **(D.N.D.)**
*Interim Co-Lead Counsel*

***St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.*** **(D. Minn.)**
*Interim Class Counsel*

***Vikram Bhatia, D.D.S., et al., v. 3M Company*** **(D. Minn.)**
*Co-Lead Counsel*

Case 1:25-cv-01252-WCG      Filed 12/04/25      Page 10 of 30      Document 42-4

# Case Outcomes

Gustafson Gluek has recovered billions of dollars on behalf of its clients since its founding in 2003. Gustafson Gluek has helped vindicate the rights of, and recover damages for, those harmed by unfair business practices such as illegal price-fixing, deceptive trade practices, and the distribution of unsafe or defective devices, as well as enjoin companies from engaging in these types of practices in the future. A list of representative antitrust cases previously litigated by the firm and their outcomes are set forth below.

### *In re Automotive Parts Antitrust Litig.* (E.D. Mich.)

Gustafson Gluek was an integral part of the team representing a class of indirect purchases of various automotive components. Plaintiffs alleged that defendants engaged in a sprawling price-fixing conspiracy to artificially increase the price of several different automobile components. Gustafson Gluek helped recover over $1.2 billion for the class.

### *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)

Gustafson Gluek was appointed as a member of the Damages and Litigation Committees representing a class of subscribers of Blue Cross Blue Shield insurance in multiple states. Plaintiffs alleged the defendants entered into a de facto price allocation agreement via the "licensing" agreements for use of the Blue Cross Blue Shield name and trademarks. The parties reached a settlement totaling $2.67 billion for the class. Settling Defendants also agreed to make changes in the way they do business that Plaintiffs believe will increase the opportunities for competition in the market for health insurance.

### *In re Capacitors Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek represented a class of indirect purchasers of electrolytic or film capacitors. Plaintiffs alleged that at least fifteen multinational corporations conspired to fix the prices of capacitors that they manufactured and sold worldwide and into the United States. Gustafson Gluek attorneys worked closely

with Lead Counsel throughout the litigation, which eventually recovered $84.49 million for the class.

### *In re Containerboard Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek represented a class of direct purchasers of containerboard products and was a defendant team leader. Plaintiffs alleged that defendant containerboard manufacturers conspired to fix the price of containerboard. As a team leader, Gustafson Gluek handled all aspects of discovery, including the depositions of several senior executives. Gustafson Gluek helped to secure over $376 million for the class.

### *In re Cathode Ray Tube (CRT) Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek represented a class of direct purchasers of CRT screens used for computer monitors and televisions. Plaintiffs alleged that defendants conspired to fix the price of these products in violation of the antitrust laws. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class action, which resulted in settlements totaling $225 million for the class.

### *In re DRAM Antitrust Litig.* **(N.D. Cal. and multiple state courts)**

Gustafson Gluek was appointed Co-Lead Counsel for the indirect purchasers in this nationwide class action against both national and international memory- chip manufacturers. This case dealt with the conspiracy surrounding the pricing of the memory chips commonly known as Dynamic Random Access Memory (or DRAM). DRAM is used in thousands of devices on a daily basis, and Gustafson Gluek was integral in achieving a settlement of $310 million for the class.

### *In re Dealer Management Systems Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek has been appointed as a member of the Steering Committee representing a class of car dealerships. Plaintiffs allege that defendants unlawfully entered into an agreement that reduced competition and increased prices in the market for Dealer Management Systems ("DMS") and data integration services

related to DMS. Plaintiffs recovered $129.5 million for the class.

### *In re Domestic Drywall Antitrust Litig.* **(E.D. Pa.)**

Gustafson Gluek represented a class of direct purchasers of drywall in this antitrust case. Plaintiffs alleged the defendant manufacturers conspired to artificially increase the price of drywall. Gustafson Gluek played an active role in the litigation. A class was certified, and Gustafson Gluek helped recover over $190 million for the class.

### *In re Lithium Ion Batteries Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek represented a class of direct purchasers of lithium ion batteries in a multidistrict class action. Plaintiffs alleged collusive activity by the world's largest manufacturers of lithium ion batteries, which are used in devices such as cellular phones, cameras, laptops and tablets. Gustafson Gluek had a significant discovery role in the prosecution of this antitrust class and helped recover over $139 million for the class.

### *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* **(E.D. Va.)**

Gustafson Gluek served as Co-Lead Counsel with two other firms representing a class of indirect purchasers of interior molded doors. Plaintiffs alleged that two of the country's largest interior molded door manufacturers conspired to inflate prices in the market. Defendants settled with the class for $19.5 million.

