# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>                Defendants. | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |
| CITY OF ONALASKA, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION; REV GROUP, INC., ROSENBAUER AMERICA LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>                Defendants. | Case No. 1:25-cv-01717-BBC<br><br>Hon. Byron B. Conway |

## [PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO CONSOLIDATE AND TO APPOINT CO-LEAD CLASS COUNSEL

WHEREAS, pursuant to Fed. R. Civ. P. 42(a), Plaintiffs City of La Crosse[1] and City of Onalaska[2] filed a Motion to Consolidate these related, putative Indirect Purchaser Antitrust Class Action lawsuits (collectively, "Indirect Purchaser Antitrust Actions");

---

[1] *City of La Crosse v. Oshkosh Corp. et al.*, No. 1:25-cv-01252.

[2] *City of Onalaska v. Oshkosh Corp. et al.*, No. 1:25-cv-01717.

011328-11/3366091 V1

WHEREAS, Plaintiffs' requested interim leadership for the putative Indirect Purchaser Antitrust Class Action satisfies the standards for the appointment to the respective positions pursuant to Fed. R. Civ. P. 23(g); and

WHEREAS, consolidation of the Indirect Purchaser Antitrust Actions and the appointment of interim leadership will best serve the interests of all Indirect Purchaser Plaintiffs and the proposed putative class and will enable the orderly and efficient progress of the litigation.

**It is hereby ORDERED:**

1. The Indirect Purchaser Antitrust Actions are consolidated at docket number No. 1:25-cv-01252, the docket number for the first-filed Indirect Purchaser case. Moving forward, these cases will be titled "*In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*." Any later filed actions related to the Indirect Purchaser Antitrust Actions will be subject to consolidation with the Indirect Purchaser Antitrust Actions. The Court asks Interim Class Counsel to bring any such related matters to the Court's attention.

2. Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Interim Class Counsel to act on behalf of the putative indirect purchaser class before determining whether to certify the action as a class action. The following are the appointments of Interim Co-Lead Class Counsel in the *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation* (the "Action"):

- Hagens Berman Sobol Shapiro LLP;

- Crueger Dickinson LLC; and

- Gustafson Gluek PLLC.

011328-11/3366091 V1

These appointments apply to the firms. The Court may add or replace the appointed firms upon request of Interim Co-Lead Class Counsel or on the Court's own motion where circumstances warrant.

3. Interim Co-Class Counsel shall be responsible, in their discretion, for coordinating pre-trial activities on behalf of all Indirect Purchaser Plaintiffs and the proposed putative class in the Action, and shall:

- Determine and present to the Court, and to Defendants, Indirect Purchaser Plaintiffs' position on all matters during pretrial proceedings (whether by brief, oral argument, or other manner, personally or by a designee);

- Coordinate and conduct discovery on behalf of Indirect Purchaser Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26, including propounding and responding to written discovery and noticing, taking, and defending depositions;

- Coordinate, direct, and monitor the work of all Indirect Purchaser Plaintiffs' counsel to ensure the efficient, orderly, non-duplicative, and cost-effective prosecution of Indirect Purchaser Plaintiffs' claims;

- Conduct and coordinate settlement negotiations, and enter into any settlement agreements on behalf of Indirect Purchaser Plaintiffs and the proposed Class;

- Enter into stipulations with opposing counsel and any non-party counsel for the conduct of the litigation;

- Prepare and distribute periodic status reports to the parties as needed;

- Maintain adequate time and disbursement records covering services for Indirect Purchaser Plaintiffs' counsel;

011328-11/3366091 V1

- Appoint any committees to handle specific tasks or areas of responsibility as appropriate;

- Allocate among Indirect Purchaser Plaintiffs' counsel any award of attorney's fees and expenses; and

- Perform such other duties on behalf of Indirect Purchaser Plaintiffs and the proposed class as necessary or incidental to the proper coordination and execution of pretrial activities or as authorized by Court order.

**SO ORDERED** this _____ day of _____, 2025.

_____
HON. BYRON B. CONWAY
United States District Court Judge

011328-11/3366091 V1