UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC., REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>Defendants. | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |
| IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| CITY OF ONALASKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION, REV GROUP, INC., ROSENBAUER AMERICA, LLC, and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>Defendants. | Case No. 1:25-cv-01717-BBC<br><br>Hon. Byron B. Conway |

**ORDER**

In these related actions, the parties state that they anticipate further consolidation, including the filing of consolidated amended complaints. They ask the court to suspend all deadlines "to allow sufficient time for the Parties to pursue further consolidation among the Actions and for Plaintiffs to file consolidated amended complaint(s)."

There are two categories of cases—the direct purchasers and the indirect purchasers. The court has already consolidated the direct purchaser cases under case number 25-CV-1543. Two motions for further consolidation are pending. The defendants seek to consolidate all actions. The indirect purchaser plaintiffs seek to consolidate only their two cases. The briefing on those motions is scheduled to be complete no later than January 6, 2026. *See* Civ. L.R. 7. The court anticipates being able to issue a decision on consolidation soon after the close of briefing.

The court appreciates that its decision on consolidation may affect the plaintiffs' decisions to file consolidated amended complaints. However, the court does not find good cause for an indefinite stay.

**IT IS THEREFORE ORDERED** that, absent further order of the court, all deadlines in the above-captioned cases, including the deadline for any defendant to answer or otherwise respond to the complaints, are stayed through **March 12, 2026**.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 11th day of December, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
