**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>OSHKOSH CORPORATION, et al.<br><br>        Defendants. | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |
| IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| CITY OF ONALASKA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>        Defendants. | Case No. 1:25-cv-01717-BBC<br><br>Hon. Byron B. Conway |

**JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO CONSOLIDATE CASE NO. 1:25-cv-01252-BBC; 1:25-cv-01717-BBC AND *In Re: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION*, 1:25-cv-01543-BBC**

Plaintiffs in the above-captioned actions, City of La Crosse, City of Onalaska, and the

Direct Purchaser Plaintiffs (*i.e.*, City of Augusta, Newstead, and City of Philadelphia)

(collectively, "Plaintiffs"), and Defendants, Oshkosh Corporation, Pierce Manufacturing, Inc.,

REV Group, Inc., Rosenbauer America, LLC, and Fire Apparatus Manufacturers' Association (collectively, "Defendants") (together with Plaintiffs, "the Parties"), jointly move the Court to extend the deadline to respond to Defendants' Motion to Consolidate by two weeks, or until January 6, 2026, to allow time for the Parties to pursue further consolidation among the actions and for Plaintiffs to file consolidated amended complaint(s). In support of their motion, the Parties state:

1.      Plaintiffs brought five separate putative class action lawsuits in this Court against Defendants alleging antitrust and other violations of law relating to the price of fire trucks: *City of La Crosse v. Oshkosh Corp., et al.*, No. 1:25-cv-01252-BBC (the "*La Crosse*" action); *City of Augusta v. Oshkosh Corp., et al.*, No. 1:25-cv-01543-BBC (the "*Augusta*" action); *The Newstead Fire Co., Inc. v. Oshkosh Corp., et al.*, No. 1:25-cv-01693-BBC (the "*Newstead*" action); *City of Onalaska v. Oshkosh Corp., et al.*, No. 1:25-cv-01717-BBC (the "*Onalaska*" action); and *City of Philadelphia v. Oshkosh Corp., et al.*, No. 1:25-cv-01801-BBC (the "*Philadelphia*" action) (collectively, the "Actions").

2.      The Court recently consolidated the *Augusta*, *Newstead*, and *Philadelphia* actions into a single action titled "*In re: Direct Purchaser Fire Apparatus Antitrust Litigation*," at docket no. 1:25-cv-01543-BBC, pursuant to the Direct Purchaser Plaintiffs' joint motion to consolidate and appoint interim lead counsel. *See* ECF No. 19, Order.[1]

3.      The Parties filed a joint motion to suspend all deadlines, including for Defendants to respond to any complaint filed in the Actions on December 2, 2025, and which was granted on December 11, 2025.  *See* ECF No. 49, Order.

---

[1] All ECF references are to the Consolidated Docket, 1:25-cv-01543-BBC.

4. On December 2, 2025, Defendants filed a joint motion on behalf of all Defendants to consolidate the Actions ("Defendants' Motion"). ECF 44. The response is due on December 23, 2025.

5. The Parties have been working towards a collaborative resolution to the Defendants' Motion but require additional time to meet and confer. To allow sufficient time for the Parties to meet, a two-week extension of time, or until January 6, 2026, is requested to either submit a joint proposed order for the Court's consideration or a response in opposition to the Defendants' Motion.

6. No party is prejudiced by this request, and good cause exists for the requested relief pursuant to Rule 16(b)(4).

7. Accordingly, the Parties respectfully request that the Court enter an order extending the deadline to respond to Defendants' Motion for two weeks, or until January 6, 2026.

Dated: December 22, 2025                                    Respectfully submitted,


*/s/ Steve W. Berman* _____                    */s/ Reid Schar* _____
Steve W. Berman (Bar No. 12536)                 Reid Schar (Bar No. 6243821)
HAGENS BERMAN SOBOL SHAPIRO LLP                  Jenner & Block LLP
1301 Second Avenue, Suite 2000                  525 Market Street, 29th Floor
Seattle, WA 98101                               San Francisco, CA 94105
Telephone: (206) 623-7292                       (628) 267-6800
Facsimile: (206) 623-0594                        rschar@jenner.com
Email: steve@hbsslaw.com

Abigail D. Pershing (Bar No. 346467)            Douglas E. Litvack (Bar No. 1024973)
HAGENS BERMAN SOBOL SHAPIRO LLP                  Jariel A. Rendell (Bar No. 1027023)
301 North Lake Avenue, Suite 920                 Jenner & Block LLP
Pasadena, CA 91101                              1099 New York Avenue, NW, Suite 900
Telephone: (213) 330-7150                       Washington, DC 20001
Email: abigailp@hbsslaw.com                     (202) 637-6357
                                                dlitvack@jenner.com
                                                jrendell@jenner.com

Erin Dickinson (Bar No. 1036707)
Charles Crueger (Bar No. 1029825)
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Counsel for Plaintiff City of La Crosse*

/s/ Gregory P. Hansel
Gregory P. Hansel
Michael S. Smith
Elizabeth F. Quinby
Michael D. Hanify
PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Direct Purchaser Co-Lead Counsel
and Counsel for City of Augusta*

/s/Beth Kushner
Beth Kushner, SBN 1008591
Christopher E. Avallone, SBN
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Liaison Counsel
and Liaison Counsel for City of Augusta*

/s/ Michael J. Flannery
Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT & LADUCA, LLP

Jacob P. Wentzel (Bar No. 6333530)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

Daniel T. Flaherty (Bar No. 1011357)
Godfrey & Kahn S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

*Counsel for Defendants Oshkosh Corporation
and Pierce Manufacturing, Inc.*

/s/Joseph L. Olson
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for The Newstead Fire
Co., Inc.*

Evelyn Riley
Cody McCracken
CUNEO GILBERT & LADUCA, LLP
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for The Newstead Fire
Co., Inc.*

*/s/ Stephen R. Basser*
Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for City of Philadelphia*

Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838

*Counsel for Defendant REV Group, Inc.*

*/s/ Ashley B. Eickhof*
Ashley B. Eickhof (Bar No. 307143)
Creighton J. Macy (Bar No. 1002479)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com

David J. Turek (Bar No. 1035356)
Joshua S. Greenberg (Bar No. 1107959)
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

*Counsel for Defendant Rosenbauer America,
LLC*

*/s/John P. Loringer*
John P. Loringer (Bar No. 1059778)
Andrew Scarpace (Bar No. 1104777)
Wilson Elser Moskowitz Edelman & Dicker
LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com

*Counsel for Defendant Fire Apparatus
Manufacturers' Association*

E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for City of Philadelphia*

William J. Ban (WIED No. 1870690)
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class
Counsel and Counsel for City of Philadelphia*

*\*Application for admission to be filed*

*/s/Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Joshua J. Rissman
Gabrielle M. Kolb
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jrissman@gustafsongluek.com
gkolb@gustafsongluek.com

Brian G. Weber (#1024963)
JOHNS, FLAHERTY & COLLINS, S.C.
Exchange Building
205 Fifth Avenue South, Suite 600
La Crosse, WI 54602
Telephone: (608) 784-5678
brian@johnsflaherty.com

*Counsel for Plaintiff City of Onalaska and
the Proposed Classes*