| | |
|---|---|
| CITY OF LA CROSSE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>OSHKOSH CORPORATION, et al.<br><br>                Defendants. | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |
| IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| CITY OF ONALASKA, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>    v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>                Defendants. | Case No. 1:25-cv-01717-BBC<br><br>Hon. Byron B. Conway |

## [PROPOSED] ORDER

This matter has come before the Court on the parties' Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Extend the Time to Respond to a Motion. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that in case nos. 1:25-cv-01252, 1:25-cv-01543-BBC, and 1:25-cv-01717-BBC, the deadline to respond to Defendants' pending Motion for Consolidation of the matters now pending at those dockets is extended for two weeks, or until January 6, 2026.

Dated at Green Bay, Wisconsin this _____ day of _____, 2025.

_____
BYRON B. CONWAY
United States District Judge

2