# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

|  |  |  |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No. 1:25-cv-01252-BBC |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Plaintiff City of Arcadia .

Date: 01/06/2026

*/s/ Elizabeth T. Castillo*
*Attorney's signature*

Elizabeth T. Castillo (California State Bar No. 280502)
*Printed name and bar number*

Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010
*Address*

ecastillo@cpmlegal.com
*E-mail address*

(650) 697-6000
*Telephone number*

(650) 697-0577
*FAX number*