# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

|  | )  |  |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | )<br>)<br>)<br>) | Case No.    1:25-cv-01252-BBC |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Plaintiff City of Arcadia                                                                          .

Date:        01/06/2026

/s/ Christopher F. Jeu
*Attorney's signature*

Christopher F. Jeu (California State Bar No. 247865)
*Printed name and bar number*

Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road
Burlingame, CA 94010

*Address*

cjeu@cpmlegal.com
*E-mail address*

(650) 697-6000
*Telephone number*

(650) 697-0577
*FAX number*