# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

|  |  |  |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No.    1:25-cv-01252 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

PLAINTIFF CITY OF ANN ARBOR                                                                                     .

Date:      01/06/2026

/s/ Paul F. Novak
*Attorney's signature*

Paul F. Novak – P39524
*Printed name and bar number*

Weitz & Luxenberg, P.C.
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48214

*Address*

pnovak@weitzlux.com
*E-mail address*

(313) 800-4166
*Telephone number*

(646) 293-7992
*FAX number*