| | |
|---|---|
| *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation* | Case No. 1:25-cv-01252 <br><br> Hon. Byron B. Conway |
| CITY OF ARCADIA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> American Industrial Partners, LLC, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-02005 <br><br> Hon. Byron B. Conway |

**PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS**

Plaintiff City of Arcadia, an indirect purchaser of fire apparatus and a putative member of the indirect purchaser class, by and through their undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 23(g), to partially modify the Court's appointment of interim co-lead class counsel in the indirect purchaser actions to include Cotchett, Pitre & McCarthy, LLP in the leadership structure in the interests of justice and economy and for reasons more fully set forth in the accompanying Memorandum of Law and supporting materials.

DATED: January 6, 2026

Respectfully submitted,

*/s/ Elizabeth T. Castillo*
Adam J. Zapala (*to be admitted*)
Elizabeth T. Castillo (WIED Bar No. 280502)
Christopher F. Jeu (WIED Bar No. 247865)
Christian S. Ruano (WIED Bar No. 352012)

Lauren A. Devens *(to be admitted)*
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cjeu@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

*Counsel for Plaintiff City of Arcadia and the Proposed Class*

Alex Phillips (WIED Bar No. 1098356)
Brittany Resch
Sam Strauss
Raina Borrelli
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
aphillips@straussborrelli.com
bresch@straussborrelli.com
sam@straussborrelli.com
raina@straussborrelli.com

*Local Liaison Counsel*

2