**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation* | Case No. 1:25-cv-01252 |
| | Hon. Byron B. Conway |
| CITY OF ARCADIA, individually and on behalf of all others similarly situated, | Case No. 1:25-cv-02005 |
| Plaintiff, | Hon. Byron B. Conway |
| v. | |
| American Industrial Partners, LLC, *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS**

WHEREAS, the Court previously entered an Order granting the joint motion of Plaintiffs City of La Crosse and City of Onalaska (collectively, "Indirect Purchaser Plaintiffs") to consolidate their indirect purchaser actions into a single consolidated action ("Indirect Purchaser Class"), which action is now referred to as *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation,* No. 1:25-cv-01252 (*see* Dkt. 49);

WHEREAS, the Court has appointed interim leadership for the putative Indirect Purchaser Class, finding that such leadership structure serves the interest of all members of the proposed class and will enable the orderly and efficient progress of the litigation and has directed that all other indirect purchaser claims filed in this Court, whether before or after entry of the Order, were to subject to the Order;

WHEREAS, the Order expressly provides the Court may "add or replace the appointed firms . . . where circumstances warrant;"

It is hereby **ORDERED**:

Paragraph 2 of the Court's December 30, 2025 Order on Consolidation and Appointment of Interim Co-Lead Counsel and Interim Liaison Counsel is hereby modified to read:

2.      Pursuant to Federal Rule of Civil Procedure 23(g), the Court appoints Interim Class Counsel to act on behalf of the putative indirect purchaser class before determining whether to certify the action as a class action. The following are the appointments of Interim Co-Lead Class Counsel in the *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation* (the "Action"):

- Hagens Berman Sobol Shapiro LLP;
- Crueger Dickinson LLC;
- Gustafson Gluek PLLC; and
- Cotchett, Pitre & McCarthy, LLP.

These appointments apply to the firms. The Court may add or replace the appointed firms upon request of Interim Co-Lead Class Counsel or on the Court's own motion where circumstances warrant.

Other than as modified here, the December 30, 2025 Order remains in full force and effect.

**SO ORDERED** this        day of        , 2025

_____
HON. BYRON B. CONWAY, U.S.D.J.

2