# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation* | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |
| CITY OF ARCADIA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>     v.<br><br>American Industrial Partners, LLC, *et al.*,<br><br>  Defendants. | Case No. 1:25-cv-02005<br><br>Hon. Byron B. Conway |

**DECLARATION OF ELIZABETH T. CASTILLO IN SUPPORT OF PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS**

I, ELIZABETH T. CASTILLO, hereby declare and state as follows:

1. I am a partner at Cotchett, Pitre & McCarthy, LLP ("CPM"), and a member in good standing of, among others, the bar of this Court. The matters described in this declaration, where attributed to me, are based on my personal knowledge and, if called as a witness, I could and would testify truthfully and consistently with what is stated below.

2. I submit this declaration in support of Plaintiff City of Arcadia's Motion to Partially Modify the Court's Appointment of Class Counsel in the IPP Actions. At the time of this filing, related actions brought by indirect purchasers have been consolidated by Hon. Byron B. Conway in *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation,* No. 1:25-cv-01252 (the "Action").

3. This Action consists of multiple related antitrust cases brought by indirect purchasers of fire apparatus alleging that Defendants engaged in anticompetitive conduct that inflated the prices of fire apparatus sold in the United States.

4. Plaintiff City of Arcadia is the only class representative in this litigation that is California-based at this juncture.

5. The City of Arcadia's participation in this Action reflects the interests of California municipalities and other public entities that depend on competitively priced fire apparatus to fulfill core public safety responsibilities. Ensuring that these interests are adequately represented as the litigation proceeds is consistent with the objectives of Federal Rule of Civil Procedure 23(g) and the Court's oversight of interim class counsel appointments.

6. In addition to representing the City of Arcadia, CPM intends to be retained by additional municipalities and political subdivisions to cover as many of the states that permit indirect purchaser actions as possible. In doing so, CPM is further ensuring that the interests of public entities purchasing fire apparatus are adequately and efficiently represented as this litigation proceeds.

7. CPM has expended significant time and effort thoroughly investigating the claims in the Action. These efforts included extensive factual, legal, expert work, and investigation, including interviewing multiple potential plaintiffs and identifying potential experts. CPM engaged in a significant investigation of Defendants' conduct, including, among other things, reviewing industry articles and publications, research reports, SEC filings, investor presentations concerning both the fire apparatus market and the individual Defendants, and U.S. legislative and executive investigations.

2

8.     If appointed as an additional Interim Co-Lead Class Counsel for the IPP actions, CPM will work collaboratively with the other firms already appointed to lead this case.

9.     CPM has extensive lead counsel experience in complex cases and a proven track record of success representing plaintiffs in antitrust class actions. Attached hereto as Exhibit 1 is a true and correct copy of the firm resume for Cotchett, Pitre & McCarthy, LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of January 2026 at Burlingame, California.

DATED: January 6, 2026                  /s/ Elizabeth T. Castillo
                                        Elizabeth T. Castillo (WIED Bar No. 280502)

3