# EXHIBIT 1



SAN FRANCISCO BAY AREA │ LOS ANGELES AREA │ NEW YORK │ SEATTLE

WWW.CPMLEGAL.COM

# OUR FIRM

Cotchett, Pitre & McCarthy, LLP ("CPM") based in the San Francisco Bay Area for over 45 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in four cities—the San Francisco Bay Area, Los Angeles, Seattle, and New York—the core of the firm is its people and their dedication to principles of law, their work ethic, and their commitment to justice. We are trial lawyers dedicated to achieving justice.







**"The Cotchett firm has few peers that equal their ability in litigation.
Their commitment to the cause of justice and their ethical standards stand apart. They are people who give back to the community and give lawyers a good name."**

*—Judge of the Superior Court (Retired)*

2

# OUR PRACTICE AREAS

CPM represents both plaintiffs and defendants in a wide range of practice areas, including:

- Antitrust & Global Competition
- Aviation / Helicopter Accidents
- Commercial Litigation
- Consumer Protection Class Actions
- Defective Products / Mass Torts
- Elder Abuse
- Employment Law
- Environmental Law
- False Claims / Whistleblower Law
- Municipal & Public Entity Litigation
- Privacy & Intellectual Property
- Personal Injury & Wrongful Death
- Pharmaceutical Litigation
- Securities / Financial Fraud
- Shareholder Rights / Corporate Governance

**"This court has had the distinct pleasure of having the parties in this case represented by some of the finest attorneys not only in this state but in the country." Cotchett, Pitre & McCarthy has "well reputed experience in [consumer fraud] litigation."**

***—Judge of the U.S. District Court***

3

**OUR OFFICES**



**San Francisco Bay Area**
840 Malcolm Road
Suite 200
Burlingame, CA 94010
T: 650.697.6000
F: 650.697.0577



**Los Angeles Area**
2716 Ocean Park Boulevard
Suite 3088
Santa Monica, CA 90405
T: 310.392.2008
F: 310.392.0111



**40 Worth Street**
Suite 602
New York, NY 10013
T: 212.201.6820
F: 917.398.7753



**Seattle**
1809 7th Avenue
Suite 1610
Seattle, WA 98101
T: 206.802.1272
F: 206.299.4184

**<u>Noteworthy Results for Consumers and Businesses</u>**

CPM represents plaintiffs in the following antitrust class actions in which it serves or served as lead or co-lead counsel and has secured noteworthy results for American consumers and businesses:

*In re Automotive Parts Antitrust Litigation*
**United States District Court, Eastern District of Michigan**
CPM serves as co-lead counsel for end-payor plaintiffs against a number of automotive parts suppliers for allegedly engaging in massive conspiracies to fix the prices, rig the bids, and allocate the markets of various automotive parts sold to automobile manufacturers, next sold to automobile dealerships, and then sold to consumers and businesses. ***CPM and its co-lead counsel recovered over $1.2 billion for the end-payor plaintiff classes.***

*In re Broiler Chicken Antitrust Litigation*
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for commercial and institutional indirect purchasers against broiler chicken suppliers for allegedly engaging in a conspiracy to fix, raise, maintain, and stabilize the prices of broiler chickens by coordinating output and limiting production with the intended and expected result of increasing the prices of broiler chickens. ***CPM and its co-lead counsel recovered over $145 million for commercial and institutional purchaser plaintiff classes.***

*In re Capacitors Antitrust Litigation*
**United States District Court, Northern District of California**
CPM serves as lead counsel for indirect purchasers of electrolytic and film capacitors against capacitor suppliers for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of electrolytic and film capacitors, respectively. ***CPM recovered $80.4 million for the indirect purchaser plaintiff classes.***

*In re Cattle and Beef Antitrust Litigation*
**United States District Court, District of Minnesota**
CPM serves as co-lead counsel for direct purchaser plaintiffs against beef processing and packing defendants for allegedly engaging in a conspiracy to constrain beef supplies in the United States, thereby artificially inflating domestic beef prices. ***To date, CPM and its co-lead counsel have recovered $52.5 million for the direct purchaser class.***

*In re Domestic Airline Travel Antitrust Litigation*
**United States District Court, District of Columbia**
CPM serve as co-lead counsel for purchasers of air transportation against American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc. for allegedly engaging in a conspiracy to restrict capacity and thereby raise prices for air passenger transportation services. ***To date, CPM and its co-lead counsel have recovered $60 million for the class.***

***In re Farm-Raised Salmon and Salmon Products Litigation***
**United States District Court, Southern District of Florida**
CPM serves as a member of an informal Executive Committee and represents a class of indirect salmon buyers against Norwegian salmon-farming companies for allegedly coordinating price hikes of salmon and salmon products. ***Counsel for indirect purchaser plaintiffs recovered $33 million for the classes***.

