# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

|  |  |  |  |
|---|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No. | 1:25-cv-01252 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

PLAINTIFF CITY OF ANN ARBOR                                                              .

Date:      01/07/2026

/s/ Casey Verville
*Attorney's signature*

Casey Verville – P82849
*Printed name and bar number*

Weitz & Luxenberg, P.C.
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48214

*Address*

cverville@weitzlux.com
*E-mail address*

(231) 366-3107
*Telephone number*

(646) 293-7992
*FAX number*