# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No. 1:25-cv-01252 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

PLAINTIFF CITY OF ANN ARBOR .

Date: 01/07/2026

*Milena Lai*
_Attorney's signature_

Milena Lai, P88289
*Printed name and bar number*

Weitz & Luxenberg P.C.
3011 W. Grand Blvd, 24th Floor
Detroit, MI 48214

*Address*

mlai@weitzlux.com
*E-mail address*

(231) 366-3106
*Telephone number*

(646) 293-7992
*FAX number*