# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

|  |  |  |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No.    1:25-cv-01252-BBC |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Plaintiff City of Arcadia                                                                                              .

Date:        01/07/2026                                    /s/ Adam J. Zapala
                                                                              *Attorney's signature*

                                                        Adam J. Zapala (California State Bar No. 245748)
                                                                      *Printed name and bar number*

                                                                Cotchett, Pitre & McCarthy, LLP
                                                                           840 Malcolm Road
                                                                          Burlingame, CA 94010

                                                                                   *Address*

                                                                      azapala@cpmlegal.com
                                                                              *E-mail address*

                                                                             (650) 697-6000
                                                                          *Telephone number*

                                                                             (650) 697-0577
                                                                               *FAX number*