# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In re: Indirect Purchaser Fire Apparatus )
Antitrust Litigation )
) Case No. 1:25-cv-01252-BBC
)
)

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Plaintiff City of Onalaska .

Date: 01/14/2026

/s/ Daniel E. Gustafson

*Attorney's signature*

Daniel E. Gustafson

*Printed name and bar number*
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Address*

dgustafson@gustafsongluek.com

*E-mail address*

(612) 333-8844

*Telephone number*

(612) 339-6622

*FAX number*