# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In re: Indirect Purchaser Fire Apparatus )
Antitrust Litigation )
)      Case No.    1:25-cv-01252-BBC
)
)

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Plaintiff City of Onalaska                                                                                 .

Date:        01/14/2026

                                                    /s/ Gabrielle M. Kolb
                                                    *Attorney's signature*

                                                    Gabrielle M. Kolb
                                                    *Printed name and bar number*
                                                    Gustafson Gluek PLLC
                                                    120 South Sixth Street, Suite 2600
                                                    Minneapolis, MN 55402

                                                    *Address*

                                                    gkolb@gustafsongluek.com
                                                    *E-mail address*

                                                    (612) 333-8844
                                                    *Telephone number*

                                                    (612) 339-6622
                                                    *FAX number*