# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No. 1:25-cv-01252-BBC |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

Plaintiff City of Onalaska .

Date: 01/14/2026

/s/ Joshua J. Rissman
*Attorney's signature*

Joshua J. Rissman
*Printed name and bar number*
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Address*

jrissman@gustafsongluek.com
*E-mail address*

(612) 333-8844
*Telephone number*

(612) 339-6622
*FAX number*