# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

|  |  |
|---|---|
| IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |

## <u>NOTICE OF WITHDRAWAL OF COUNSEL</u>

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Abigail D. Pershing will be leaving the law firm of

Hagens Berman Sobol Shapiro LLP on January 16, 2026, and therefore withdraws her

appearance as counsel for Indirect Purchaser Plaintiffs in the above-captioned matter.

Indirect Purchaser Plaintiffs continue to be represented by all other remaining counsel of

record.

Dated: January 15, 2026

Respectfully Submitted,

By: */s/ Abigail D. Pershing*
Abigail D. Pershing (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Email: abigailp@hbsslaw.com

011328-11/3437674 V1