# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252 <br><br> Hon. Byron B. Conway |

## DECLARATION OF STEVE W. BERMAN IN SUPPORT OF OPPOSITION TO MODIFY APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS

I, STEVE W. BERMAN, hereby declare as follows:

1. I am one of the lawyers representing Plaintiffs and the proposed classes in this matter. I am the Managing Partner at Hagens Berman Sobol Shapiro LLP. I make these statements based upon personal knowledge, and I am otherwise competent to testify in this matter.

2. Since appointment, Interim Co-Lead Counsel have met regularly to coordinate on fact investigation and briefing. This includes work on the Consolidated Amended Complaint, expert retention, and responding to Defendants' pending Motion to Transfer and Centralize before the Judicial Panel on Multidistrict Litigation.

3. In the four months since Plaintiff La Crosse filed its complaint, it has undergone substantial additional investigation and legal work.

4. I and others on my team have been in communication with governmental entities who are contemplating joining the above-captioned action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

011328-11/3447807 V1

Executed this 27th day of January 2026, in Seattle, Washington.

*s/ Steve W. Berman*
STEVE W. BERMAN

011328-11/3447807 V1