# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION.

Case No. 1:25-cv-01252

Hon. Byron B. Conway

## DECLARATION OF ERIN DICKINSON IN SUPPORT OF OPPOSITION TO MODIFY APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS

I, ERIN DICKINSON, declare as follows:

1. I am an attorney duly licensed to practice law before this Court. I am a member of the Minnesota Bar, and I have been admitted to this Court (Bar No. 1029825). I am an owner and founding partner of Crueger Dickinson LLC ("CD"). My business address is 4532 North Oakland Avenue, Milwaukee, WI 53211. I am over the age of eighteen, am competent to testify, and do so based on my personal knowledge.

2. I and others on my team have been in communication with governmental entities in California who are contemplating joining the above-captioned action.

3. Based on information and belief, I anticipate our legal team being retained by at least one California governmental entity who will agree to act as a class representative in the coming months.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

011328-11/3447808 V1
011328-11/3447808 V1

Executed this 27th day of January 2026, in Milwaukee, Wisconsin.

/s Erin Dickinson  
ERIN DICKINSON

011328-11/3447808 V1
011328-11/3447808 V1