# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

IN RE: INDIRECT PURCHASER FIRE
APPARATUS ANTITRUST LITIGATION.

Case No. 1:25-cv-01252

Hon. Byron B. Conway

## DECLARATION OF DANIEL C. HEDLUND IN SUPPORT OF OPPOSITION TO MODIFY APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS

I, DANIEL C. HEDLUND, declare as follows:

I am an attorney duly licensed to practice law before this Court. I am a member of the Minnesota Bar, and I have been admitted to this Court *pro hac vice*. I am a senior partner of Gustafson Gluek PLLC ("GG"). My business address is 120 S. Sixth Street, Suite 2600, Minneapolis, MN 55402. I am over the age of eighteen, am competent to testify, and do so based on my personal knowledge.

1.      On January 6, 2026, Adam Zapala from Cotchett, Pitre & McCarthy called me and informed me that he was filing a motion that day to add his firm as a co-lead to this case on behalf of his firm's client the City of Arcadia.

2.      Prior to filing the Arcadia complaint, Mr. Zapala advised me that his firm was filing a complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

011328-11/3447809 V1

Executed this 27th day of January 2026, in Minneapolis, Minnesota.

/s/ Daniel C. Hedlund
DANIEL C. HEDLUND

011328-11/3447809 V1
011328-11/3447809 V1