|  |  |
|---|---|
| IN RE INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |
| City of Ann Arbor, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Oshkosh Corporation, *et al.,*<br><br>    Defendants | Case No. 1:25-cv-01973<br><br>Hon. Byron B. Conway |

**PLAINTIFF CITY OF ANN ARBOR AND PLAINTIFF COMMACK FIRE DISTRICT'S MOTION FOR ESTABLISHMENT OF A PLAINTIFF EXECUTIVE COMMITTEE IN THE INDIRECT PURCHASER PLAINTIFF ACTIONS**

Plaintiff City of Ann Arbor and Plaintiff Commack Fire District, both indirect purchasers of fire apparatus and members of the indirect purchaser putative class, by and through their undersigned counsel, respectfully move to establish a Plaintiff Executive Committee ("PEC") in the Indirect Purchaser Plaintiff ("IPP") action to operate under the current leadership structure created by the Court in the IPP Litigation. Plaintiff City of Ann Arbor and Plaintiff Commack Fire District further move and respectfully request that should the Court decide to establish a PEC, the firms Weitz & Luxenberg P.C. and Taus, Cebulash & Landau, LLP be appointed as members of the PEC. A proposed order is attached.

DATED: January 28, 2026

Respectfully Submitted,

/s/ Paul F. Novak

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
pnovak@weitzlux.com
cverville@weitzlux.com
mlai@weitzlux.com

*Counsel for City of Ann Arbor and the
Proposed Class*

Kevin Landau
Brett Cebulash
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
212-931-0704
klandau@tcllaw.com
bcebulash@tcllaw.com
mgreaves@tcllaw.com

*Counsel for Commack Fire District and the
Proposed Class*