# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### (GREEN BAY)

|  |  |
|---|---|
| IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252<br><br>Hon. Byron B. Conway |
| City of Ann Arbor, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>Oshkosh Corporation, *et al.,*<br><br>    Defendants | Case No. 1:25-cv-01973<br><br>Hon. Byron B. Conway |

**[PROPOSED] ORDER GRANTING PLAINTIFF CITY OF ANN ARBOR AND PLAINTIFF COMMACK FIRE DISTRICT'S MOTION FOR ESTABLISHMENT OF A PLAINTIFF EXECUTIVE COMMITTEE IN THE INDIRECT PURCHASER PLAINTIFF ACTIONS**

WHEREAS, the Court ordered the consolidation of Plaintiffs City of La Crosse and City of Onalaska related putative indirect purchaser antitrust class action lawsuits pursuant to Fed. R. Civ. P. 42(a), which is hereby entitled *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*, No. 1:25-cv-01252 (E.D. Wis. Dec. 30, 2025, ECF No. 49);

WHEREAS, the Court has appointed interim co-lead class counsel for the putative indirect purchaser class responsible for coordinating pre-trial activities on behalf of all indirect purchaser plaintiffs;

It is hereby **ORDERED**:

Pursuant to Federal Rule of Civil Procedure 23(g), the court further appoints the following as the Plaintiff Executive Committee ("PEC") for the proposed indirect purchaser putative class:

- Weitz & Luxenberg P.C.
- Taus, Cebulash & Landau, LLP

Members of the PEC shall act at the direction and under the supervision of interim co-lead counsel. Members of the PEC may assist interim co-lead counsel in connection with motion practice, discovery, preparation of expert witness reports and testimony, preparation for and appearances at hearings and settlement negotiations, and such other tasks concerning the prosecution or resolution of their respective cases as directed by co-lead counsel.

Only interim co-lead counsel or an executive committee member acting at the direction of interim co-lead counsel may communicate with defense counsel on behalf of indirect purchaser plaintiffs. All such agreements shall be binding on all counsel in the IPP class actions.

These appointments apply to the firms. The Court may add or replace the appointed firms upon request of interim co-lead counsel or on the Court's own motion where circumstances warrant.

**SO ORDERED** this                    day of                         , 2026

_____
HON. BYRON B. CONWAY
United States District Court Judge