# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### (GREEN BAY)

_____

IN RE: INDIRECT PURCHASER FIRE
APPARATUS ANTITRUST LITIGATION

_____

Case No. 1:25-cv-01252

Hon. Byron B. Conway

City of Ann Arbor, individually and on
behalf of all others similarly situated,

      Plaintiff,

      v.

Oshkosh Corporation, *et al.,*

      Defendants

_____

Case No. 1:25-cv-01973

Hon. Byron B. Conway

## DECLARATION OF PAUL F. NOVAK IN SUPPORT OF PLAINTIFF CITY OF ANN ARBOR AND PLAINTIFF COMMACK FIRE DISTRICT'S MOTION FOR ESTABLISHMENT OF A PLAINTIFF EXECUTIVE COMMITTEE

I, PAUL F. NOVAK, hereby declare and state as follows:

1. I am the managing partner of the Detroit office of the law firm Weitz & Luxenberg P.C. I have personal knowledge of the matters stated in this Declaration.

2. Attached as **Exhibit A** is the firm resume for Taus, Cebulash & Landau, LLP.

3. Attached as **Exhibit B** is a true and correct copy of Paul F. Novak's biography.

4. Attached as **Exhibit C** is a true and correct copy of Diana Gjonaj's biography.

5. Attached as **Exhibit D** is a true and correct copy of Gregory Stamatopoulos's biography.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on January 27, 2026

Detroit, Michigan

/s/ *Paul F. Novak*
Paul F. Novak