# WEITZ & LUXENBERG



**Paul Novak**
**Partner Managing Attorney, Detroit Office**
Weitz & Luxenberg
The Fisher Building
3011 West Grand Blvd, 24th Floor
Detroit, MI 48202
Phone: 313-800-4166
Email: pnovak@weitzlux.com

Paul F. Novak is a partner and the managing attorney of Weitz & Luxenberg's Detroit office and is active in the firm's class action, antitrust, environmental, and consumer protection practices.

Mr. Novak has served in leadership positions in a host of class action and complex litigation cases. Judge Judith Levy of the United States District Court for the Eastern District of Michigan named Mr. Novak to the Plaintiff Executive Committee in the Flint water class action case, representing thousands of individuals in the city of Flint, Michigan who were exposed to toxic water. *In re Flint Water Cases* (U.S. Eastern District of Michigan, Case No. 5:16-cv-10444). In related Flint water litigation, he also successfully argued on behalf of class plaintiffs before the Michigan Supreme Court. He successfully represented a class of homeowners in a PFAS groundwater contamination case in West Michigan. *Zimmerman v. The 3M Company et. al.* (U.S. Western District of Michigan, Case No. 1:17-cv-1062) resulting in a $54 million settlement. Mr. Novak was also selected by the U.S. District Court for the Central District of California to serve on the Plaintiff Steering Committee in a class action against Wells Fargo involving alleged deceptive practices related to force-placed automobile insurance associated with Wells Fargo auto loans, resulting in a $400 million settlement. *In Re Wells Fargo Collateral Protection Insurance Litigation,* 17-ml-02797-AG-KES (C.D. Cal.) Additionally, he represents over 60 local governments in Michigan as plaintiffs in the *In re National Prescription Opiate Litigation,* 17-md-02804-DAP (N.D. Ohio).

Mr. Novak is listed among the world's leading competition and antitrust lawyers in the U.S. Plaintiffs Section of the Global Competition Review's International Who's Who of Competition Lawyers & Economists. In 2012, the National Law Journal recognized his work in a $180 million settlement of an antitrust action against Sirius XM radio in *Blessing v. Sirius XM,* (S.D.N.Y.) and listed his accomplishments in that case in the 2012 *Plaintiffs' Hot List.* He is routinely listed for his complex litigation experience in Michigan *Super Lawyers* and as a Top Lawyer in Detroit's D-Business magazine. He is rated as "AV Preeminent", the highest rating given, by Martindale-Hubbell.



Prior to joining Weitz & Luxenberg, Mr. Novak led the antitrust class action practice group at Milberg LLP. He also formerly served as the Assistant Attorney General of Michigan in charge of Michigan's Special Litigation Division, which handled antitrust enforcement, securities fraud, and public utility regulation work, and as the City Attorney of Lansing. While at the Michigan Attorney General's office, Mr. Novak was a national leader in multistate litigation involving pricing practices in the pharmaceuticals industry. He served as lead counsel on behalf of all fifty state attorneys general in the *In re Cardizem CD Antitrust Litigation*, 218 F.R.D. 508 (E.D. Mich., 2003). He represented the State of Michigan's Medicaid program and other state purchasing entities in multiple national antitrust and drug pricing cases. He was lead counsel for the State of Michigan in a kidney dialysis monopolization case brought against a major healthcare corporation, and he also represented Michigan in antitrust trials in the computer software industry. He also participated in multiple reviews and negotiations of divestiture proposals in various Clayton Act merger cases.

Mr. Novak also served in the Environmental Enforcement Division of the Attorney General's office where he worked primarily on hazardous waste and air pollution enforcement matters. His work included negotiation of remediation obligations with Dow Chemical for its Midland facility, with General Motors for natural resource damage assessment in the Saginaw Bay, and with the Copper Range Company for closure of its copper mine in White Pine, Michigan.

Mr. Novak is the former Chair of the Michigan Bar Association's Antitrust, Franchising, and Trade Regulation Section. He served as a member of the State Bar of Michigan United States Courts Committee. He was awarded the Frank J. Kelley Excellence in Trial Advocacy Award for his work in antitrust enforcement. He has lectured on antitrust, pharmaceuticals, and insurance industry issues for the American Antitrust Institute, the Practicing Law Institute, the American Bar Association, the Michigan Institute of Continuing Legal Education, and the Michigan Association of Counties. He served as chair of the National Association of Attorneys General Midwest Antitrust Enforcement Task Force, and as a member of the National Association of Attorneys General Airlines Industry Working Group and Prescription Drug Pricing Task Force. He also taught economics at the Emory University School of Business.

Mr. Novak received his law degree in 1986 from Emory University School of Law in Atlanta, Georgia. He also holds a Master of Arts degree in Economics from Michigan State University (1983) and a Bachelor of Arts degree from James Madison College at Michigan State University (1982).

Mr. Novak is a former Lansing City Councilman, a former member of the Dean's Advisory Committee for Michigan State University's Residential College of Arts and Humanities, and a former appointee of the City of Detroit's Elected Officer Compensation Committee.