



**Diana Gjonaj**
**Partner**
Weitz & Luxenberg
The Fisher Building
3011 West Grand Blvd, 24th Floor
Detroit, MI 48202
Phone: 313-800-4167
Email: dgjonaj@weitzlux.com

Diana Gjonaj is significantly involved nationally in coordinating the expert witness and discovery work related to injured military members exposed to toxic chemicals at Camp Lejune. She brings a depth of experience in prosecuting class action lawsuits on behalf of injured consumers and public and private entities under antitrust, environmental, and consumer protection laws. Ms. Gjonaj joined Weitz & Luxenberg in 2017.

Prior to joining Weitz & Luxenberg, Ms. Gjonaj was an associate attorney for Milberg LLP, where she focused her practice primarily on complex antitrust cases involving price-fixing, unlawful monopolization, and other anticompetitive practices. Her practice also focused on consumer protection and shareholder derivative litigation.

She received her bachelor's degree, cum laude, from the University of Michigan and her Juris Doctor from Wayne State University Law School. During law school, Ms. Gjonaj clerked for Milberg LLP in the firm's Detroit office.

She is admitted to practice in the state courts of Michigan, the United States District Court for the Eastern District of Michigan, and the United States Court of Appeals for the Sixth Circuit. She is a member of the American Bar Association, Women's Lawyer Association of Michigan, and Michigan Association for Justice.