



**Gregory Stamatopoulos**
**Partner**
Weitz & Luxenberg
The Fisher Building
3011 West Grand Blvd, 24th Floor
Detroit, MI 48202
Phone: 313-800-4168
Email: gstamatopoulos@weitzlux.com

Gregory Stamatopoulos has broad experience representing plaintiffs in complex antitrust and environmental class action cases and False Claims Act "qui tam" litigation. Prior to joining Weitz & Luxenberg in 2017, he was an attorney at the New York law firm of Milberg LLP, where he gained invaluable pre-trial, trial, appellate, and e-discovery experience. Over the course of his career, he has litigated cases in both state and federal courts and has represented plaintiffs in a number of industries including health care, pharmaceutical, and defense. Mr. Stamatopoulos has also represented defrauded investors and consumers.

Among other high-profile cases, he has worked on *In re Oppenheimer Rochester Funds Group Securities Litigation (D. Colo.), In re Cathode Ray Tube (CRT) Antitrust Litigation (N.D. Cali.),* and several class actions stemming from the man-made disaster known as the Flint Water Crisis.

Mr. Stamatopoulos graduated from Michigan State University with a B.A., with honors, in 2006. In 2010, he earned his J.D. degree from Wayne State University School of Law. An attorney since 2010, Mr. Stamatopoulos is admitted to practice in the state courts of Michigan and New York. During law school, he served as chairperson of The Free Legal Aid Clinic in Detroit, managing a facility that specializes in providing pro bono family and elder law services to city residents. As an undergraduate from Michigan State University, Mr. Stamatopoulos double majored in international relations and Russian.

Mr. Stamatopoulos is a member of the Antitrust, Franchising, and Trade Regulation Section of the State Bar of Michigan.