# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No.   1:25-cv-01252-BBC |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Plaintiff City of Onalaska                                                                                      .

Date:      01/30/2026

/s/ Frances Mahoney-Mosedale
*Attorney's signature*

Frances Mahoney-Mosedale #402741
*Printed name and bar number*
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402

*Address*

fmahoneymosedale@gustafsongluek.com
*E-mail address*

(612) 333-8844
*Telephone number*

(612) 339-6622
*FAX number*

Case 1:25-cv-01252-WCG     Filed 01/30/26     Page 1 of 1     Document 78