**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |
| IN RE: DIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |

### [PROPOSED] ORDER

This matter has come before the Court on Defendants' Civil L.R. 7(h) Expedited Non-Dispositive Motion to Suspend Deadlines Pending Decision by the Judicial Panel on Multidistrict Litigation. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that all deadlines in case nos. 1:25-cv-01252-BBC and 1:25-cv-01543-BBC, including Defendants' deadlines to respond to the complaints, are suspended pending resolution of Defendants' Motion to Transfer and Centralize Related Actions for Consolidated Pretrial Proceedings before the Judicial Panel on Multidistrict Litigation.

Dated at Green Bay, Wisconsin this _____ day of _____, 2026.

_____
BYRON B. CONWAY
United States District Judge