# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In re: Indirect Purchaser Fire Apparatus<br>Antitrust Litigation | )<br>)<br>)    Case No.    1:25-cv-1252-BBC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained
counsel for:

CITY OF LA CROSSE                                                                            .

Date:      02/11/2026

/s/ Stephanie Verdoia
*Attorney's signature*

Stephanie Verdoia (58636)
*Printed name and bar number*

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

*Address*

stephaniev@hbsslaw.com
*E-mail address*

(206) 623-7292
*Telephone number*

(206) 623-0594
*FAX number*