# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### (GREEN BAY)

| | |
|---|---|
| **IN RE INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION** | Case No. 1:25-cv-01252<br>Hon. Byron B. Conway |
| CITY OF ANN ARBOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-01973<br>Hon. Byron B. Conway |
| COMMACK FIRE DISTRICT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>Defendants. | Case No. 1:25-cv-2013<br>Hon. Byron B. Conway |

## INDIRECT PURCHASER PLAINTIFFS'
## OPPOSITION TO DEFENDANTS' MOTION TO SUSPEND DEADLINES

Plaintiffs Cities of La Crosse, Onalaska, Ann Arbor, and Commack Fire District ("Plaintiffs") respectfully submit this opposition to the Motion To Suspend All Deadlines (ECF No. 80) filed by Defendants Oshkosh Corporation, Pierce Manufacturing, Inc.; REV Group, Inc., E-One, Inc., Ferrara Fire Apparatus, Inc., Kovatch Mobile Equipment Corporation, Spartan Fire, LLC, Smeal SFA, LLC, and Smeal LTC, LLC; Rosenbauer America, LLC, Rosenbauer South

1

Dakota, LLC and Rosenbauer Minnesota, LLC; Fire Apparatus Manufacturers' Association, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC (collectively, "Defendants").

Defendants' motion to indefinitely suspend all deadlines conflicts with Plaintiffs' efforts to efficiently advance this litigation and conserve both judicial and party resources. *See* Fed. R. Civ. P. 1. To date, this Court has efficiently moved this litigation forward. For example, the indirect purchaser actions are now consolidated, with Interim Co-Lead Counsel appointed.[1] The same is true for the direct purchaser actions.[2] Following consolidation, Plaintiffs have continued to meaningfully prepare their case against Defendants. In contradiction to the orderly and swift progression of this case, Defendants now move to indefinitely suspend all deadlines without a sufficiently compelling reason at this time.

To the extent Defendants move to suspend all deadlines because there are related matters with conflicting deadlines, nine of the fourteen related matters are filed in the Eastern District of Wisconsin while three others have filed motions under 28 U.S.C. § 1404 to transfer their actions to the Eastern District of Wisconsin. If transferred, those cases would automatically be consolidated with the Indirect Purchaser or Direct Purchaser actions in this district. Insofar as the *City of Ann Arbor vs. Oshkosh Corp., et al.*, and *Commack Fire District v. Oshkosh Corp., et al.* related matters have upcoming February 23 and February 27 deadlines that may pose challenges to Defendants, those Plaintiffs are willing to extend those deadlines to March 12, 2026, and have advised Defendants accordingly.

---

[1] *See* Text Order, ECF No. 49, No. 1:25-cv-01252.
[2] *See* Text Order, ECF No. 56, No. 1:25-cv-01543.

2

Moreover, Plaintiffs have notified Defendants that they intend to file a new consolidated amended complaint, meaning that Defendants' March 12 deadline to respond to the current complaint will inevitably be moved. Accordingly, practically speaking, Defendants are not burdened by any impending deadlines. Further, Plaintiffs have offered to meet and confer with Defendants two weeks before the March 12 deadline to discuss any issues that may be present at that time.

For the foregoing reasons, Plaintiffs therefore respectfully ask the Court to deny Defendants' Motion to Suspend Deadlines.


Dated: February 17, 2026          Respectfully Submitted,

By: */s/ Daniel C. Hedlund*
Daniel E. Gustafson
Daniel C. Hedlund
Joshua J. Rissman
Frances Mahoney-Mosedale
Gabrielle M. Kolb
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: fmahoneymosedale@gustafsongluek.com
Email: gkolb@gustafsongluek.com

Steve W. Berman
Moses Jehng
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com

3

Erin Dickinson
Charles Crueger
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs and Counsel for the Cities of LaCrosse and Onalaska*


*/s/ Paul F. Novak*
Paul F. Novak
WEITZ & LUXENBERG, P.C.
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
Email: pnovak@weitzlux.com

*Counsel for Plaintiff City of Ann Arbor*

*/s/ Kevin Landau*
Kevin Landau
Brett Cebulash
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, New York 10038
Telephone: 646-873-7654
Facsimile: 212-931-0703
Email: klandau@tcllaw.com
Email: bcebulash@tcllaw.com
Email: mgreaves@tcllaw.com

*Counsel for Plaintiff Commack Fire District*

4