

## GASS TUREK LLC
### T R I A L   A T T O R N E Y S

241 N BROADWAY SUITE 300
MILWAUKEE WI 53202
TEL 414 223 3300 FAX 414 224 6116
WWW.GASSTUREK.COM

DAVID J. TUREK
DIRECT DIAL: 414 224-3445
turek@gassturek.com

**<u>VIA ECF</u>**

February 18, 2026

The Honorable Byron B. Conway
United States District Court
Eastern District of Wisconsin
125 S. Jefferson St. - Room 102
Green Bay, WI 54301-4541

> Re:  *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*, Case No. 1:25-cv-01252-BBC (E.D. Wis.) ("*Indirect Purchaser* Action"); *In re: Direct Purchaser Fire Apparatus Antitrust Litigation*, Case No. 1:25-cv-01543-BBC (E.D. Wis.) ("*Direct Purchaser* Action")

Dear Judge Conway,

We represent Rosenbauer America, LLC ("Rosenbauer") in the above referenced actions. We write on behalf of Rosenbauer and defendants Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, Inc., Rosenbauer America, LLC, Fire Apparatus Manufacturers' Association, AIP, LLC, American Industrial Partners Capital Fund IV, LP, American Industrial Partners Capital Fund IV (Parallel), LP, and AIP/CHC Holdings, LLC (together with Rosenbauer, "Defendants").

We write to inform you of an update regarding Defendants' Motion to Transfer and Centralize Related Actions for Consolidated Pretrial Proceedings (the "MDL Motion") before the Judicial Panel on Multidistrict Litigation (the "JPML") as it concerns Defendants' recently filed Civil L.R. 7(h) Expedited Non-Dispositive Motion to Suspend Deadlines Pending Decision by the Judicial Panel on Multidistrict Litigation (the "Motion to Suspend"). *Indirect Purchaser* Action, ECF No. 80; *Direct Purchaser* Action, ECF No. 73.

On February 13, 2026, three days after Defendants filed the Motion to Suspend, the JPML issued a Notice of Hearing Session scheduling the MDL Motion to be heard on **March 26, 2026**. *In re: Fire Apparatus Antitrust Litigation*, MDL No. 3179 (J.P.M.L.), ECF No. 50. We have attached a copy of the Notice of Hearing Session to this letter as Exhibit A. As the Motion to Suspend identified, the JPML typically issues

its decisions "within two weeks of a hearing session."[1] Based on the Notice of Hearing session, the JPML is likely to issue a decision on the MDL Motion by early-to-mid April. As a result, the suspension of deadlines that Defendants seek through the Motion to Suspend is likely to be brief, but nevertheless necessary in the interest of judicial and party efficiency.

Respectfully submitted,

s/ *David J. Turek*

David J. Turek

DJT:dmp
Enclosure

---

[1] The current chair of the JPML, Judge Karen K. Caldwell, has stated that "[t]he JPML strives to issue its orders within two weeks of the hearing session." Karen Caldwell, *Inside the JPML*, Judicature (2024), https://judicature.duke.edu/articles/inside-the-jpml/.