# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

|  |  |  |  |
|---|---|---|---|
| In re: Indirect Purchaser Fire Apparatus Antitrust Litigation | ) ) ) ) ) | Case No. | 1:25-cv-1252-BBC |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

CITY OF LA CROSSE                                                                                                    .

Date:     02/18/2026

/s/ Moses I. Jehng
*Attorney's signature*

Moses I. Jehng (58636)
*Printed name and bar number*

Hagens Berman Sobol Shapiro LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101

*Address*

moses.jehng@hbsslaw.com
*E-mail address*

(206) 623-7292
*Telephone number*

(206) 623-0594
*FAX number*