UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: INDIRECT PURCHASER
FIRE APPARATUS ANTITRUST　　　Case No. 25-CV-1252
LITIGATION.

# ORDER

Before the court is the City of Arbor and Commack Fire District's unopposed motion for the establishment of an Executive Committee regarding the Indirect Purchaser subclass. (ECF No. 75.) Specifically, they ask the court to establish an Executive Committee comprised of the law firms of Weitz & Luxenberg P.C. and Taus, Cebulash & Landau, LLP, to act under the direction of interim co-lead counsel. The court grants the motion as unopposed.

Members of the Executive Committee shall act at the direction and under the supervision of interim co-lead counsel. Members of the Executive Committee may assist interim co-lead counsel in connection with motion practice, discovery, preparation of expert witness reports and testimony, preparation for and appearances at hearings and settlement negotiations, and such other tasks concerning the prosecution or resolution of their respective cases as directed by co-lead counsel. Only interim co-lead counsel or an Executive Committee member acting at the direction of interim co-lead counsel may communicate with defense counsel on behalf of indirect purchaser plaintiffs. All such agreements shall be binding on all

counsel in the indirect purchaser class actions. These appointments apply to the firms.

**SO ORDERED.**

Dated at Green Bay, Wisconsin this 20th day of February, 2026.

_s/ Byron B. Conway_
BYRON B. CONWAY
U.S. District Judge