# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | |
|---|---|
| City of Philadelphia | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1:25-cv-01252 |
| Oshkosh Corporation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

City of Philadelphia                                                                                          .

Date:      03/18/2026

s/ Jeffrey A. Barrack

*Attorney's signature*

Jeffrey A. Barrack (WIED 78438)

*Printed name and bar number*
Barrack Rodos & Bacine, 3300 Two Commerce
Square, 2001 Market Street, Philadelphia, PA 19103

*Address*

jbarrack@barrack.com

*E-mail address*

(215) 963-0600

*Telephone number*

(215) 963-0838

*FAX number*