**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |

### [PROPOSED] ORDER

This matter has come before the Court on Defendants' Civil L.R. 7(h) Expedited Non-Dispositive Motion for Extension of Time to Respond to Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that Defendants' deadline to respond to Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint is extended to 30 days from the filing of Indirect Purchaser Plaintiffs' consolidated amended complaint.

Dated at Green Bay, Wisconsin this _____ day of _____, 2026.

_____
BYRON B. CONWAY
United States District Judge