# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Wisconsin

**City of Augusta, Maine, et al.**

        Plaintiff(s),

VS.

**Oshkosh Corporation, et al.**

        Defendant(s).

Attorney: Beth J. Kushner

Cuneo Gilbert & LaDuca LLP
2445 M St., NW, #740
Washington DC 20037



**\*352983\***

**Case Number: 1:25-cv-01252-BBC**

Legal documents received on **03/16/2026** at **5:16 PM** to be served upon **American Industrial Partners Capital Fund IV, LP, by serving Corporate Creations Network Inc. at 1521 Concord Pike, Suite 201, Wilmington, DE 19803**

I, **Stuart Idelson**, swear and affirm that on **March 17, 2026** at **12:38 PM**, I did the following:

Served **American Industrial Partners Capital Fund IV, LP, by serving Corporate Creations Network Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint; Exhibit A** to Naja Hubert as Authorized Recipient of **American Industrial Partners Capital Fund IV, LP, by serving Corporate Creations Network Inc.** at **1521 Concord Pike, Suite 201, Wilmington, DE 19803**.

**Description of Person Accepting Service:**
Sex: Female Age: 30-40 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 3/19/2026

*Stuart Idelson*

**Stuart Idelson**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:352983