# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Wisconsin

**City of Augusta, Maine, et al.**

       Plaintiff(s),

VS.

**Oshkosh Corporation, et al.**

       Defendant(s).

Attorney: Beth J. Kushner

Cuneo Gilbert & LaDuca LLP
2445 M St., NW, #740
Washington DC 20037



*352989*

**Case Number: 1:25-cv-01252-BBC**

Legal documents received on **03/16/2026** at **5:40 PM** to be served upon **Pierce Manufacturing, Inc., by serving Corporation Service Company at 33 E Main St, Ste 610, Madison, WI 53703**

I, **Michael Jesse**, swear and affirm that on **March 18, 2026** at **9:52 AM**, I did the following:

Served **Pierce Manufacturing, Inc., by serving Corporation Service Company** by delivering a conformed copy of the **Summons in a Civil Action; Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint; Exhibit A** to **Andrew Schumacher** as **Authorized Recipient** of **Pierce Manufacturing, Inc., by serving Corporation Service Company** at **33 E Main St, Ste 610, Madison, WI 53703**.

**Description of Person Accepting Service:**
Sex: Male Age: 55-65 Height: Over 6ft Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 3·19·2026

**Michael Jesse**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:352989

