# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the Eastern District of Wisconsin

**City of Augusta, Maine, et al.**

        Plaintiff(s),

VS.

**Oshkosh Corporation, et al.**

        Defendant(s).

Attorney: Beth J. Kushner

Cuneo Gilbert & LaDuca LLP
2445 M St., NW, #740
Washington DC 20037



\*352994\*

**Case Number: 1:25-cv-01252-BBC**

Legal documents received on **03/16/2026** at **5:57 PM** to be served upon **REV Group, LLC at 245 South Executive Drive, Suite 100, Brookfield, WI 53005**

I, **Andrew Litzenberg**, swear and affirm that on **March 17, 2026** at **3:18 PM**, I did the following:

Served **REV Group, LLC** by delivering a conformed copy of the **Summons in a Civil Action; Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint; Exhibit A** to Peter Maris as **Authorized Recipient** of **REV Group, LLC at 245 South Executive Drive, Suite 100, Brookfield, WI 53005.**

**Description of Person Accepting Service:**
Sex: Male Age: 40-50 Height: Over 6ft Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 03/19/2026

*Andrew Litzenberg*

**Andrew Litzenberg**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:352994

