# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Wisconsin

**City of Augusta, Maine, et al.**

       Plaintiff(s),

VS.

**Oshkosh Corporation, et al.**

       Defendant(s).

Attorney: Beth J. Kushner

Cuneo Gilbert & LaDuca LLP
2445 M St., NW, #740
Washington DC 20037



*352984*

**Case Number: 1:25-cv-01252-BBC**

Legal documents received on **03/16/2026** at **5:22 PM** to be served upon **Rosenbauer Minnesota, LLC, by serving CT Corporation System Inc. at 1010 Dale St N, Saint Paul, MN 55117**

I, **Paige Wain**, swear and affirm that on **March 17, 2026** at **1:52 PM**, I did the following:

Served **Rosenbauer Minnesota, LLC, by serving CT Corporation System Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint; Exhibit A** to **Bob Gustafson** as **Authorized Recipient** of **Rosenbauer Minnesota, LLC, by serving CT Corporation System Inc.** at **1010 Dale St N, Saint Paul, MN 55117**.

**Description of Person Accepting Service:**
Sex: Male Age: 60-70 Height: Over 6ft Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 3/20/2026

**Paige Wain**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:352984

