# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Wisconsin

**City of Augusta, Maine, et al.**

       Plaintiff(s),

VS.

**Oshkosh Corporation, et al.**

       Defendant(s).

Attorney: Beth J. Kushner

Cuneo Gilbert & LaDuca LLP
2445 M St., NW, #740
Washington DC 20037



*352993*

**Case Number: 1:25-cv-01252-BBC**

Legal documents received on **03/16/2026** at **5:53 PM** to be served upon **Smeal LTC, LLC, by serving The Corporation Company** at **40600 Ann Arbor Rd E Ste 201, Plymouth, MI 48170**

I, **Brian Grech**, swear and affirm that on **March 18, 2026** at **11:17 AM**, I did the following:

Served **Smeal LTC, LLC, by serving The Corporation Company** by delivering a conformed copy of the **Summons in a Civil Action; Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint; Exhibit A** to **Walters Kluwer** as **Authorized Recipient** of **Smeal LTC, LLC, by serving The Corporation Company** at **40600 Ann Arbor Rd E Ste 201, Plymouth, MI 48170**.

**Description of Person Accepting Service:**
Sex: Female Age: 45-55 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Date: 3/18/2026

**Brian Grech**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job
ID:352993

