| | |
|---|---|
| IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |

**DEFENDANTS' UNOPPOSED CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendants hereby move for extension of time to respond to Indirect Purchaser Plaintiffs' (City of La Crosse, City of Ann Arbor, City of Onalaska, City of Milwaukee, City of Ridgeland, City of Middletown, and the Commack Fire District) Consolidated Amended Class Action Complaint ("consolidated amended complaint"), from April 13, 2026 to April 22, 2026.[1] In support of the motion, Defendants state as follows:

1.      Indirect Purchaser Plaintiffs filed their consolidated amended complaint on March 23, 2026. ECF No. 94. Defendants' current deadline to respond to Indirect Purchaser Plaintiffs' consolidated amended complaint is April 13, 2026. *See* ECF No. 77.

2.      On March 26, 2026, the Court granted Defendants' motion of extension of time to respond to Direct Purchaser Plaintiffs' consolidated amended complaint until 30 days after the filing of Indirect Purchasers' consolidated amended complaint, without opposition from Direct

---

[1] Defendants to Indirect Purchaser Plaintiffs' consolidated amended complaint consist of Oshkosh Corporation, Pierce Manufacturing, Inc., REV Group, LLC (formerly REV Group, Inc.), Rosenbauer America LLC, and Fire Apparatus Manufacturers' Association.

Purchaser Plaintiffs. ECF No. 111. Under the Court's order, Defendants' deadline to respond to Direct Purchaser Plaintiffs' consolidated amended complaint is April 22, 2026. *Id.*[2]

3. Defendants seek to align their deadlines to respond to Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' consolidated amended complaints in order to facilitate coordinated briefing of their anticipated motions to dismiss and avoid duplicative briefing of issues common to the two consolidated amended complaints, consistent with the Court's order consolidating the Direct Purchaser and Indirect Purchaser actions. *See* ECF No. 88 ¶ 5. There is thus good cause for the requested extension under Rule 6(b)(1).

4. Defendants have conferred with Indirect Purchaser Plaintiffs and understand that they do not oppose the requested extension.

WHEREFORE, Defendants respectfully request that the Court extend their deadline to respond to Indirect Purchaser Plaintiffs' consolidated amended complaint until April 22, 2026.

Dated: March 30, 2026

Respectfully submitted,

s/ *Daniel T. Flaherty*
Daniel T. Flaherty (Bar No. 1011357)
Godfrey & Kahn S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

Reid Schar (Bar No. 6243821)
Jenner & Block LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

---

[2] Defendants note that two Plaintiffs in this consolidated action—City of Liberty and City of Arcadia—are not parties to either consolidated amended complaint, *see* ECF Nos. 90, 94, and have not filed their own amended complaint(s).

2

Douglas E. Litvack (Bar No. 1024973)
Jariel A. Rendell (Bar No. 1027023)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Bar No. 6333530)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation
and Pierce Manufacturing, Inc.*

s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendant REV Group, LLC*

s/ *David J. Turek*
David J. Turek (Bar No. 1035356)
Joshua S. Greenberg (Bar No. 1107959)
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

Ashley B. Eickhof (Bar No. 307143)
Creighton J. Macy (Bar No. 1002479)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com

*Counsel for Defendant Rosenbauer America, LLC*

s/ *John P. Loringer*
John P. Loringer (Bar No. 1059778)
Marcella S. Spoto (Bar No. 1038044)
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com
marcella.spoto@wilsonelser.com

*Counsel for Defendant Fire Apparatus Manufacturers' Association*

4