**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: INDIRECT PURCHASER FIRE APPARATUS ANTITRUST LITIGATION | Case No. 1:25-cv-01252-BBC<br><br>Hon. Byron B. Conway |

### [PROPOSED] ORDER

This matter has come before the Court on Defendants' Unopposed Civil L.R. 7(h) Expedited Non-Dispositive Motion for Extension of Time to Respond to Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaint. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

It is hereby **ORDERED** that Defendants' deadline to respond to Indirect Purchaser Plaintiffs' Consolidated Amended Class Action Complaint is extended to April 22, 2026.

Dated at Green Bay, Wisconsin this _____ day of _____, 2026.

_____
BYRON B. CONWAY
United States District Judge