# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-1252 |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

E-ONE, Inc.; Ferrara Fire Apparatus, Inc.; Kovatch Mobile Equipment Corp.; REV Group, LLC; Smeal LTC, LLC; Smeal SFA, LLC; and Spartan Fire, LLC                                                                 .

Date: 03/31/2026

Arthur J. Burke

*Attorney's signature*

Arthur J. Burke, #1175568

*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017

*Address*

arthur.burke@davispolk.com

*E-mail address*

(212) 450-4352

*Telephone number*

(212) 701-5352

*FAX number*