# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-CV-1252 |
| | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

E-ONE, Inc.; Ferrara Fire Apparatus, Inc.; Kovatch Mobile Equipment Corp.; REV Group, LLC; Smeal LTC, LLC; Smeal SFA, LLC; and Spartan Fire, LLC                                                                 .

Date:     03/31/2026

Mari Grace
*Attorney's signature*

Mari Grace, #90009858
*Printed name and bar number*

Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036

*Address*

mari.grace@davispolk.com
*E-mail address*

(202) 962-7020
*Telephone number*

(202) 962-5642
*FAX number*