# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-CV-1252 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:
E-ONE, Inc.; Ferrara Fire Apparatus, Inc.; Kovatch Mobile Equipment Corp.; REV Group, LLC; Smeal LTC, LLC; Smeal SFA, LLC; and Spartan Fire, LLC                                                                                      .

Date:        03/31/2026

Sean Stefanik
*Attorney's signature*

Sean Stefanik, #5637913
*Printed name and bar number*

Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036

*Address*

sean.stefanik@davispolk.com
*E-mail address*

(202) 962-7123
*Telephone number*

(202) 962-6841
*FAX number*