# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-CV-1252 |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:
E-ONE, Inc.; Ferrara Fire Apparatus, Inc.; Kovatch Equipment Corp.; REV Group, LLC; Smeal LTC, LLC; Smeal SFA, LLC; and Spartan Fire, LLC
                                                                                                      .

Date:        03/31/2026

Daniel J. Vaccaro
*Attorney's signature*

Daniel J. Vaccaro, #1018037
*Printed name and bar number*

Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202

*Address*

djvaccaro@michaelbest.com
*E-mail address*

(414) 271-6560
*Telephone number*

(414) 277-0656
*FAX number*