# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) |
| _Plaintiff_ | ) |
| v. | ) Case No. 25-CV-1252 |
| | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:
E-ONE, Inc.; Ferrara Fire Apparatus, Inc.; Kovatch Mobile Equipment Corp,; REV Group, LLC; Smeal LTC, LLC; Smeal SFA, LLC; and Spartan Fire, LLC

.

Date:      03/31/2026

Joseph L. Olson
_Attorney's signature_

Joseph L. Olson, #1046162
_Printed name and bar number_

Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
_Address_

jlolson@michaelbest.com
_E-mail address_

(414) 271-6560
_Telephone number_

(414) 277-0656
_FAX number_