**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re: Fire Apparatus Antitrust Litigation )
)
)      Case No. 1:25-CV-1252

---

## DEFENDANT E-ONE, INC'S CORPORATE DISCLOSURE STATEMENT

---

Defendant E-ONE, Inc. submits this Corporate Disclosure Statement pursuant to Civil L. R. 7.1 as follows:

E-ONE, Inc. is represented by its undersigned attorneys Michael Best & Friedrich LLP and Davis Polk & Wardwell LLP.  E-ONE, Inc. is wholly owned by Terex Corporation, a publicly held corporation, which owns 10% or more of E-One, Inc.'s stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date:  March 31, 2026

By: */s/Daniel J. Vaccaro*
Daniel J. Vaccaro, #1018037
Joseph L. Olson, #1046162
Austin A. Wesner, #1122134
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
djvccaro@michaelbest.com
jlolson@michaelbest.com
austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke,
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace,
Sean Stefanik,
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
E-ONE, Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 31, 2026, a copy of the foregoing was served on all counsel of record via ECF.

*/s/ Daniel J. Vaccaro*
Daniel J. Vaccaro

*Attorney for Defendant E-ONE, Inc.*