# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

In re: Fire Apparatus Antitrust Litigation )
)
)      Case No. 1:25-CV-1252

---

## DEFENDANT FERRARA FIRE APPARATUS, INC.'S
## CORPORATE DISCLOSURE STATEMENT

---

Defendant Ferrara Fire Apparatus, Inc. submits this Corporate Disclosure Statement

pursuant to Civil L. R. 7.1 as follows:

Ferrara Fire Apparatus, Inc. is represented by its undersigned attorneys Michael Best &

Friedrich LLP and Davis Polk & Wardwell LLP. Ferrara Fire Apparatus, Inc. is wholly owned

by Terex Corporation, a publicly held corporation, which owns 10% or more of Ferrara Fire

Apparatus, Inc's stock.

                                       **MICHAEL BEST & FRIEDRICH LLP**

Date: March 31, 2026          By: */s/Daniel J. Vaccaro*
                                 Daniel J. Vaccaro, #1018037
                                 Joseph L. Olson, #1046162
                                 Austin A. Wesner, #1122134
                                 790 North Water Street, Suite 2500
                                 Milwaukee, WI 53202
                                 Telephone: 414.271.6560
                                 Facsimile: 414.277.0656
                                 djvccaro@michaelbest.com
                                 jlolson@michaelbest.com
                                 austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke,
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace,
Sean Stefanik,
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
Ferrara Fire Apparatus, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro
Daniel J. Vaccaro

*Attorney for Defendant Ferrara Fire Apparatus, Inc*