# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

In re: Fire Apparatus Antitrust Litigation  )
            )
            )  Case No. 1:25-CV-1252

---

## DEFENDANT KOVATCH MOBILE EQUIPMENT CORP.'S
## CORPORATE DISCLOSURE STATEMENT

---

Defendant Kovatch Mobile Equipment Corp. submits this Corporate Disclosure Statement pursuant to Civil L. R. 7.1 as follows:

Kovatch Mobile Equipment Corp. is represented by its undersigned attorneys Michael Best & Friedrich LLP and Davis Polk & Wardwell LLP.  Kovatch Mobile Equipment Corp. is wholly owned by Terex Corporation, a publicly held corporation, which owns 10% or more of Kovatch Mobile Equipment Corp.'s stock.


            **MICHAEL BEST & FRIEDRICH LLP**

Date:  March 31, 2026    By: */s/Daniel J. Vaccaro*
             Daniel J. Vaccaro, #1018037
             Joseph L. Olson, #1046162
             Austin A. Wesner, #1122134
             790 North Water Street, Suite 2500
             Milwaukee, WI 53202
             Telephone: 414.271.6560
             Facsimile: 414.277.0656
             djvccaro@michaelbest.com
             jlolson@michaelbest.com
             austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke,
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace,
Sean Stefanik,
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
Kovatch Mobile Equipment Corp.

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro
Daniel J. Vaccaro

*Attorney for Defendant Kovatch Mobile Equipment Corp.*