**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

In re: Fire Apparatus Antitrust Litigation    )
                                            )
                                            )       Case No. 1:25-CV-1252

---

## DEFENDANT REV GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT

---

Defendant REV Group, LLC, submits this Corporate Disclosure Statement pursuant to Civil L. R. 7.1 as follows:

REV Group, LLC is represented by its undersigned attorneys Michael Best & Friedrich LLP and Davis Polk & Wardwell LLP. REV Group, LLC is wholly owned by Terex Corporation, a publicly held corporation owning 10% or more of REV Group, LLC's stock.

**MICHAEL BEST & FRIEDRICH LLP**

Date: March 31, 2026

By: */s/Daniel J. Vaccaro*
Daniel J. Vaccaro, #1018037
Joseph L. Olson, #1046162
Austin A. Wesner, #1122134
790 North Water Street, Suite 2500
Milwaukee, WI 53202
Telephone: 414.271.6560
Facsimile: 414.277.0656
djvccaro@michaelbest.com
jlolson@michaelbest.com
austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke,
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace,
Sean Stefanik,
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
REV GROUP, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 31, 2026, a copy of the foregoing was served on all counsel of record via ECF.

*/s/ Daniel J. Vaccaro*
Daniel J. Vaccaro

*Attorney for Defendant REV Group, LLC*