**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re: Fire Apparatus Antitrust Litigation     )
                                                        )
                                                        )          Case No. 1:25-CV-1252

---

**DEFENDANT SMEAL LTC, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

---

Defendant Smeal LTC, LLC submits this Corporate Disclosure Statement pursuant to

Civil L. R. 7.1 as follows:

Smeal LTC, LLC is represented by its undersigned attorneys Michael Best & Friedrich

LLP and Davis Polk & Wardwell LLP. Smeal LTC, LLC is wholly owned by Terex

Corporation, a publicly held corporation owning 10% or more of Smeal LTC, LLC's stock.


**MICHAEL BEST & FRIEDRICH LLP**

Date: March 31, 2026                   By: */s/Daniel J. Vaccaro*
                                                Daniel J. Vaccaro, #1018037
                                                 Joseph L. Olson, #1046162
                                                 Austin A. Wesner, #1122134
                                                 790 North Water Street, Suite 2500
                                                 Milwaukee, WI 53202
                                                 Telephone: 414.271.6560
                                                 Facsimile: 414.277.0656
                                                 djvccaro@michaelbest.com
                                                 jlolson@michaelbest.com
                                                 austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke,
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace,
Sean Stefanik,
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
Smeal LTC, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, a copy of the foregoing was served on all counsel of record via ECF.

/s/ Daniel J. Vaccaro
Daniel J. Vaccaro

*Attorney for Defendant Smeal LTC, LLC*