**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

In re: Fire Apparatus Antitrust Litigation    )
    )
    )       Case No. 1:25-CV-1252

---

## DEFENDANT SPARTAN FIRE, LLC'S
## CORPORATE DISCLOSURE STATEMENT

---

Defendant Spartan Fire, LLC submits this Corporate Disclosure Statement pursuant to

Civil L. R. 7.1 as follows:

Spartan Fire, LLC is represented by its undersigned attorneys Michael Best & Friedrich

LLP and Davis Polk & Wardwell LLP.  Spartan Fire, LLC is wholly owned by Terex

Corporation, a publicly held corporation owning 10% or more of Spartan Fire, LLC's stock.


**MICHAEL BEST & FRIEDRICH LLP**

Date:  March 31, 2026        By: */s/Daniel J. Vaccaro*
                        Daniel J. Vaccaro, #1018037
                        Joseph L. Olson, #1046162
                        Austin A. Wesner, #1122134
                        790 North Water Street, Suite 2500
                        Milwaukee, WI 53202
                        Telephone: 414.271.6560
                        Facsimile: 414.277.0656
                        djvccaro@michaelbest.com
                        jlolson@michaelbest.com
                        austin.wesner@michaelbest.com

**DAVIS POLK & WARDWELL LLP**

Arthur J. Burke,
450 Lexington Ave
New York, NY 10017
Telephone: 212-450-4000
arthur.burke@davispolk.com

Mari Grace,
Sean Stefanik,
1050 17th Street, NW
Washington, DC 20036
Telephone: 202-962-7000
howard.shelanski@davispolk.com
mari.grace@davispolk.com
sean.stefanik@davispolk.com


ATTORNEYS FOR DEFENDANT
Spartan Fire, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 31, 2026, a copy of the foregoing was served on all counsel of record via ECF.

*/s/ Daniel J. Vaccaro*
Daniel J. Vaccaro

*Attorney for Defendant Spartan Fire, LLC*