UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN RE: FIRE APPARATUS ANTITRUST LITIGATION          Case No. 26-MD-3179

This document relates to all cases.

**ORDER FOR TELEPHONE CONFERENCE**

This multidistrict litigation proceeding was transferred to this Court on April 6, 2026. Within the next thirty-five (35) days, the Court intends to conduct a telephone conference to preliminarily discuss counsel's general view of whether there are any jurisdictional issues that need prompt consideration and how the court should proceed to secure the just, speedy, and inexpensive determination of the cases, to the extent possible. Counsel for each of the plaintiffs shall confer regarding the selection of lead and liaison counsel. In the event counsel for the plaintiffs are unable to reach agreement, counsel for each of the plaintiffs shall submit a status report regarding the selection of lead and liaison counsel for the plaintiffs no later than three days before the status conference. At this preliminary conference, the court will direct the parties, if they have not already done so, to confer with one another about what such a plan should include and set a date for a hearing, if necessary, to finalize the case management plan.

By April 24, 2026, counsel shall confer and submit to the Clerk's mailbox, wied_clerks_gb@wied.uscourts.gov, three dates on or before May 15, 2026, on which the primary attorney for the defendant and for each of the plaintiffs are available for a telephonic initial status hearing.

**SO ORDERED** at Green Bay, Wisconsin this 10th day of April, 2026.

_____
William C. Griesbach
United States District Judge