**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LIGTIGATION | Case No. 2:26-md-03179-WCG<br><br>Case No. 1:25-cv-01252-WCG<br><br>Hon. William C. Griesbach |

**DIRECT PURCHASER PLAINTIFFS, INDIRECT PURCHASER PLAINTIFFS, AND DEFENDANTS' JOINT CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO VACATE DEADLINES IN THE DIRECT AND INDIRECT PURCHASER ACTIONS**

The Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Defendants (collectively, the "parties") hereby jointly move to vacate deadlines entered by the transferor courts in the Direct and Indirect Purchaser Actions identified below. In support of the motion, the parties state and stipulate as follows:

1. On April 3, 2026, the Judicial Panel on Multidistrict Litigation (the "Panel") issued a Transfer Order directing that three related actions pending outside of this district be transferred and assigned to this Court, and that nine other related actions already pending in this district be reassigned to Judge Griesbach, for consolidated pretrial proceedings. *See* ECF No. 1; ECF No. 112, *In re: Fire Apparatus Antitrust Litig.*, MDL No. 3179 (J.P.M.L. Apr. 3, 2026).

2. On April 6, 2026, the Panel issued a first Conditional Transfer Order directing that six potential tag-along actions pending outside of this district be transferred and assigned to this Court for consolidated pretrial proceedings. *See* ECF No. 113, *In re: Fire Apparatus Antitrust Litig.*, MDL No. 3179 (J.P.M.L. Apr. 6, 2026). A seventh potential tag-along action is already pending in this district. *See City of Milwaukee v. Oshkosh Corp., et al.*, No. 1:26-cv-00271 (E.D. Wis.). Plaintiffs in all of these potential tag-along actions either have filed notices of consent to transfer with the Panel or supported transfer in their interested party responses to Defendants' motion for transfer and centralization.

1

3. Prior to the Panel's transfer of related cases to this District, the Court had already issued certain scheduling orders and set pleading deadlines.

4. Counsel for the parties to the following Direct Purchaser Actions currently pending in this District will meet and confer regarding pretrial matters, including pleading deadlines, Rule 26 case management issues, and other scheduling matters:

    a. *In re: Direct Purchaser Fire Apparatus Antitrust Litigation*, No. 1:25:cv-01252-WCG[1]

    b. *City of Revere v. AIP, LLC et al.*, Nos. 1:25-cv-13462 (D. Mass.), 1:26-cv-00572-WCG

    c. *City of Chelsea v. Fire Apparatus Manufacturers' Association et al.*, Nos. 1:25-cv-13643 (D. Mass.), 1:26-cv-00573-WCG

    d. *Burrough of Roseland v. Fire Apparatus Manufacturers' Association et al.*, Nos. 2:25-cv-18312 (D.N.J.), 1:26-cv-00574-WCG

5. In order to permit the cases to proceed in an orderly and efficient fashion, the current deadlines in these Direct Purchaser Actions, should be vacated pending further order of the Court.

6. Counsel for the parties to the non-tag-along Indirect Purchaser Actions currently pending in this District, *see In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*, No. 1:25-cv-01252-WCG, and will meet and confer regarding pretrial matters, including pleading deadlines, Rule 26 case management issues, and other scheduling matters.

7. In order to permit the cases to proceed in an orderly and efficient fashion, the current deadlines in the Indirect Purchaser Actions should be vacated pending further order of the

---

[1] The consolidated direct-purchaser class action includes all cases originally filed in this District, and which were first consolidated under case number 1:25-cv-01543 by Court Order, and further consolidated by Order at 1:25-cv-01252, including the *City of Liberty* action. However, the City of Liberty was not included as a plaintiff in the Amended Class Action Complaint recently filed in the Direct Purchaser action.

Court. This includes Defendants' deadline to respond to Indirect Purchaser Plaintiffs' consolidated amended complaint on April 13, 2026.

WHEREFORE, the parties respectfully request that the Court vacate the current deadlines in the above Direct and Indirect Purchaser Actions pending further order of the Court.

Dated: April 10, 2026

Respectfully submitted:

By: /s/ *Gregory P. Hansel*
Gregory P. Hansel (WIED No. 607101)
Michael S. Smith (WIED No. 004986)
Elizabeth F. Quinby (WIED No. 006168)
Michael D. Hanify (WIED No. 010257)
**PRETI FLAHERTY BELIVEAU &
PACHIOS, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Co-Counsel for Plaintiff City of Augusta*

By: /s/ *Beth Kushner*
Beth Kushner, SBN 1008591
Christopher E. Avallone, SBN 1095465
**von BRIESEN & ROPER, s.c.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel
and Co-Counsel for Plaintiff City of Augusta*

By: /s/ *Michael J. Flannery*
Michael J. Flannery (WIED No. 110084)
**CUNEO GILBERT & LADUCA, LLP**
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com


*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff The Newstead Fire Co., Inc.*



By: /s/ *Jeffrey A. Barrack*
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com
*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff City of Philadelphia*

Evelyn Riley
Cody McCracken
**CUNEO GILBERT & LADUCA, LLP**
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com


*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff The Newstead Fire Co., Inc.*



Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com
*Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Plaintiff City of Philadelphia*

4

William J. Ban (WIED No. 1870690)
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff City of Philadelphia*

By: /s/ *Joseph R. Saver*i
Joseph R. Saveri (WIED State Bar No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)
David Seidel (CA State Bar No 307135)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
        rspiegel@saverilawfirm.com
        dseidel@saverilawfirm.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff City of Revere*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By:      */s/ Steve W. Berman*
    Steve W. Berman (Bar #12536)
Moses Jehng  (Bar #64333)
Stephanie Verdoia (Bar #58636)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com
Email: stephaniev@hbsslaw.com

