**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LIGTIGATION | Case No. 2:26-md-03179-WCG<br><br>Case No. 1:25-cv-01252<br>        1:26-cv-00572<br>        1:26-cv-00573<br>        1:26-cv-00574<br><br>Hon. William C. Griesbach |

## ORDER

This matter has come before the Court on Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Defendants' Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Vacate Deadlines in the Direct and Indirect Purchaser Actions. The Court, after consideration of the motion, the applicable law, and the relevant facts, orders as follows:

**IT IS HEREBY ORDERED** that the current deadlines in the following Direct and Indirect Purchaser Actions are vacated pending further order of the Court:

a. *In re: Direct Purchaser Fire Apparatus Antitrust Litigation*, No. 1:25-cv-01252-WCG;

b. *In re: Indirect Purchaser Fire Apparatus Antitrust Litigation*, No. 1:25-cv-01252-WCG;

c. *City of Revere v. AIP, LLC et al.*, Nos. 1:25-cv-13462 (D. Mass.), 1:26-cv-00572-WCG;

d. *City of Chelsea v. Fire Apparatus Manufacturers' Association et al.*, Nos. 1:25-cv-13643 (D. Mass.), 1:26-cv-00573-WCG; and

e. *Burrough of Roseland v. Fire Apparatus Manufacturers' Association et al.*, Nos. 2:25-cv-18312 (D.N.J.), 1:26-cv-00574-WCG.

Dated at Green Bay, Wisconsin this 13th day of April, 2026.

_____
William C. Griesbach
United States District Judge