# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LIGTIGATION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

## MOTION TO CONFIRM INTERIM CO-LEAD CLASS COUNSEL AND INTERIM LIAISON CLASS COUNSEL FOR THE DIRECT PURCHASER CLASS

Direct Purchaser Plaintiffs[1] City of Augusta, The Newstead Fire Co., Inc., City of Philadelphia, City of Revere, City of Chelsea, and Borough of Roseland (collectively, "Direct Purchaser Plaintiffs" or "DPPs") hereby move, pursuant to Federal Rule of Civil Procedure 23(g) and pursuant to this Court's Order of April 10, 2026, for an order confirming the previous appointment of Barrack, Rodos & Bacine ("BRB"), Cuneo Gilbert Flannery & LaDuca, LLP ("CGFL"), Preti, Flaherty, Beliveau & Pachios, LLP ("Preti"), and the Saveri Law Firm ("SLF") as interim co-lead class counsel and von Briesen & Roper, s.c. ("von Briesen") as interim liaison class counsel for the direct purchaser class.[2] For the reasons set forth in the accompanying Memorandum of Law and Joint Declaration of Counsel, confirming this appointment will ensure continued efficient and effective management of the direct purchaser class claims and further, the

---

[1] This term is used as defined within the Consolidated Class Action Complaint filed on March 11, 2026 at docket number 1:25-cv-01252 (ECF 90), which also includes as a named plaintiff The Metropolitan Government of Nashville & Davidson County. Direct Purchaser Plaintiffs also include: City of Revere, City of Chelsea, and Borough of Roseland, which plaintiffs' actions were transferred to this Court on April 2, 2026 by the Judicial Panel on Multidistrict Litigation. (ECF 1).

[2] No class has yet been certified. All references to "direct purchaser class" refers to a putative or proposed class of direct purchasers. Any failure to include such qualifying language should not be viewed as presumption.

efficient case management of these multidistrict proceedings. *See* Fed R. Civ Pro. 1; Manual for

Complex Litigation (Fourth) § 21.11, at 246-47 (2004) ("Manual").


Dated: May 1, 2026                                   Respectfully submitted:


s/ Gregory P. Hansel                                 s/ Beth Kushner
Gregory P. Hansel (WIED No. 607101)                  Beth Kushner, SBN 1008591
Michael S. Smith (WIED No. 004986)                   Christopher E. Avallone, SBN 1095465
Elizabeth F. Quinby (WIED No. 006168)                von BRIESEN & ROPER, s.c.
Michael D. Hanify (WIED No. 010257)                  411 East Wisconsin Avenue, Suite 1000
PRETI, FLAHERTY, BELIVEAU &                          Milwaukee, WI 53202
PACHIOS, LLP                                         Tel: (414) 276-1122
One City Center                                      beth.kushner@vonbriesen.com
P.O. Box 9546                                        christopher.avallone@vonbriesen.com
Portland, ME 04112-9546
Tel: (207)791-3000                                   *Previously Appointed Interim Direct Purchaser*
ghansel@preti.com                                    *Class Liaison Counsel and Co-Counsel for City of*
msmith@preti.com                                     *Augusta*
equinby@preti.com
mhanify@preti.com

*Previously Appointed Interim Co-Lead Direct*
*Purchaser Class Counsel and Co-Counsel for*
*City of Augusta*

2

/s/ Michael J. Flannery
Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley*
Cody McCracken*
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Previously Appointed Interim Co-Lead Direct Purchaser Class Counsel and Counsel for The Newstead Fire Co., Inc., and The Metropolitan Government of Nashville & Davidson County*

*Previously Appointed Interim Co-Lead Direct Purchaser Class Counsel and Counsel for Counsel for The Newstead Fire Co., Inc., and The Metropolitan Government of Nashville & Davidson County*

/s/ Jeffrey A. Barrack
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

*Previously Appointed Interim Co-Lead Direct Purchaser Class Counsel and Counsel for City of Philadelphia*

*Previously Appointed Interim Co-Lead Direct Purchaser Class Counsel and Counsel for City of Philadelphia*

3

William J. Ban (WIED No. 1870690)
BARRACK, RODOS & BACINE
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax: (212) 688-0783
E-mail: wban@barrack.com

*Previously Appointed Interim Co-Lead Direct Purchaser Class Counsel and Counsel for City of Philadelphia*

Joseph R. Saveri (WIED No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)*^
David Seidel (CA State Bar No 307135)*
JOSEPH SAVERI LAW FIRM, LLP
550 California Street, Suite 910
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
        rspiegel@saverilawfirm.com
        dseidel@saverilawfirm.com

*Previously Appointed Interim Co-Lead Direct Purchaser Class Counsel and Counsel for City of Revere*
**Application for Admission to be filed*
^ Located in Washington State

4