### *In re Packaged Seafood Products Antitrust Litig.* **(S.D. Cal.)**

Gustafson Gluek represented a class of end-payer purchasers of shelf-stable packaged tuna. Plaintiffs alleged that a cartel of the largest producers of tuna products in the United States conspired to fix and maintain prices of shelf-stable packaged tuna in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and the proposed class. Defendants settled with the class for a total of $152.2 million.

### *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.* **(E.D.N.Y.)**

Gustafson Gluek was Co-Lead Counsel representing a class of direct purchasers of freight forwarding services in this international case against 68 defendants. Plaintiffs alleged that defendants engaged in an international conspiracy to fix, inflate, and maintain various charges and surcharges for freight forwarding services in violation of U.S. antitrust laws. Gustafson Gluek worked to secure over $450 million for the class.

### *In re Resistors Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek worked closely with Lead Counsel representing indirect purchasers of linear resistors. Plaintiffs alleged that the defendant manufacturers conspired to increase the price of linear resistors, thereby causing indirect purchasers to pay more. After engaging in extensive discovery, Plaintiffs recovered a total of $33.4 million in settlements for the indirect purchaser class.

### *In re TFT-LCD (Flat Panel) Antitrust Litig.* **(N.D. Cal.)**

Gustafson Gluek served an integral role handling complex discovery issues in this antitrust action representing individuals and entities that purchased LCD panels at supracompetitive prices. Gustafson Gluek attorneys worked on a range of domestic and foreign discovery matters in prosecuting this case. The total settlement amount with all of the defendants was over $1.1 billion.

### *The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan* **(E.D. Mich.)**

Gustafson Gluek was appointed interim Co-Lead Counsel representing a class of purchasers of hospital healthcare services. Plaintiffs alleged that Blue Cross Blue Shield of Michigan used its market position to negotiate contracts with hospitals that impeded competition and increased prices for patients. Gustafson Gluek worked to secure $29.9 million on behalf of the class.

# Antitrust Practice and Current Cases

Gustafson Gluek PLLC is devoted to the prosecution of antitrust violations. Gustafson Gluek attorneys have litigated antitrust cases in federal and state courts across the United States.

Federal and state antitrust laws are designed to protect and promote competition among businesses by prohibiting price fixing and other forms of anticompetitive conduct. Violations can range from straight forward agreements among competitors to raise prices above competitive prices to complicated schemes that affect relationships between different levels of a market.

Ongoing prosecution of these illegal schemes helps protect the average consumer from being forced to pay more than they should for everyday goods. Below are some representative antitrust cases that Gustafson Gluek is currently involved in:

### *Colon v. NCAA (E.D. CA)*

Gustafson Gluek represents a potential class of Division I College Coaches who had been designated by the NCAA as "Volunteer Coaches" and not allowed to receive any wages or benefits for their service. Plaintiffs allege that the NCAA actively suppressed wages of these Division I Collegiate coaches in violation of the federal antitrust laws.

### *In re Broiler Chicken Antitrust Litig.* **(N.D. Ill.)**

Gustafson Gluek is part of the Co-Lead counsel team for class of commercial indirect purchasers such as restaurants. The case alleges chicken suppliers colluded to artificially restrict the supply and raise the price of chicken in the United States. As part of the Co-Lead counsel team, Gustafson Gluek helped defeat several of the defendants' motions for summary judgment, succeeded in getting the class certified and prepared the case for trial. To date we have helped recover over $146 million in settlements from seven defendants.

### *In re Crop Inputs Antitrust Litig.* (E.D. Mo.)

Gustafson Gluek is Co-Lead counsel representing a class of farmers alleging that manufacturers, wholesalers and retailers conspired to artificially increase and fix the price of crop inputs (e.g., seeds, fertilizers, pesticides) used by farmers.

### *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)

Gustafson Gluek has been appointed as Co-Lead counsel on behalf of a proposed class of farmers who purchased repair services from John Deere. Plaintiff alleges Deere monopolized the market for repair and diagnostic services for its agricultural equipment in order to inflate the price of these services.