***In re Freight Forwarders Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as co-lead counsel for purchasers of freight forwarding services from freight forwarders who allegedly engaged in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of freight forwarding services. ***CPM and its co-lead counsel recovered approximately $450 million for the class.***

***In re Geisinger Health and Evangelical Community Hospital Healthcare Workers Antitrust Litigation***
**United States District Court, Middle District of Pennsylvania**
CPM serves as co-lead counsel for a class of healthcare workers alleging Geisinger System Services, Inc. and Evangelical Community Hospital entered into a no-poach agreement that unlawfully restrained competition for healthcare labor, suppressing job mobility and wages. ***CPM and its co-lead counsel recovered $28.5 million for the class.***

***In re Google Play Consumer Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves on the Steering Committee and represents consumers of Android apps and in-app purchases against Google for allegedly and unlawfully maintaining a monopoly in the Android application distribution market and in-app aftermarket. In September 2023 Consumer Plaintiffs and Google reached an agreement in principle to settle the case, after many months of mediation. The agreement in principle specifies that ***Google will pay approximately $700 million to reimburse consumers for their allegedly inflated app purchases***.

***In re Lithium Batteries Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for indirect purchasers of lithium-ion batteries against lithium-ion battery suppliers for allegedly engaging in a conspiracy to fix the prices of these products. ***CPM and its co-lead counsel recovered $113 million for the classes.***

***In re Resistors Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for indirect purchasers of linear resistors against resistor suppliers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of linear resistors. ***CPM recovered $33.4 million for the classes.***

***In re Telescopes Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as co-lead counsel for classes of consumers and businesses against telescope

manufacturers for allegedly engaging in massive conspiracies to fix the prices and allocate the markets of telescopes and telescope products. ***CPM and its co-lead counsel recovered $32 million for the class.***

***In re Transpacific Passenger Air Transportation Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of air transportation against 13 Asian and Oceanic airlines for allegedly engaging in a conspiracy to fix the prices of discount fares and fuel surcharges on long-haul passenger flights for transpacific routes. ***CPM and its co-lead counsel recovered over $148 million for the classes***.

### Noteworthy Cases Not Yet Tried or Completely Settled

CPM also represents plaintiffs in the following antitrust class actions in which it serves as lead or co-lead counsel but where CPM has not yet tried or settled the actions:

***In re Deere & Company Repair Services Antitrust Litigation***
**United States District Court, Northern District of Illinois**
CPM serves as co-lead counsel for a class of persons and entities who purchased repair services for Deere agricultural equipment with onboard computers known as electronic control units for monopolizing and restraining the market for repair and maintenance services of such equipment.

***Mach, et al. v. Yardi Systems, Inc., et al.***
**Superior Court of the State of California, County of Alameda**
CPM serves as co-lead counsel on behalf of a class of plaintiffs in California against multifamily residential property owners, operators and managers that allegedly colluded and conspired to artificially inflate the rental prices of their units above competitive levels, and to reduce the occupancy of such units below competitive levels through their usage of a centralized pricing software algorithm called "RENTmaximizer," created by Yardi Systems, Inc.

***In re Passenger Vehicle Replacement Tires Antitrust Litigation***
**United States District Court, Northern District of Ohio**
CPM was named co-lead counsel for a class of end-payor plaintiffs who purchased replacement tires in which defendants allegedly engaged in a conspiracy to unlawfully fix, artificially raise, maintain and/or stabilize prices, rig bids for, and allocate the market in the United States for replacement tires.