By: */s/ Erin Dickinson*
    Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

By:      */s/ Daniel C. Hedlund*
    Daniel C. Hedlund (Bar #025833)
Daniel E. Gustafson (Bar #202241)
Joshua J. Rissman (Bar #0391500)
Frances Mahoney-Mosedale (Bar #402741)

5

Gabrielle M. Kolb (Bar #504386)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: fmahoneymosedale@gustafsongluek.com
Email: gkolb@gustafsongluek.com

*Interim Co-Lead Counsel for Indirect Purchaser
Plaintiffs and Counsel for the Cities of La Crosse
and Onalaska and the Claverack Fire District*

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
Email: pnovak@weitzlux.com
Email: cverville@weitzlux.com
Email: mlai@weitzlux.com

*Executive Committee Counsel for Indirect Purchaser
Plaintiffs and for the Cities of Ann Arbor,
Middletown, and Ridgeland*

Kevin Landau
Brett Cebulash
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
Telephone: 646-873-7654
Facsimile: 212-931-0703
Email: klandau@tcllaw.com
Email: bcebulash@tcllaw.com
Email: mgreaves@tcllaw.com

6

*Executive Committee Counsel for Indirect Purchaser Plaintiffs and for the Commack Fire District*

Douglas P. Dehler (Bar #1000732)
Joseph D. Newbold (Bar #1085294)
**O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202
Phone: (414) 276-5000
Email: doug.dehler@wilaw.com
Email: joseph.newbold@wilaw.com

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Ph. 866-540-5505
Email: jcshah@millershah.com
Email: nfinkelman@millershah.com

*Counsel for Plaintiffs and the City of Milwaukee*

/s/ *Daniel T. Flaherty*
Daniel T. Flaherty (Bar No. 1011357)
Godfrey & Kahn S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-5198
dflaherty@gklaw.com

Reid Schar (Bar No. 6243821)
Jenner & Block LLP
525 Market Street, 29th Floor
San Francisco, CA 94105
(628) 267-6800
rschar@jenner.com

Douglas E. Litvack (Bar No. 1024973)
Jariel A. Rendell (Bar No. 1027023)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001

7

(202) 637-6357
dlitvack@jenner.com
jrendell@jenner.com

Jacob P. Wentzel (Bar No. 6333530)
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350
jwentzel@jenner.com

*Counsel for Defendants Oshkosh Corporation and Pierce Manufacturing, Inc.*

/s/ *Daniel J. Vaccaro*
Daniel J. Vaccaro (Bar No. 1018037)
Joseph L. Olson (Bar No. 1046162)
Ena M. Allen (Bar No. 1101342)
Michael Best & Friedrich LLP
790 North Water Street, Suite 2500
Milwaukee, WI 53202
(414) 271-6560
djvccaro@michaelbest.com
jlolson@michaelbest.com
ena.allen@michaelbest.com

Arthur J. Burke (Bar No. 1175568)
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
(212) 450-4000
arthur.burke@davispolk.com

Mari Grace (Bar No. 90009858)
Sean Stefanik (Bar No. 5637913)
Davis Polk & Wardwell LLP
1050 17th Street, NW
Washington, DC 20036
(202) 962-7000
mari.grace@davispolk.com
sean.stefanik@davispolk.com

*Counsel for Defendants REV Group, LLC, Detroit Truck Manufacturing, LLC, E-ONE, Inc., Ferrara Fire Apparatus Holding Company, Inc., Ferrara Fire Apparatus, Inc., FFA Acquisition Co., Inc., FFA*

8

*Holdco, Inc., KME Global, LLC, KME Holdings, LLC, KME RE Holdings LLC, Kovatch Mobile Equipment Corp., Smeal Holding, LLC, Smeal LTC, LLC, Smeal SFA, LLC, and Spartan Fire, LLC*

/s/ *David J. Turek*
David J. Turek (Bar No. 1035356)
Joshua S. Greenberg (Bar No. 1107959)
Gass Turek LLC
241 North Broadway, Suite 300
Milwaukee, WI 53202
(414) 224-3445
turek@gassturek.com
greenberg@gassturek.com

Ashley B. Eickhof (Bar No. 307143)
Creighton J. Macy (Bar No. 1002479)
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
(202) 452-7000
ashley.eickhof@bakermckenzie.com
creighton.macy@bakermckenzie.com

*Counsel for Defendants Rosenbauer America, LLC, Rosenbauer South Dakota, LLC, and Rosenbauer Minnesota, LLC*

/s/ *Daniel E. Conley*
Daniel E. Conley
Nathan Oesch
Quarles & Brady LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Tel: (414) 277-5000
daniel.conley@quarles.com
nathan.oesch@quarles.com

Matthew Splitek
Quarles & Brady LLP
33 East Main Street, Suite 900
Madison, WI 53703
(608) 283-2454
matthew.splitek@quarles.com

9

Paul C. Cuomo (Bar No. 457793)
Baker Botts LLP
700 K Street NW
Washington, DC 20001
(202) 639-7700
paul.cuomo@bakerbotts.com

*Counsel for AIP, LLC, American Industrial
Partners Capital Fund IV, LP, American Industrial
Partners Capital Fund IV (Parallel), LP, AIP/CHC
Holdings, LLC, AIPCF IV, LLC, and AIP/CHC
Investors, LLC*

/s/ *John P. Loringer*
John P. Loringer (Bar No. 1059778)
Marcella S. Spoto (Bar No. 1038044)
Wilson Elser Moskowitz Edelman & Dicker LLP
555 East Wells Street, Suite 1730
Milwaukee, WI 53202
(414) 292-3019
john.loringer@wilsonelser.com
marcella.spoto@wilsonelser.com

*Counsel for Defendant Fire Apparatus
Manufacturers' Association*

10