### *In re Disposable Contact Lens Antitrust Litig.* (M.D. Fla.)

Gustafson Gluek represents a class of individuals who purchased contact lenses made by Alcon, CooperVision, Bausch + Lomb, and Johnson & Johnson. Plaintiffs allege that these manufacturers unlawfully conspired to impose minimum resale price agreements on retailers, which restricts retailers' ability to lower prices to consumers. The class was certified, and Gustafson Gluek attorneys were members of the trial team. Ultimately the case settled and reached settlements in excess of $118 million on behalf of U.S. contact lens purchasers, resolving an expansive antitrust class action against the four dominant manufacturers and the largest nationwide distributor of contact lenses.

### *In re Domestic Airline Travel Antitrust Litig.* (D.D.C.)

Gustafson Gluek is part of a team representing passengers of the airlines alleging antitrust violation against various airlines. The court denied defendants' motion to dismiss. Discovery has concluded and summary judgement motions have been submitted. There have been settlements with two of the defendants in this litigation to date, with settlements of $60 million.

### *In re DPP Beef Litig.* (D. Minn.)

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of direct purchasers of beef. Plaintiffs allege that Cargill JBS, Tyson and National Beef Packing Company conspired to fix and maintain the price of beef in violation of the federal antitrust laws resulting in supracompetitive prices for beef. This litigation is ongoing, but plaintiffs have reached a $52.5 million settlement with one defendant.

### *In re Fragrance Indirect Purchaser Antitrust Litig.* (D.N.J.)

Gustafson Gluek has been appointed Co-Lead Counsel for a proposed class of indirect purchasers of fragrances and fragrance ingredients. Plaintiffs allege that the world's largest fragrance manufacturers conspired to fix and maintain the price of fragrances and fragrance ingredients in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and proposed class they seek to represent.

### *In re Generic Pharmaceuticals Pricing Antitrust Litig.* (E.D. Pa.)

Gustafson Gluek represents a class of Direct Purchaser Plaintiffs and is part of a team of law firms alleging anti-competitive conduct by more than twenty generic drug manufacturers with respect to more than 100 generic drugs, including drugs used to treat common and serious health conditions such as diabetes and high blood pressure. Cases have been brought on behalf of several distinct groups of plaintiffs, including Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, multiple individual plaintiffs, and the State AGs. Direct Purchaser Plaintiffs have secured more than $330 million in settlements and the litigation continues against a number of defendants.

### *In re Google Digital Publisher Antitrust Litig.* (N.D. Cal.)

Gustafson Gluek has been appointed to the Leadership Committee representing a class of publishers who sold digital advertising space via Google. Plaintiffs allege that Google's anticompetitive monopolistic practices led to digital publishers

being paid less for their advertising space than they otherwise would have been paid in a competitive market.

### *In re Hard Disk Drive Suspension Assemblies Antitrust Litigation (ND Cal.)*

Gustafson Gluek is representing the End User Purchaser plaintiffs who purchased products containing Hard Disk Drive ("HDD") Suspension Assemblies. Plaintiffs allege that manufacturers TDK, NHK, and their respective subsidiaries entered into a cartel agreement to fix prices of HDD suspension assemblies. Defendants' summary judge was denied and motion for class certification is pending. This litigation is ongoing.

### *In re Packaged Seafood Products Antitrust Litig.* (S.D. Cal.)

Plaintiffs alleged that a cartel of the largest producers of tuna products in the United States conspired to fix and maintain prices of shelf-stable packaged tuna in violation of federal and state antitrust laws resulting in supracompetitive prices for plaintiffs and the proposed class. Gustafson Gluek represented plaintiffs and a class of end-payer plaintiffs who purchased packaged tuna products. Gustafson Gluek helped secure more than $152.2 million in settlements.

### *In re Pork Antitrust Litig.* (D. Minn.)

Gustafson Gluek has been appointed Co-Lead counsel for a class of indirect purchasers of pork products. Plaintiffs allege that the Defendants violated the federal antitrust laws resulting in supracompetitive prices for pork. The Class was certified and there have been settlements reached with certain defendants for over $90 million. The litigation continues against the remaining defendants.

### *Powell Prescription Center, et al. v. Surescripts, LLC, et al.* (N.D. Ill.)

Gustafson Gluek was appointed Co-Lead Counsel for a proposed class of pharmacies alleging that defendants Surescripts, RelayHealth, and Allscripts Healthcare Solutions conspired to monopolize and restrain trade in the e-

prescription services market in violation of the antitrust laws. Plaintiffs recovered approximately $50 million in settlements on behalf of the class.