### Executive Committee or Steering Committee Experience

CPM represents plaintiffs in the following antitrust class actions in which it serves as a member of the Executive Committee or Steering Committee:

***In re Cathode Ray Tube (CRT) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM serves as a member of the Executive Committee and represents direct purchasers against CRT manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise,

maintain, and/or artificially stabilize the prices of CRTs. ***To date, counsel for direct purchaser plaintiffs has recovered over $212 million for the class.***

***In re Crop Inputs Antitrust Litigation***
**United States District Court, Eastern District of Missouri**
CPM serves as a member of the Executive Committee and represents a class of consumers and businesses that purchased crop inputs against crop input suppliers that allegedly established a secretive distribution process that keeps crop inputs prices inflated at supracompetitive levels and, in furtherance of their conspiracy, denies farmers access to relevant market information.

***In re Copaxone Antitrust Litigation***
**United States District Court, District of New Jersey**
CPM serves as a member of an informal Executive Committee and represents a class of third-party payors against Teva for willfully maintaining its monopoly power in the market for prescription drug Copaxone using restrictive or exclusionary conduct.

***In re Generic Pharmaceuticals Pricing Antitrust Litigation***
**United States District Court, Eastern District of Pennsylvania**
CPM and Adam J. Zapala serve as a member of the Steering Committee and represent end-payor plaintiffs of generic drugs against dozens of generic drug manufacturers for alleged engaging in conspiracies to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of dozens of generic drugs.

***In re Granulated Sugar Antitrust Litigation***
**United States District Court, District of Minnesota**
CPM serves on the Plaintiffs' Steering Committee and represents direct purchaser plaintiffs against Defendants who allegedly conspired to artificially inflate the price of Refined Sugar in the United States and its territories.

***In re Oral Phenylephrine Marketing and Sales Practice Litigation***
**United States District Court, Eastern District of New York**
CPM serves on the Plaintiffs' Steering Committee and represents purchasers of over-the-counter, orally ingested phenylephrine-containing products to relieve nasal and sinus congestion sold by Defendants that allegedly do not relieve nasal and sinus congestion yet were continued to be marketed as effective decongestants.

***In re Parking Heaters Antitrust Litigation***
**United States District Court, Eastern District of New York**
CPM served as liaison counsel for indirect purchaser plaintiffs of air and coolant parking heaters in the aftermarket for commercial vehicles against parking heater manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of parking heaters. ***Counsel for IPPs recovered $7.7 million for the class.***

***In re Visa Debt Card Antitrust Litigation***
**United States District Court, Southern District of New York**
CPM serves on the Plaintiffs' Executive Committee for the fee payor class. Visa has allegedly

8

entrenched its monopoly by using a multi-faceted exclusionary strategy to stifle competition and innovation in the United States debit market, resulting in enormous financial harms to merchants.

### Illustrative Examples of Pre-2012 Leadership Experience

***In re Citric Acid Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel in an antitrust class action against the five largest sellers of citric acid in the United States, Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V., for alleged conspiring to fix the prices of citric acid at artificially high levels. The court certified the class in October 1996. ***CPM and its co-lead counsel recovered approximately $86.5 million for the class.***

***In re Dynamic Random Access Memory (DRAM) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as chair of the Discovery Committee and represented direct purchasers against DRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered over $325 million for the class.***

***In re International Air Transportation Surcharge Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for purchasers of purchasers of air transportation against Virgin Atlantic Airways Ltd. and British Airways for allegedly engaging in a conspiracy to impose fuel surcharges on long-haul passenger flights for transatlantic routes. ***CPM and its co-lead counsel recovered over $204 million for the class.***
***In re Methionine Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as co-lead counsel in this antitrust class action against several methionine manufacturers for allegedly engaging in a conspiracy to fix the prices and allocate the markets of methionine. ***CPM recovered $107 million for the class***.

***In re Optical Disk Drive (ODD) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as a member of the Executive Committee and represented direct purchasers against ODD manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of ODDs. ***Counsel for direct purchaser plaintiffs recovered $74.75 million for the class.***

***In re Static Random Access Memory (SRAM) Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for direct purchasers of SRAM against SRAM manufacturers for allegedly engaging in a conspiracy to unlawfully inflate, fix, raise, maintain, and/or artificially stabilize the prices of SRAM chips. ***CPM recovered $77 million for the class.***

***In re Sodium Gluconate Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel in an antitrust class action against manufacturers of sodium gluconate, an industrial cleaning agent, for allegedly fixing the prices thereof. The court certified the class. ***CPM recovered $4,801,600 for the class.***