Case 1:25-cv-01252-WCG  Filed 12/04/25  Page 19 of 30  Document 42-4

# Our Professionals

## DANIEL E. GUSTAFSON



Daniel E. Gustafson is a founding member of Gustafson Gluek PLLC.  Mr. Gustafson has dedicated his career to helping individuals and small businesses litigate against large corporations for various antitrust, product defect or consumer fraud violations. He has also strived to use his legal skills to represent those who cannot otherwise afford a lawyer.  Mr. Gustafson served as an appointed public defender in federal court, he was involved in helping develop the Federal Bar Association's *Pro Se* Project, which coordinates volunteer representation for *pro se* litigants, and he has spent thousands of hours representing individuals on a pro bono basis.

In 2019, he was given a lifetime achievement award by the United States District Court for the District of Minnesota, Minnesota Chapter of the Federal Bar Association and the *Pro Se* Project for his exemplary pro bono work and extraordinary support of the *Pro Se* Project.

Mr. Gustafson is admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, the United States District Court for the Eastern District of Michigan, the United States District Court for the Western District of Michigan, the United States District Court for the Eastern District of Wisconsin, the United States Courts of Appeals for the First, Third, Fifth, Sixth, Eighth and Eleventh Circuits, the Minnesota Supreme Court and in the United States Supreme Court.

Mr. Gustafson was an adjunct professor at the University of Minnesota Law School for many years, teaching a seminar long course on the "Fundamentals of Pretrial

Litigation."

Mr. Gustafson is a past president of the Federal Bar Association, Minnesota Chapter (2002-2003) and served in various capacities in the Federal Bar Association over the last several years.  He was the Vice-Chair of the 2003 Eighth Circuit Judicial Conference held during July 2003 in Minneapolis (Judge Diana E. Murphy was the Chair of the Conference).  He is a member of the Hennepin County, Minnesota, Federal, and American Bar Associations.

In September 2011, Mr. Gustafson testified before the House Committee on the Judiciary, Subcommittee on Intellectual Property, Competition and the Internet regarding the proposed merger between Express Scripts and Medco.  Mr. Gustafson also testified before the United States Congressional Commission on Antitrust Modernization in June 2005.  In addition to congressional testimonies, Mr. Gustafson has authored or presented numerous seminars and continuing legal education pieces on various topics related to class action litigation, antitrust, consumer protection or legal advocacy.

Mr. Gustafson served as a law clerk to the Honorable Diana E. Murphy, United States District Judge for the District of Minnesota (1989-91).  Following his judicial clerkship, Mr. Gustafson worked in the fields of antitrust and consumer protection class action litigation.  In May 2003, Mr. Gustafson formed Gustafson Gluek PLLC where he continues to practice antitrust and consumer protection class action law.

Mr. Gustafson has been actively involved in many cases, in which he, or the Firm, has been named Lead Counsel, Co-Lead Counsel, Co-Lead Trial Counsel, or Settlement Counsel, including:

- *In re Granulated Sugar Antitrust Litig.* (D. Minn)
- *In re Change Healthcare Customer Data Security Breach Litig.* (D. Minn.)
- *In re DPP Beef Antitrust Litig.* (D. Minn.)
- *In re Pork Antitrust Litig.* (D. Minn.)

- *3M Earplugs Litig.* (Minn.)
- *In re Syngenta Litig.* (Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N. D. Ill.)
- *In re Medtronic, Inc. Sprint Fidelis Liability Litig.* (D. Minn.)
- *Precision Assocs. Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y)
- *In re Medtronic, Inc. Implantable Defibrillators Liability Litig.* (D. Minn.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re DRAM Antitrust Litig.* (N.D. Cal.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *Karsjens v. Jesson* (D. Minn.)
- *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.)
- *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.)
- *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.)
- *Dryer v. National Football League* (D. Minn.)
- *In re Asacol Antitrust Litig.* (D. Mass.)
- *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.)
- *Reitman v. Champion Petfoods* (C.D. Cal.)
- *Weaver v. Champion Petfoods* (E.D. Wis.)
- *Rydman v. Champion Petfoods* (W.D. Wash.)