***In re Webkinz Antitrust Litigation***
**United States District Court, Northern District of California**
CPM served as lead counsel for small business retailers who purchased Webkinz plush line toy from Ganz Inc. ("Ganz") on the condition that they also order a minimum $1,000 of products from Ganz's "core line" of products. ***CPM recovered $2.5 million for the class.***

***Kopies, Inc., et al. v. Eastman Kodak Co.***
**United States District Court, Northern District of California**
CPM served as co-lead counsel for copier service firms against manufacturers of parts for alleged illegal tying of products and services. ***CPM and its co-lead counsel recovered $45 million for the plaintiffs.***

***Natural Gas Antitrust Cases I, II, III, & IV***
**Superior Court of California, San Diego Superior Court**
CPM represented 11 public entities and others for the alleged reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis. ***CPM successfully prosecuted and recovered $124 million in settlements***.

10

# OUR PEOPLE
## ANTITRUST ATTORNEYS AT CPM

### <u>ADAM J. ZAPALA</u>



**Education**
- UC Law San Francisco (Formerly UC Hastings), J.D.
- Stanford University, B.A.

**Admissions**
- California

**Adam Zapala** is a Partner at Cotchett, Pitre & McCarthy, LLP, where he focuses on complex litigation, including antitrust, employment & civil rights, privacy & cybersecurity, *qui tam*/false claims, consumer protection and class actions generally.

Mr. Zapala has served as lead counsel, or in other court-appointed leadership positions, in some of the largest and most complex litigation matters in the United States, and has obtained outstanding results. Mr. Zapala is known for his deep understanding of antitrust law and class action practice and procedure.

Mr. Zapala has been recognized by courts, his peers, and by various publications for his outstanding work. Since 2014, Mr. Zapala has been recognized as a *Super Lawyer Rising Star*, or *Super Lawyer*. In 2019, the American Antitrust Institute ("AAI") recognized the work of Mr. Zapala and his colleagues in the groundbreaking *Auto Parts* antitrust litigation, where CPM represents the end-payor plaintiffs and have recovered over $1 billion in settlements on their behalf. The *Daily Journal* has repeatedly recognized Mr. Zapala as one of the top antitrust lawyers in California. His work on cases has regularly appeared in Top Settlements & Verdicts.

Mr. Zapala received a B.A. from Stanford University and his J.D. from UC Law San Francisco (Formerly UC Hastings). Prior to CPM, Mr. Zapala worked at Davis, Cowell & Bowe, LLP. (now known as McCracken, Stemerman & Holsberry, LLP.) in San Francisco, where he represented labor unions, Taft-Hartley Pension and Health & Welfare funds, employees and consumers in complex litigation, arbitration and NLRB proceedings. While at DCB, Mr. Zapala served as trial counsel in countless arbitrations on behalf of labor unions and employee benefit funds. He has argued cases before the California First, Third, and Sixth District Court of Appeal.

Mr. Zapala currently serves as the President of the Legal Aid Society of San Mateo County. He

also previously served as a staff attorney with Bay Area Legal Aid, where he focused on representing indigent clients in a wide variety of civil litigation matters. While there, Mr. Zapala developed expertise in Medi-Cal, Medicare and other publicly-financed healthcare systems. Mr. Zapala also has legislative and policy experience, working on Capitol Hill as a policy aide for Senator Ron Wyden (D- Oregon) in Washington D.C.

While at Stanford University, Mr. Zapala became a four-time Academic All-American, a four-time All-American, and Captain of the Stanford Men's Soccer Team. In 2001, he was drafted in the Major League Soccer ("MLS") Super Draft by the Dallas Burn (now FC Dallas).

12

# ELIZABETH T. CASTILLO



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- Boston University, B.A., Economics and Political Science
- Università Commerciale Luigi Bocconi, Milan, Italy

**Admissions**
- California
- New York
- District of Columbia

**Elizabeth Tran Castillo** is a partner in the San Francisco Bay Area office of Cotchett, Pitre & McCarthy, LLP and a member of the Antitrust & Global Competition practice group. Her work focuses on class actions and other complex litigation. Her experience includes litigating direct and indirect purchaser class actions as well as international and domestic cartel matters. In 2023, she was personally appointed to the leadership team in *In re ARC Airbag Inflators Products Liability Litigation*, MDL No. 3051, No. 1:22-md-03051-ELR (N.D. Ga.) and, in 2022, she was personally appointed interim co-lead counsel in *In re Deere & Company Repair Services Antitrust Litigation,* MDL No. 3030, No. 3:22-cv-50188-IDJ (N.D. Ill.).