## Additional Background Information

### Education:
- Juris Doctorate (1989)
  - University of Minnesota Law School

- Bachelor of Arts (1986)
  - University of North Dakota


### Court Admissions:
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota
- U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, Eighth, Tenth and Eleventh Circuits
- U.S. Supreme Court


### Recognition:
- Selected by *Minnesota Lawyer* as Minnesota Icon Honoree (2023)

- Richard S. Arnold Award for Distinguished Service (2021)
- Pro Se Project Lifetime Achievement Award (2019)
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2001 - 2025)
- Selected by *Minnesota Lawyer* as Attorney of the Year (2010, 2013, 2017)
- Ranked in the "Top 100 Minnesota Lawyers" by *Super Lawyer* (2012-2025)
- MSBA North Star Lawyer (2012, 2013, 2015, 2018, 2020, 2024)
- American Antitrust Institute Meritorious Service Award (2014)
- Director of The Fund for Legal Aid Board (2014-2018)
- Infinity Project Board Member (2015)
- MWL President's Leadership Circle (2013-2014)
- UST School of Law Mentor (2014-2015)
- AAI Annual Private Enforcement Award and Conference Committee Member (2014-2016)

Case 1:25-cv-01252-WCG     Filed 12/04/25     Page 23 of 30     Document 42-4

# DANIEL C. HEDLUND



Daniel C. Hedlund is a member of Gustafson Gluek PLLC, having joined the Firm in 2006. Throughout his legal career, Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection, and, in 2021, Mr. Hedlund was named Co-Chair the Firm's antitrust litigation team.

Mr. Hedlund is admitted to practice in the United States District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, and in Minnesota State Court. He is a member of the Federal, American, Minnesota, and Hennepin County Bar associations. Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association (FBA) currently serving as the Chair of the Chapter's Long Range Planning Committee. He has previously served in several roles for the Minnesota Chapter including: President of the Minnesota Chapter, Co-Vice President for the Eighth Circuit, Co-Vice President Legal Education; Co-Vice President, Special Events; Co-Vice President, Monthly Meetings; Secretary; and Liaison between the FBA and the Minnesota State Bar Association. He has served as Chairman for the Antitrust Section of the Minnesota State Bar Association (MSBA), Secretary for the MSBA Consumer Litigation Section, and is past President of the Committee to Support the Antitrust Laws. In addition, he has been appointed twice by the Court to serve on Panels for Magistrate Judge Selection in the District of Minnesota.

In addition to presenting at numerous CLEs, Mr. Hedlund has testified multiple times before the Minnesota legislature on competition law, and before the Federal Rules Committee.

From 2013-2025, he has been designated as a Minnesota "Super Lawyer," in the field of antitrust law. He was also ranked in the Top 100 Minnesota Lawyers by *Super Lawyers* in 2015, 2017-2021, and 2025. He has also been recognized by the ranking organization Chambers and Partners as a top antitrust lawyer. Mr.

Hedlund has served as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project and is the recipient of the Minnesota District Court's Distinguished *Pro Bono* Service Award in 2011.

Mr. Hedlund served as a law clerk on the Minnesota Court of Appeals (1997) and in the Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Granulated Sugar Antitrust Litig.* (D. Minn)
- *In re Beef DPP Antitrust Litig. (*D. Minn.)
- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)
- *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.* (E.D. Va.)
- *In re Pork Antitrust Litig.* (D. Minn.)
- *In re Deere & Company Repair Services Antitrust Litig.* (N.D. Ill.)
- *Bhatia v. 3M Co.* (D. Minn.)
- *In re Dealer Management Systems Antitrust Litig.* (N.D. Ill.)
- *Kleen Prods. v. Intl. Paper (Containerboard Antitrust Litig.)* (N.D. Ill.)
- *In re CenturyLink Sales Practices and Securities Litig.* (D. Minn.)
- *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)
- *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.)
- *In re Vitamin C Antitrust Litig.* (E.D.N.Y.)
- *In re Blue Cross Blue Shield Antitrust Litig.* (N.D. Ala.)
- *In re DRAM Antitrust Litig.*

## Additional Background Information

### Education:
- Juris Doctor (1995)
  - University of Minnesota Law School
    - Note and Comment Editor: Minnesota Journal of Global Trade

- Bachelor of Arts (1989)
  - Carleton College

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota


**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2013 – 2025)
- Ranked in Top 100 Minnesota Lawyers by *Super Lawyers* (2015, 2017 – 2021, 2025)
- Minnesota District Court's Distinguished Pro Bono Service Award (2011)
- Recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994)


**Publications:**
- Co-Authored "Plaintiff Overview" in Private Antitrust Litigation 2015 – Getting the Deal Through
- Contributor to Concurrent Antitrust Criminal and Civil Procedure 2013 – American Bar Association

# GABRIELLE KOLB

Gabrielle Kolb joined Gustafson Gluek PLLC as an associate in November 2024. She previously clerked for Chief Justice Natalie E. Hudson of the Minnesota Supreme Court.