Liz has received various honors for her antitrust work, including:

- Lawdragon 500 Leading Global Antitrust & Competition Lawyers (2025) and 500 Leading Plaintiff Financial Lawyers (2024)
- Best Lawyers: Ones to Watch® in America (2024-2025)
- Los Angeles and San Francisco Daily Journal Top Antitrust Lawyers (2022)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement in Private Law Award (2019)
- American Antitrust Institute Outstanding Antitrust Litigation Achievement by a Young Lawyer Award (2016)
- Northern California Super Lawyers (2022-2024) and Rising Star (2015-2021)

Liz has represented consumers and businesses in both federal and state courts and at all stages of litigation, including discovery, trial, and appeals. While she is involved in all aspects of the cases she litigates, she places emphasis on her case development, e-discovery, and settlement strategy work. She still enjoys researching and drafting beautifully organized and thoughtfully drafted briefs. Liz earned her J.D. from UC Law San Francisco (Formerly UC Hastings) in 2011.

13

# CHRISTOPHER F. JEU



**Education**
- Yale, J.D.
- Graduate School of Arts and Sciences, Columbia University, M.A.
- Columbia College, Columbia University, B.A.

**Admissions**
- California
- Texas

**Christopher F. Jeu** is a Senior Counsel at Cotchett, Pitre & McCarthy LLP, where he focuses on complex litigation, including antitrust and class actions.

From 2016 to 2025, Chris was an Assistant United States Attorney, in which he served as lead counsel for the United States in a wide range of civil cases, including judicial review, Freedom of Information Act, employment, immigration, medical malpractice, and personal injury cases. From 2020 to 2025. Chris was an AUSA in the Northern District of California. From 2016 to 2020, he was an AUSA in the District of New Mexico, where his efforts included working with Native American tribes and mass tort litigation arising from a forest fire. Chris has prevailed in numerous cases on behalf of the United States, federal agencies, and federal employees. He has also successfully settled numerous cases. Chris has been recognized for his outstanding work. His awards include the U.S. Attorney's Office Award for Excellence in Oral Advocacy, for his work before the Ninth Circuit Court of Appeals.

Before joining the U.S. Attorney's Office, Chris was an Associate and Of Counsel at Morrison & Foerster LLP, where he specialized in patent litigation and other intellectual property cases.

Chris has also served as an Adjunct Professor at Rutgers Law School, where he has helped teach Deposition Advocacy. His pro bono work included volunteering for Legal Aid of San Mateo and the Lawyer's Committee for Civil Rights.

In addition, Chris serves on the Northern District of California's ADR Program, where he is a Mediator and an Evaluator for the Early Neutral Evaluation program.

Chris earned his J.D. from Yale Law School, where she served as an Editor of the Yale Law Journal, and he clerked for U.S. District Judge Fernando M. Olguin of the Central District of California.

14

# CHRISTIAN S. RUANO



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- University of California, Davis, B.A.

**Admissions**
- California

**Christian Santiago Ruano** is an associate attorney at Cotchett, Pitre & McCarthy, LLP, and a member of the Antitrust & Global Competition practice group. His work focuses primarily on class actions in addition to other complex litigation matters such as employment & civil rights, privacy & cybersecurity, and consumer protection claims. Christian is dedicated to representing individuals and communities impacted by corporate misconduct and advocating for public interest causes.

Christian's background includes significant experience in both criminal and civil litigation. He contributed to criminal prosecution efforts at the U.S. Attorney's Office in San Francisco and gained additional experience in criminal defense as a law clerk with Texas Rio Grande Legal Aid, where he supported public defenders on behalf of indigent clients. In addition, Christian has valuable civil litigation experience working with a personal injury solo practitioner in San Francisco, where he assisted with various stages of case preparation and client advocacy. His work at a San Francisco-based AI startup also allowed him to contribute to the development of an AI model focused on contract analysis and legal document review.