Ms. Kolb graduated *summa cum laude* from the University of St. Thomas School of Law, where she received multiple Dean's Awards and served as an editor for the *St. Thomas Law Journal*. She also has a publication on affirmative action for Native American college applicants. Prior to clerking with the Minnesota Supreme Court, Ms. Kolb worked as a Summer Associate at Best & Flanagan.

As an associate at the Firm, Ms. Kolb will represent clients in antitrust, consumer protection, constitutional, and product liability cases. She is a passionate advocate for a fairer economy and improved access to justice.

- *In re Granulated Sugar Antitrust Litig.* (D. Minn)

## Additional Background Information

### Education:

- Juris Doctor (2023)
  - University of St. Thomas School of Law
    - Editor: St. Thomas Law Journal
    - Women's Law Student Association
    - Dean's Award: Property Law, Criminal Law, Evidence, Lawyering Skills III, Special Education Clinic, Family Law

- Bachelor of Arts (2019)
  - University of Puget Sound

### Court Admissions:

- Minnesota Supreme Court

Case 1:25-cv-01252-WCG     Filed 12/04/25     Page 27 of 30     Document 42-4

# JOSHUA J. RISSMAN

Joshua Rissman joined Gustafson Gluek in 2010 as an associate and became a member of the Firm in 2018.  Since joining the Firm, Mr. Rissman has focused his practice on antitrust and class action litigation. Mr. Rissman prides himself on vigorously representing small businesses and individuals damaged by wrongful corporate and government conduct.



In addition to his antitrust class action practice, Mr. Rissman has brought several pieces of important constitutional litigation involving mistreatment of juvenile detainees and police brutality.  He currently represents a former juvenile detainee who alleges he was abused at the Minnesota Correctional Facility – Red Wing, and that the administration was aware of the risks to the juvenile and failed to protect him. *Doe v. Hanson et al.* (Minn.) Mr. Rissman was also the lead attorney in a section 1983 constitutional rights action brought on behalf of the family of a man killed by Brooklyn Center police officers in 2015.  *Khottavongsa v. City of Brooklyn Center* (D. Minn.).  Mr. Rissman is currently representing a class of protestors who were unlawfully subjected to tear gas and pepper spray in the protest following the George Floyd protest.  *Samaha, et al. v. City of Minneapolis, et al* (D. Minn.).

Mr. Rissman was selected a Minnesota Rising Star by Super Lawyers in the area of antitrust litigation (2014 – 2020) and was selected as a "Super Lawyer" in 2021. He is the Treasurer of the Antitrust Section of the Federal Bar Association, and counsel member of the Minnesota Bar Association Antitrust Section. Joshua also participates in the *Pro Se* Project, representing civil litigants in federal court who would otherwise go without representation.

Mr. Rissman has worked on several cases in which Gustafson Gluek is or had been appointed to leadership positions or been actively involved including:

- *In re Granulated Sugar Antitrust Litig.* (D. Minn)

- *In re Pork Antitrust Litig.* (D. Minn.)

- *In re DPP Beef Antitrust Litig.* (D. Minn.)

- *In re Containerboard Antitrust Litig.* (N.D. Ill.)

- *In re Broiler Chicken Antitrust Litig.* (N.D. Ill.)

- *In National Hockey League Players' Concussion Injury Litig.* (D. Minn.)

- *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.)

- *In re Lithium Batteries Antitrust Litig.* (N.D. Cal.)

- *In re Optical Disk Drives Litig.* (N.D. Cal.)

- *In re Asacol Antitrust Litig.* (D. Mass.)

- *In re Opana Antitrust Litig.* (N.D. Ill.)

- *City of Wyoming et al. v. Procter & Gamble Company* (D. Minn.)

## Additional Background Information

**Education:**
- Juris Doctor (2010)
  - University of Minnesota School of Law
    - *cum laude*

- Bachelor of Arts (2005)
  - University of Minnesota
    - *magna cum laude*

**Court Admissions:**
- Minnesota Supreme Court
- U.S. District Court for the District of Minnesota

**Recognition:**
- Selected by *Super Lawyers* as a Minnesota "Super Lawyer" (2021-2023)
- Selected by *Super Lawyers* as a Minnesota "Rising Star" (2014 – 2020)

Case 1:25-cv-01252-WCG     Filed 12/04/25     Page 30 of 30     Document 42-4