Christian graduated from the UC Law San Francisco (Formerly UC Hastings) and holds a B.A. in International Relations from UC Davis. During law school, he demonstrated his commitment to student leadership and environmental advocacy as the Co-Founder and Co-President of the Beachgoers and Surf Enthusiasts Club, as well as serving as a student representative throughout his time there. His experience also includes legislative internships with U.S. and Massachusetts senators and volunteer work as an American civics educator with the Immigration Institute of the Bay Area.

Outside of work, Christian enjoys basketball, volleyball, estate sales, and watching the Golden State Warriors. He is also committed to community initiatives with the Prisoner Literature Project, Surfrider Foundation, and Peninsula Open Space Trust.

# LAUREN DEVENS



**Education**
- J.D., UC Law San Francisco (formerly UC Hastings), 2025
- B.A., University of California, Santa Barbara, 2022

**Admissions**
- California

**Lauren Devens** is an associate at Cotchett Pitre & McCarthy, LLP, where she focuses on personal injury, wrongful death, products liability, mass torts, antitrust & global competition, consumer protection class actions, and unlawful agreements to suppress wages.

Lauren earned her J.D. from UC Law SF in San Francisco, where she was the External Vice President of UC Law SF Plaintiff's Law Association, Senior Acquisitions Editor of UC Law SF Environmental Law Journal, a Teaching Assistant for Legal Research and Writing I, and the President of the Hawai'i Law Students Association. Lauren received the Cali Award for being the top student in Civil Procedure II and Honorable Mention for Best Oral Argument in Legal Research and Writing II. During law school she worked with the firm as a law clerk and externed for Justice Danny Chou of the 1st District California Court of Appeal.

Prior to law school, Lauren graduated with honors from the University of California, Santa Barbara with a B.A. in Political Science and a minor in Asian American Studies. She was also elected to Phi Beta Kappa.

# JOSEPH W. COTCHETT



**Education**
- UC Law San Francisco (formerly UC Hastings), J.D.
- California State Polytechnic University, B.S. in Engineering
- Named an Outstanding Graduate

**Admissions**
- California
- District of Columbia
- New York

As stated by the National Law Journal, **Joseph W. Cotchett** is considered by plaintiffs and defense attorneys alike to be one of the foremost trial lawyers in the country. He has been named one of the 100 most influential lawyers in the nation for the past 20 years. In recent years, he has been in the Top 3 for best attorneys in Northern California. Since 2017, he has been named by Super Lawyers to be the #1 lawyer in Northern California, as ranked by his peers. The *Daily Journal* has named him to be one of the Top 100 in California since its inception. In 2019 he was named Consumer Attorney of the Year for his 20-year fight against lead paint manufacturers for poisoning California's most vulnerable children and communities. The California Labor Federation honored Cotchett with its "Top Slugger for Workers" award in 2019, recognizing his decades of fighting for the underdog. In 2020, Cotchett was named one of the Top 100 in California and Top 25 Plaintiff Lawyers.

As reported in the San Francisco / Los Angeles Daily Journal, he is "considered one of the best trial strategists in the state" who built a career out of representing the underdog against powerful interests. The San Francisco Chronicle rated him as one of the best in California, saying, **"The Burlingame attorney has had a star career that's not only talked about in legal circles but has made headlines around the country. Known mostly as a plaintiffs' lawyer, many of his cases are filed on behalf of fraud victims, and have a widows-and-orphan flavor to them."**

During his 50-plus year legal career, he has tried more than 100 cases to verdict, and settled hundreds more, winning numerous jury verdicts, ranging from multi-million dollar fraud, antitrust and securities jury verdicts to several defense verdicts in complex civil cases. He successfully negotiated multi-million-dollar settlements in qui tam lawsuits and in antitrust, securities, major fraud cases, and mass torts.

In the 1980s, Cotchett won mammoth judgments and settlements for investors in white-collar fraud cases, with jury verdicts of more than $200 million arising out of the collapse of the Technical Equities Corp. in San Jose. He is known nationally as the lead trial lawyer for 23,000 plaintiffs in the Lincoln Savings & Loan Association/American Continental Corp. case in 1990

involving Charles Keating, his lawyers, accountants and bankers in Tucson, Arizona. He won one of the then largest jury verdicts in US history, $3.3 billion. He obtained nearly $400 million in settlements from lawyers, accountants and other professionals caught up in the scandal.

He has represented both the National Football League and its teams since the early 1980s in various legal actions. As counsel for E. & J. Gallo Winery, he won a celebrated defense jury verdict in a trade dress infringement case involving wine labels and bottles produced by Gallo.

In recent years, Cotchett has taken on major corporate entities and Wall Street for financial fraud. He and the firm are involved in litigation resulting from nearly every major corporate scandal including Enron, WorldCom, Global Crossing, Homestore.com, Qwest, Montana Power Company, Lehman, Bank of America, Goldman Sachs and numerous others on behalf of private investors and public pensions. The firm has represented the California Public Employees' Retirement System, California State Teachers' Retirement System, and the University of California Board of Regents, along with numerous political subdivisions of the state, such as counties, cities and districts.

In 2000, he served as trial counsel for Consumers Union, successfully defending the watchdog consumer group in a product disparagement and defamation suit in Federal Court in Los Angeles. Isuzu Motors of Japan had sued Consumers Union for disparagement to the 1995-96 Trooper, claiming millions in damages. Following an eight-week trial, a jury ruled in favor of Consumers Union. Trial Lawyers for Public Justice honored Cotchett as "Trial Lawyer of the Year" in 2000 in honor of his "outstanding contribution to the public interest" through his work for Consumers Union. Also, in 2000, Consumer Attorneys of California gave Cotchett its "Presidential Award of Merit." In 2004, he was the lead trial counsel in a product defamation case against Consumers Union. The jury ruled for Consumer Union in what was considered a major victory for a free press and the First Amendment.

Cotchett is involved in extensive pro bono work. In one such case, he brought a lawsuit against the United States Navy on behalf of 8,600 Amerasian children in the Philippines who were left in villages after the closing of the Subic Bay Naval Base. The case ended in a settlement giving direct U.S. aid to the children fathered by U.S. servicemen and a television documentary on the subject. He regularly takes on pro bono causes including environmental and public policy matters and the firm represents and advises several Native American groups.

Cotchett received his B.S. in Engineering from California State Polytechnic University, San Luis Obispo in June 1960, being named an Outstanding Graduate, and his J.D. from Hastings College of Law at the University of California in June 1964. In June 2002, Cotchett received an **Honorary Doctor of Laws** from Cal Poly and The California State University Board of Trustees. In May 2006, Cotchett received an **Honorary Doctor of Letters** from Notre Dame de Namur University. In May 2011, Cotchett received an **Honorary Doctor of Letters** from the University of San Francisco. In each case, he was the graduation speaker honored by the Universities.

Following college, he served as an officer in the U.S. Army Intelligence Corps, followed by years as a Special Forces paratrooper and JAG Corps officer, in the active reserves. Before transferring to the JAG, he made 12 airborne operations. He retired in 1991 with the rank of

18

Colonel with various citations including the distinguished **Legion of Merit**. He is a member of many veteran and airborne associations having served on active duty 1960-1961. From 2001 to 2005, he served on the board of the Army War College Foundation in Carlisle, Pennsylvania which supports the prestigious Army War College at Carlisle Barracks, the graduate school for the senior commanders of all branches of the service, including officers from foreign allies.

In 2003, Cotchett was honored by **Disability Rights Advocates** for his nearly 40 years of civil rights work. At a San Francisco dinner attended by lawyers, judges and community leaders, Cotchett was described as follows:

*Joe Cotchett has been a champion for justice since his college days. As an engineering student in North Carolina, Joe challenged segregation by drinking from segregated water fountains and riding in the back of buses. Later, as a student at Cal Poly, in 1958 Joe successfully established the first integrated fraternity, which prompted the other fraternities on campus to follow suit.*

*Joe's legal career has involved representing the underdog and doing extensive pro bono work. His civil rights commitment has been leveraged over and over by his financial support of legal fellowships. He has given a 'kick-start' to the public interest careers of the new law graduates at Trial Lawyers for Public Justice, Public Citizen, Southern Poverty Law Center and Disability Rights Advocates. Through these fellowships, Joe has helped to ensure social change through law. Joe guided DRA as a board and litigation committee member from its infancy years into the defender of disability rights it has become today.*