# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

| | |
|---|---|
| CITY OF AUGUSTA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:25-cv-01543-BBC<br><br>Hon. Byron B. Conway |
| THE NEWSTEAD FIRE CO., INC., individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>OSHKOSH CORPORATION, et al.,<br><br>      Defendants. | Case No. 1:25-cv-01693-BBC<br><br>Hon. Byron B. Conway |
| CITY OF PHILADELPHIA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>OSHKOSH CORPORATION, et al.<br><br>      Defendants. | Case No. 1:25-cv-01801-BBC<br><br>Hon. Byron B. Conway |

## DECLARATION OF STEPHEN R. BASSER

I, Stephen R. Basser, hereby declare and state as follows:

1.      I am a partner at Barrack, Rodos & Bacine ("BRB"), and I am a member in good standing of, among others, the bar of this Court.  The matters described in this declaration are based on my personal knowledge, and if called as a witness, I could and would testify truthfully and consistently with what is stated below.

2.      All current direct purchaser plaintiffs' counsel, whose clients have filed a complaint in this district, unanimously support the proposed leadership structure. As proposed interim co-lead counsel for the proposed class of direct purchasers in this antitrust matter, BRB will continue to coordinate and collaborate with plaintiffs' counsel in the indirect purchaser cases, and with counsel for Defendants to efficiently and effectively advance this litigation. BRB will also ensure that this matter is adjudicated in an efficient manner, including by establishing a time-and-expense reporting protocol for all counsel, engaging experienced attorneys to assist as needed, and avoiding unnecessary duplication of work.

3.      BRB has offices in Philadelphia, Pennsylvania, San Diego, California, and New York, New York.  BRB represents clients in complex class action litigation, involving issues of antitrust, securities, corporate governance, consumer protection, and products liability.  *See* Exhibit A, a true and correct copy of BRB's Firm Biography.

4.      BRB filed a direct purchaser claim on behalf of City of Philadelphia, the sixth largest city in the United States and a direct purchaser of Fire Apparatus. Before filing the complaint, our firm spent significant time investigating the nature of the conspiracy at issue and its effect on purchasers of Fire Apparatus.

5.      BRB has considerable experience in the successful representation of plaintiff classes in antitrust matters as co-lead counsel or as a member of a court-appointed executive committee. Representative matters include: *Thomas & Thomas Rodmakers, Inc. v. Newport*

Case: 2:25-cv-01524-WCG   Filed: 05/01/2025   Page: 3 of 23   Document: 135-2

*Adhesives and Composites, Inc., et al.*, $67.5 million settlement); *In re Graphite Electrodes Antitrust Litigation* (settlements exceeded $133 million); *In re Citric Acid Antitrust Litigation*, (> $80 million recovered); *In re Sorbates Antitrust Litigation*, (> $80 million recovered); *In re Automotive Refinishing Paint Antitrust Litigation*, (> $105 million in settlements); *In re Flat Glass Antitrust Litigation*, (>$120 million recovered); *In re Polypropylene and Nylon Carpet Antitrust Litigation*, ($50 million in settlements); and *In re Vitamins Antitrust Litigation*, (served on Executive Committee), (settlements > $1 billion). *See* Exhibit A.

6. BRB has extensive lead counsel experience and a proven track record of success representing plaintiff classes in other types of complex class action litigation matters. *See* Exhibit A. Additional information may be found on the BRB website: www.barrack.com.

7. BRB is accustomed to advancing the costs of litigation associated with complex cases and routinely invests significant financial resources in litigating claims against the largest and most well-funded defendants in the world. BRB will bring the same resources and commitment to its prosecution of this case.

I declare under penalty of perjury that the forgoing in true and correct.


Executed this 20th day of November 2025,          __*s/ Stephen R. Basser*_____
in San Diego, CA                                                         Stephen R. Basser

3

# EXHIBIT A



BARRACK
RODOS &
BACINE
ATTORNEYS AT LAW

3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

P: 215.963.0600
F: 215.963.0838

# Firm Biography

PHILADELPHIA, PA  |  SAN DIEGO, CA  |  NEW YORK, NY  |  NEWARK, NJ

www.barrack.com



***Barrack, Rodos & Bacine*** is extensively involved in complex class action litigation, including antitrust, securities and RICO matters, representing both plaintiffs and defendants. The Firm has significant leadership positions in complex litigation, having been appointed by courts as lead counsel in numerous antitrust and other class actions throughout the United States.

## *A Longstanding History of Achievement in Antitrust Class Actions*

The firm has been appointed lead counsel or to the leadership group in many antitrust class action cases, including:

*In re Lithium Ion Batteries Antitrust Litigation,* MDL Docket No. 2420, the Honorable Yvonne Gonzalez Rogers in the Northern District of California;

*In re Fasteners Antitrust Litigation*, MDL Docket No. 1912, the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania;

*In re Publication Paper Antitrust Litigation*, Docket No. 3:04 MDL 1631 (SRU), the Honorable Stefan R. Underhill in the District of Connecticut;

*In re Automotive Paint Refinishing Antitrust Litigation*, MDL No. 1426, the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania;

*Brookshire Brothers, Ltd., et al. v. Chiquita Brands International, Inc., et al.*, Lead Case No. 05-21962-Cooke/Brown, the Honorable Marcia G. Cooke in the Southern District of Florida, Miami Division;

*Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc., et al.* (Carbon Fiber Antitrust Litigation), No. CV-99-07796-GHK(Ctx), the Honorable Florence Marie Cooper in the Central District of California, Western Division;

*In re Graphite Electrodes Antitrust Litigation*, Master File No. 97-CV-4182(CRW), the Honorable Charles R. Weiner in the Eastern District of Pennsylvania;

*In re Flat Glass Antitrust Litigation,* Master Docket Misc. No. 970550, MDL No. 1200, the Honorable Donald E. Ziegler in the Western District of Pennsylvania;

*In re New Jersey Title Insurance Litigation*, No. 2:08-cv-01425-GEB, the Honorable Garrett E. Brown in the District of New Jersey;

*In re Bath and Kitchen Fixtures Antitrust Litigation,* Docket No. 05-cv-00510-MAM, the Honorable Mary A. McLaughlin in the Eastern District of Pennsylvania;

*In re Sorbates Antitrust Litigation*, Master File No. C 98-4886 MCC, the Honorable William H. Orrick, Jr. in the Northern District of California;

Case 1:25-cv-01254-WCG     Filed 05/02/25     Page 7 of 23     Document 135-12



*In re Sodium Gluconate Antitrust Litigation*, No. C-97-4142CW, the Honorable Claudia Wilken in the Northern District of California;

*In re Vitamins Antitrust Litigation*, MDL No. 1285, the Honorable Thomas F. Hogan in the District of Columbia;

*In re: Metal Building Insulation Antitrust Litigation*, Master File No. H-96-3490, the Honorable Nancy F. Atlas in the Southern District of Texas;

*In re Carpet Antitrust Litigation*, MDL No. 1075, the Honorable Harold L. Murphy in the Northern District of Georgia, Rome Division;

*In re Citric Acid Antitrust Litigation*, Master File No. 95-2963, the Honorable Charles A. Legge in the Northern District of California;

*Capital Sign Company, Inc. v. Alliance Metals, Inc.*, et al., Civil Action No. 95-CV-6557 (LHP), the Honorable Louis H. Pollak in the Eastern District of Pennsylvania; and

*Plastic Cutlery Antitrust Litigation*, Master File No. 96-728, the Honorable Joseph L. McGlynn in the Eastern District of Pennsylvania.

## *Representative Results Achieved in Antitrust Cases*

BR&B is internationally recognized for its success representing individuals and businesses in antitrust class actions against manufacturers and producers of goods and services who fix prices or otherwise violate antitrust laws.

The firm has achieved significant recoveries on behalf of antitrust class members, including:

*Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc., et al.,* BR&B served as co-lead counsel; settlements totaled $67.5 million;

*In re Graphite Electrodes Antitrust Litigation,* BR&B served as co-lead counsel; settlements exceeded $133 million;

*In re Citric Acid Antitrust Litigation,* BR&B served as co-lead counsel; recovered more than $80 million;

*In re Sorbates Antitrust Litigation,* BR&B served as co-lead counsel; recovered more than $80 million;

*In re Automotive Refinishing Paint Antitrust Litigation,* BR&B served as co-lead counsel; settlements exceeded $105 million;



*In re Flat Glass Antitrust Litigation,* BR&B served as co-lead counsel; recovered more than $120 million;

*In re Polypropylene and Nylon Carpet Antitrust Litigation,* BR&B served as co-lead counsel; settlements totaled $50 million; and

*In re Vitamins Antitrust Litigation*, BR&B served as a member of the Executive Committee; settlements totaled more than $1 billion.

BRB has also participated or is currently contributing in other roles representing class members in many additional antitrust class action cases, including:

*In re: Thalomid And Revlimid Antitrust Litigation,* Civil No. 14-cv-6997, in the District of New Jersey;

*In re: National Football League's Sunday Ticket Antitrust Litigation*, 15-ml-02668, in the Central District of California;

*In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724, 16-md-2724, in the Eastern District of Pennsylvania;

*In re: Mexican Bonds Antitrust Litigation*, 18-cv-2830, in the Southern District of New York;

*In re: Apple Inc. Smartphone Antitrust Litigation,* 24-md-03113, in the District of New Jersey;

*In re: Frozen Potato Products Antitrust Litigation*, 24-cv-011801, in the Northern District of Illinois.

## *A Longstanding History of Achievement in Securities, Derivative and Fiduciary Class Actions*

In addition to its leadership role in antitrust class actions, the Firm has extensive experience in securities, derivative and fiduciary class actions, being appointed as lead counsel in many cases, including:

*Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al.,* Civil Action No. 1:11-cv-733-WHP, before the Honorable William H. Pauley, III, in the Southern District of New York;

*In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York;

Case 1:25-cv-01254-WCC Filed 05/02/25 Page 9 of 23 Document 135-12



*In re Cendant Corporation Litigation*, Master File No. 98-1664 (WHW), before the Honorable William H. Walls in the District of New Jersey;

*In re American International Group Inc. 2008 Securities Litigation*, Master File No. 08-CV-4772-LTS, before the Honorable Laura Taylor Swain in the Southern District of New York;

*In re McKesson HBOC, Inc. Securities Litigation*, No. C-99-20743-RMW, before the Honorable Ronald M. Whyte in the Northern District of California;

*In re Apollo Group, Inc. Securities Litigation*, Master File No. CV 04-2147-PHX-JAT, the Honorable James A. Teilborg in the District of Arizona;

*In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, Master File No. 07-cv-9633 (LBS)(AJP)(DFE), before the Honorable Jed S. Rakoff in the Southern District of New York;

*In re Omnivision Technologies, Inc. Securities Litigation,* Case No. 5:11-cv-05235, before the Honorable Ronald M. Whyte in the Northern District of California;

*In re DFC Global Corp. Securities Litigation*, Civ. A. No. 2:13-cv-06731-BMS, before the Honorable Berle M. Schiller in the Eastern District of Pennsylvania;

*In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-77 (GBL), before the Honorable Liam O'Grady in the Eastern District of Virginia;

*Rubin v. MF Global, Ltd., et al.*, Case No. 1:08cv2233-VM, before the Honorable Victor Marrero in the Southern District of New York;

*Louisiana Municipal Police Employees Retirement System v. Green Mountain Coffee Roasters et al.,* Case No. 11-cv-00289, pending before the Honorable William K. Sessions, III, in the District of Vermont; and

*In re MSG Networks, Inc. Stockholder Class Action Litig.,* Consolidated C.A. 2021-0575-KSJM, before the Honorable Kathaleen St. J. McCormick in the Delaware Court of Chancery.

## *Extensive Class Action Trial Experience*

The Firm has extensive jury trial experience in nationwide class actions: *Uniondale Beer Co., Inc. v. Anheuser-Busch, Inc., et al.*, Civil Action No. CV 86-2400 (TCP) (Eastern District of New York) (antitrust class action trial); *Becker v. BNY Mellon Trust Co., N.A.*, Civil Action No. 11-6460 (Eastern District of Pennsylvania) (2018 trial representing bondholders); *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC) (Southern District of New York) (2005 jury trial against accounting firm Arthur Andersen); *In re Apollo Group, Inc. Securities Litigation*, Master File No. CV-04-2147-PHX-JAT (District of Arizona) (jury verdict for



the full amount per share requested); *Gutierrez v. Charles J. Givens Organization, et al.*, Case No. 667169 (Superior Court of California, County of San Diego) (jury verdict in excess of $14 million for plaintiff consumer class); *In re Control Data Corporation Securities Litigation*, 933 F.2d 616 (8th Cir. 1991); *Gould v. Marlon*, CV-86-968-LDG (D. Nev.) (jury verdict for plaintiff class); *Herskowitz v. Nutri/System, et al.*, 857 F.2d 179 (3rd Cir. 1988); and *Betanzos v. Huntsinger*, CV-82-5383 RMT (C.D. Cal.) (jury verdict for plaintiff class).

## Attorney Resumes

The attorneys of the Firm have extensive experience in litigating complex litigations. Among those attorneys at the Firm with significant experience in prosecuting antitrust actions are[1]:

**Leonard Barrack**, senior partner at Barrack, Rodos & Bacine, is a graduate of Temple University Law School (J.D. 1968) where he was Editor in Chief of the Temple Law Reporter. Mr. Barrack has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 50 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees.  He was admitted to the bar of the Supreme Court of Pennsylvania in 1969, and is also a member of the bars of the United States Supreme Court, the United States Courts of Appeals for the First, Third, Eighth and Tenth Circuits, and the United States District Court for the Eastern District of Pennsylvania. Mr. Barrack can be reached at the Firm's Philadelphia, PA office.

Since enactment of the PSLRA, Mr. Barrack has been appointed lead or co-lead counsel in dozens of securities cases throughout the United States, including three of the largest case settlements in securities class action history.  In *In re WorldCom, Inc. Securities Litigation,* before the Honorable Denise L. Cote in the Southern District of New York, Mr. Barrack was responsible for guiding both the vigorously prosecuted litigation – including the five-week trial against Arthur Andersen – as well as negotiating on behalf of the NYSCRF the ground-breaking settlements totaling more than $6.19 billion with WorldCom's underwriters, its outside directors, and Arthur Andersen, in the midst of trial.  He was also co-lead counsel in *In re Cendant Corporation Litigation*, before the Honorable William H. Walls in the District of New Jersey, which, at $3.3 billion, was the previously highest recovery ever achieved in a securities fraud class case; *In re McKesson HBOC, Inc. Securities Litigation,* before the Honorable Ronald M. Whyte in the Northern District of California, which settled for $1.052 billion.  Mr. Barrack was also appointed co-lead counsel in *In re Merrill Lynch & Co. Securities, Derivative and ERISA Litigation*, before the Honorable Jed S. Rakoff in the Southern District of New York (settlement of $475 million approved in August 2009) and co-lead counsel in *In re American International Group, Inc. Securities Litigation*, before the Honorable Laura Taylor Swain in the Southern District of New York, which settled for $970.5 million.

---

[1] Resumes of all Firm attorneys can be found at our website, *www.barrack.com*.

Case 1:25-cv-00254-WCG   Filed 05/02/25   Page 11 of 29   Document 16-12



Mr. Barrack has had extensive trial and deposition experience in complex actions including the successful trial of derivative lawsuits under Section 14(a) of the Securities Exchange Act of 1934; *Gladwin v. Medfield*, CCH Fed. Sec. L. Rep. ¶95,012 (M.D. Fla. 1975), *aff'd*, 540 F.2d 1266 (5th Cir. 1976); *Rafal v. Geneen*, CCH Fed. Sec. L. Rep. ¶93,505 (E.D. Pa. 1972). In addition, Mr. Barrack has lectured on class actions to sections of the American and Pennsylvania Bar Association and is the author of *Developments in Class Actions*, The Review of Securities Regulations, Volume 10, No. 1 (January 6, 1977); Securities Litigation, *Public Interest Practice and Fee Awards*, Practicing Law Institute (March, 1980).

**Gerald J. Rodos**, partner in Barrack, Rodos & Bacine, is a graduate of Boston University (B.A. 1967) and an honor graduate of the University of Michigan Law School (J.D. Cum Laude 1970). Mr. Rodos has been practicing in the area of antitrust and securities class actions for more than 35 years. He was admitted to the bar of the Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the Supreme Court of the United States, the U.S. Court of Appeals for the Third Circuit, the U.S. District Court for the Eastern District of Pennsylvania, and other federal circuit courts.

Mr. Rodos currently is the senior partner in charge of the Firm's antitrust department. He has recovered billions of dollars for victims of price-fixing conspiracies. Mr. Rodos has been appointed lead counsel in antitrust class actions across the country, serving in leadership roles in *In re Fasteners Antitrust Litigation*, before the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania and *In re Publication Paper Antitrust Litigation*, Docket No. 3:04 MD 1631 (SRU), before the Honorable Stefan R. Underhill in the District of Connecticut; *In re Automotive Refinishing Paint Antitrust Litigation*, Case No. 2:01-cv-02830-RBS, before the Honorable R. Barclay Surrick in the Eastern District of Pennsylvania; *In re New Jersey Title Insurance Litigation*, Case No. 2:08-cv-01425-GEB, before the Honorable Garrett E. Brown in the District of New Jersey, among many others. Mr. Rodos has also served as lead counsel in many securities class actions, including: *Payne, et al. v. MicroWarehouse, Inc., et al.*, before the Honorable Dominic J. Squatrito in the District of Connecticut; *In re Sunbeam Securities Litigation*, before the Honorable Donald M. Middlebrooks in the Southern District of Florida; *In re Regal Communications Securities Litigation*, before the Honorable James T. Giles in the Eastern District of Pennsylvania; *In re Midlantic Corp. Shareholders Securities Litigation*, before the Honorable Dickinson R. Debevoise in the District of New Jersey; and *In re Craftmatic Securities Litigation*, before the Honorable Joseph L. McGlynn, Jr. in the Eastern District of Pennsylvania. Mr. Rodos also represented the lead plaintiff in the *WorldCom* litigation.

**Daniel E. Bacine**, partner in Barrack, Rodos & Bacine, is a graduate of Temple University (B.S. 1967) and of Villanova University School of Law (J.D. 1971), where he was an Associate Editor of the Law Review and a member of the Order of the Coif. Mr. Bacine has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for more than 40 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bar of the

Case 1:25-cv-00254-WCG    Filed 05/02/25    Page 12 of 29    Document 16-12



Supreme Court of Pennsylvania in 1971, and is also a member of the bars of the United States Courts of Appeals for the Third and Seventh Circuits and the United States District Court for the Eastern District of Pennsylvania. Mr. Bacine can be reached at the Firm's Philadelphia, PA office.

Mr. Bacine is an experienced civil litigator in both the federal and state courts, having tried jury and non-jury securities and other commercial cases, including cases involving disputes between securities brokerage firms and their customers. He has been lead or co-lead counsel in various class actions, including, *inter alia*, *In re American Travelers Corp. Securities Litigation*, in the Eastern District of Pennsylvania; *In re IGI Securities Litigation, in the District of New Jersey; Kirschner v. CableTel Corp.*, in the Eastern District of Pennsylvania; *Lewis v. Goldsmith*, in the District of New Jersey; *Rieff v. Evens (Allied Mutual Demutualization Litigation)*, in the District Court for Polk County, Iowa; *Crandall v. Alderfer (Old Guard Demutualization Litigation)*, in the Eastern District of Pennsylvania; and *In re Harleysville Mutual*, in the Court of Common Pleas of Philadelphia.

Mr. Bacine served as senior plaintiff's counsel in *Becker v. BNY Mellon Trust Co., N.A.*, in the Eastern District of Pennsylvania, a class action case that resulted in several important decisions delineating the duties of indenture trustees to bondholders: 172 F. Supp. 3d 777 (E.D. Pa. 2016) (denying motion for summary judgment); 2016 WL 6397415 (E.D. Pa. October 28, 2016) (reconsideration denied); 2016 WL5816075 (E.D. Pa. October 5, 2016) (granting class certification). He was senior counsel at the trial of the *Becker* matter, which settled just before closing arguments.

Mr. Bacine is an adjunct professor of law at Drexel University's Thomas R. Kline School of Law and an adjunct lecturer in law at Villanova University School of Law, teaching courses in class actions and complex litigation. He also sits as an arbitrator for the Financial Industry Regulatory Authority, hearing disputes involving the securities industry, and has chaired numerous FINRA arbitration panels since 2000.

*William J. Ban*, partner in Barrack, Rodos & Bacine, is a graduate of Brooklyn Law School (J.D. 1982) and the City University of New York (A.B. 1977). For almost 40 years, Mr. Ban's practice of law has focused on antitrust, securities and other class action litigation on behalf of plaintiffs. He has participated as lead or co-lead counsel, on executive committees and in significant defined roles in scores of major class action litigations in federal and state courts throughout the country. Recent successful antitrust class actions in which Mr. Ban has had substantial roles include: *In re: Lithium Ion Batteries Antitrust Litigation*, MDL 2420,(N.D.Ca.); *In re Automotive Refinishing Paint Antitrust Litigation*, MDL. 1426, (E.D. Pa.); *In re: OSB Antitrust Litigation*, 06-CV-00826 (PSD) (E.D. Pa.). Mr. Ban is a consummate team player and has contributed to successful outcomes in: *In re Interior Molded Doors Antitrust Litigation*, 18-cv-00850-JAG (N.Va.); *In re Automotive Parts Antitrust Litigation*, No. 2:12-md-0311-MOB-MKM (E.D. Mich.); *In re Blood Reagents Antitrust Litigation*, 2:09-md-02081 (E.D. Pa.); and *In re Plasma-Derivative Protein Therapies Antitrust Litigation*, MDL 2109, (N.D. Ill.).



Bill's record of leadership in landmark and significant antitrust actions includes: *In re Brand Name Prescription Drug Antitrust Litigation*, No. 94-C-897 (N.D.Ill.) ($717 Million) (Co-Chair Pfizer discovery); *In re High Fructose Corn Syrup Antitrust Litigation,* MDL 1087 and Master File No. 95-1477) (C.D.Ill.) ($531 Million) (Co-Chair ADM discovery); *In re Nine West Shoes Antitrust Litigation*, 80 F. Supp. 2d 181 (S.D.N.Y. 2000) ($54 Million) (Executive Committee/Liaison Counsel); and *Flat Glass Antitrust Litigation,* (No. MDL 1200) (W.D.P) ($121.0 Million), among other actions. Currently, Mr. Ban is participating with other members of the Barrack team in *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, MDL No. 2724 (E.D. Pa.).

Mr. Ban is admitted in New York and Pennsylvania and is a member of the New York City Bar Association.

**Jeffrey A. Barrack**, a partner at Barrack, Rodos & Bacine, is a graduate of Clark University (B.A. 1990), Boston College (M.A. 1992) and Temple University School of Law (J.D. 1996). He was admitted to practice in Pennsylvania in 1996 and in New York in 2009, is a member of the bars of the United States Court of Appeals for the Third Circuit and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Pennsylvania, and has been admitted *pro hac vice* in district courts throughout the United States. Mr. Barrack has represented plaintiffs in securities fraud, antitrust and other class actions since joining the Firm in 1996. He also has represented both plaintiff and defendant individual and corporate clients in environmental, consumer, business tort and commercial litigation in state and federal courts. Before joining the Firm, Mr. Barrack served under the United States Attorney assisting in the prosecution of complex white-collar crime in the Eastern District of Pennsylvania and the Philadelphia District Attorney assisting in the prosecution of crime in Philadelphia. He has been honored repeatedly by the First Judicial District of Pennsylvania as an attorney whose "work has been recognized by the judiciary as exemplary." Mr. Barrack can be reached at the Firm's Philadelphia, PA office.

Mr. Barrack has worked on behalf of labor union health and welfare plans, businesses and persons injured by wrongful anticompetitive conduct that has resulted in numerous successful antitrust prosecutions. For example, in *Jerry Enterprises of Gloucester County, Inc., et al., v. F&A Distributing Co., Inc., et al.*, Master File No. 96-CV-2347 (SMO) (D.N.J.), Mr. Barrack successfully prosecuted a price fixing case alleging that certain New Jersey liquor distributors violated the federal antitrust laws, Section 1 of the Sherman Act, 15 U.S.C. § 1, by conspiring to fix, stabilize and maintain the price of certain distilled alcoholic beverages sold by them in the State of New Jersey. The case was litigated zealously through class certification, which the Court granted, and settled while motions for summary judgment were pending, for $1,400,000 for the benefit of the New Jersey class. And in *In Re: Plastic Cutlery Antitrust Litigation, Master File No.* 96-728 (E.D. Pa.), Mr. Barrack was a principal member of the litigation team that prosecuted manufacturers of plastic cutlery for violating the antitrust laws by conspiring to fix, raise, maintain and stabilize the prices at which plastic cutlery was sold to customers in the United States, which settled for $1,117,000 for the benefit of the class. Also, in *In re Mexican Government Bonds Antitrust Litigation*, No. 18-cv-02830 (JPO) (S.D.N.Y.), in

Case 1:25-cv-01254-WCG    Filed 05/02/25    Page 14 of 23    Document 135-12



which the Firm represented the Virgin Islands Government Employees Retirement System, Mr. Barrack was an important case initiator on behalf of public investors that were harmed by an alleged unlawful conspiracy to fix the interest rates of Mexican Government bonds sold by Barclays PLC and its affiliates, and JPMorgan Chase & Co. and its affiliates, to public investors; the case settled for a common fund of $20,700,000.

Mr. Barrack also worked to commence and litigate *In Re Thalomid And Revlimid Antitrust Litigation*, Civil No. 14-6997 (MCA) (MAH) (D.N.J.), involving defendant Celgene Corporation, in which the Firm represented the New York Detectives Endowment Association. Celgene allegedly engaged in a scheme to unlawfully monopolize its branded cancer treatment drugs Thalomid and Revlimid, in violation of §16 of the Clayton Act, §2 of the Sherman Act. Plaintiffs alleged that Celgene's monopoly increased prices for both drugs, and that at least eleven different generic drug manufacturers attempted to enter the market, but Celgene blocked all such new market entrants. Celgene's alleged wrongful conduct included: (1) initiating lawsuits to enforce invalid patents; (2) refusing to sell samples of Thalomid and Revlimid necessary to develop generics; (3) encouraging the FDA to reject generics' applications based on sham safety concerns; and (4) entering into anticompetitive settlement agreements with generic manufacturers that acted to delay their entry into the market. Generic equivalents of Thalomid and Revlimid were delayed years because of Celgene's misconduct, causing class members to pay more than they would have in a competitive market. The case proceeded through a motion to dismiss and into discovery, class certification proceedings were sharply disputed until the plaintiff class was successfully certified, and settlement negotiations at mediation resulted in a settlement of $55,000,000 for the benefit of the class.

In *In Re: Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724, Case No. 2:16-MD-2724 (E.D. Pa.), a sweeping multidistrict antitrust suit against manufacturers of generic drugs over an alleged price-fixing scheme, Mr. Barrack worked to initiate the case and organize it on behalf of union health care plans that incurred harm when they paid for the price-inflated generic medications purchased by their members. Plaintiffs allege claims for (a) price fixing of generic drugs in violation of federal and state antitrust laws; (b) causing the artificially increased average market prices of the subject generic drugs since 2012; and (c) effectuating the conspiracy through direct company-to-company contacts and through joint activities undertaken through trade associations, in particular meetings of the Generic Pharmaceutical Association. The Firm represents the New York Detectives Endowment Association and the litigation is ongoing.

Mr. Barrack has also served institutional investors as a key member of successful securities litigation and trial teams for the Firm. For example, Mr. Barrack served as a principal member of the litigation team and as a trial attorney in *In re Apollo Group Inc. Securities Litigation*, Master File No. CV-04-2147 PHX-JAT (D. Az.), which resulted in a $145 million recovery for the class. With the firm representing the Policemen's Annuity and Benefit Fund of Chicago, the *Apollo Group* federal jury trial began in November 2007 and ended in a unanimous verdict for investors in January 2008 for the full amount requested per damaged share. After

Case 1:25-cv-01254-WCG     Filed 05/20/25     Page 15 of 23     Document 135-2



post-verdict motion practice, Mr. Barrack participated in the successful appellate process before Ninth Circuit Court of Appeals and the U.S. Supreme Court. Mr. Barrack led the successful loss causation evidentiary and expert presentation at trial. Mr. Barrack was also a principal member of the litigation team in *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC) (S.D.N.Y), in which the Firm represented the New York State Common Retirement Fund, and Mr. Barrack served as the lead attorney on auditing and accounting issues through the case and actively participated in the five-week trial of the only non-settling defendant, WorldCom's former auditor Arthur Andersen LLP. The 2005 jury trial against Arthur Andersen resulted in an additional $103 million for the benefit of the class of WorldCom investors, prompting Judge Cote to commend in an opinion and order that in the "trial against Andersen, the quality of Lead Counsel's representation remained first-rate."

Mr. Barrack has lectured on private securities litigation at the Beasley School of Law at Temple University, has been a featured columnist on securities litigation for *The Legal Intelligencer*, the oldest law journal in the United States, and has written on class action trial practice for the *American Journal of Trial Advocacy.*

***Stephen R. Basser***, partner in Barrack, Rodos & Bacine, is a graduate of the American University, Washington D.C. (B.A., with Honors, 1973) and Temple University School of Law, Philadelphia, Pennsylvania (J.D. *cum laude* 1976), where he was awarded the honor of "Highest Grade and Distinguished Class Performance" by its nationally renowned clinical trial litigation program and was selected to serve as a student prosecutor under the supervision of the United States Attorney's Office for the Eastern District of Pennsylvania. Mr. Basser has been practicing in the area of securities class and derivative actions, and corporate litigation generally, for over 32 years, during which time he has analyzed laws and provided advice on issues relevant to pension fund boards of trustees. He was admitted to the bars of the Supreme Court of Pennsylvania in 1976, and the Supreme Court of California in 1985. He is also a member of the bars of the United States Circuit Courts of Appeals for the Sixth and Ninth Circuits, and the United States District Courts for the Southern, Central and Northern Districts of California, the District of Colorado, the Eastern District of Pennsylvania and the Northern District of Texas. Mr. Basser is the managing partner of the Firm's San Diego, CA office.

Mr. Basser is an experienced civil litigator in federal and state courts and has successfully tried numerous civil jury and non-jury cases to verdict. In addition to litigating product liability, medical malpractice, catastrophic injury, mass toxic tort and complex business disputes, Mr. Basser has extensive experience prosecuting securities class actions, including actions against Pfizer, Inc., Procyte Corp., Wall Data Corp., Louisiana-Pacific Corp., Samsonite Corp., TriTeal Corp., Sybase, Inc., Silicon Graphics, Inc., Orthologic Corp., Adobe, PeopleSoft, Inc., Safeskin Corp., Bridgestone Corp., Harmonic, Inc., 3Com Corp., Dignity Partners, Inc., Daou, Vivus, Inc., FPA Medical, Inc., Union Banc of California, Merix Corporation, Simulation Sciences, Inc., Informix Corporation, OmniVision Technologies, Inc. and Hewlett Packard Company. Mr. Basser served as lead counsel representing lead plaintiff the Florida State Board of Administration in *In re Applied Micro Circuits Corp. Securities Litigation*, Lead Case No. 01-

Case 1:25-cv-00125423-WCG    Filed 05/02/25    Page 16 of 23    Document 135-12



cv-0649-K (AJB), which settled for $60 million, one of the largest recoveries in a securities class action in the Southern District of California since passage of the PSLRA. He also acted as co-lead counsel for lead plaintiff the NYSCRF in *In re McKesson HBOC, Inc. Securities Litigation*, Master File No. CV-99-20743 RMW, which settled for a total of $1.052 billion from all defendants and is the largest securities fraud class action recovery in the Northern District of California. Mr. Basser was the lead attorney in *In re Chiron Shareholder Deal Litigation*, Case No. RG 05-230567, (Superior Court in and for the County of Alameda, California), resulting in a settlement for the shareholder class valued at approximately $880 million, constituting one of the largest securities ever achieved in a merger related class action alleging breach of fiduciary duties by corporate officers and directors. He was the lead trial attorney in *In re Apollo Group Inc. Securities Litigation*, Master File No. CV-04-2147 PHX-JAT (District of Arizona), before the Honorable James A. Teilborg, which was tried to a federal jury from November 2007 until the jury returned a unanimous verdict for investors on January 16, 2008, ultimately recovering $145 million for the shareholder class.

Mr. Basser has prosecuted derivative shareholder actions on behalf of and for the benefit of nominal corporate entities such as Pfizer, Apple, Nvidia and Quest, achieving significant corporate governance therapeutics on behalf of those entities. Mr. Basser has also vigorously pursued the rights of the elderly, serving as a co-lead counsel and as part of a group of firms prosecuting class actions alleging federal RICO claims against companies that target senior citizens in the sale of deferred annuity products, ultimately securing benefits collectively valued at over $1 billion.

Mr. Basser has also prosecuted antitrust class actions. He was plaintiffs' co-lead counsel in the Carbon Fiber Antitrust Litigation in the Central District of California, and was also plaintiffs' counsel in *In re Sorbates Antitrust Litigation*, in the Northern District of California.

Mr. Basser has regularly shared his experience and knowledge with attorneys, Judges, public pension funds and the lay public. He also lectured on the topic of securities related litigation and shareholder issues in the wake of the derivative securities, toxic debt portfolio and real estate mortgage default related global economic crisis of 2008, at the American Association of Justice, Winter Convention, February 2010 and the American Association of Justice, Summer Convention 2010, presented on the topic of "Securities Litigation" at the Federal Judicial Center's Workshop for Judges of the Ninth Circuit on February 1, 2011 and lectured on the topic of trying a complex class action at Vanderbilt Law School entitled "Battle in the Valley of the Sun: Strategy Tactics and Honor in Litigation," October 17, 2013. He has written for the American Association of Justice Quarterly Newsletter, Fall 2009, co-authoring "*Securities Litigation in the Wake of the Sub-Prime Crisis.*" Mr. Basser has been repeatedly selected as a California "Super Lawyer" through 2021, has been recognized as LAWDRAGON's "100 Attorneys You Need to Know in Securities Litigation," and as one of Southern California's "Top 100 High Stakes Litigators," and has been regularly commended by San Diego Magazine and the Los Angeles Times as a "Top Lawyer."

Case 1:25-cv-00125-WCG     Filed 05/20/25     Page 17 of 23     Document 135-12



*Chad A. Carder*, partner in Barrack, Rodos & Bacine, is an honors graduate of The Ohio State University (B.A. 1999), and College of William and Mary, Marshall-Wythe School of Law (J.D. 2002), where he was a Graduate Research Fellow and served on the William and Mary Moot Court Board. From 2002 to 2003, Mr. Carder served as the law clerk to the Honorable Michael J. Hogan of the New Jersey Superior Court. Mr. Carder was admitted to practice in Pennsylvania and New Jersey in 2002 and is a member of the bars of the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey. He can be reached at the Firm's Philadelphia, PA office.

Mr. Carder concentrates his practice on federal securities class action litigation, is experienced in representing both institutional investor plaintiffs and individual defendants, and has been a member of the teams that have litigated major securities class actions to their landmark conclusions, including *In re WorldCom, Inc. Securities Litigation*, Master File No. 02-Civ-3288 (DLC), before the Honorable Denise L. Cote in the Southern District of New York; *In re Schering-Plough Corporation Securities Litigation*, Master File No. 2:01-CV-00829 (KSH/MF), before the Honorable Katharine S. Hayden in the District of New Jersey; *In re The Mills Corporation Securities Litigation*, Civil Action No. 1:06-cv-00077 (LO/TRJ), before the Honorable Liam O'Grady in the Eastern District of Virginia; *In re American International Group, Inc. 2008 Securities Litigation*, Master File No. 1:08-CV-04772-LTS-DCF, before the Honorable Laura Taylor Swain in the Southern District of New York; and *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp., et al.*, Civil Action No. 1:11-cv-00733-WHP, before the Honorable William H. Pauley, III, in the Southern District of New York.

In addition to his work in securities class actions, Mr. Carder also has an active antitrust litigation practice, having participated in the prosecution of the following antitrust cases, among others: *In re Chocolate Confectionary Antitrust Litigation*, Case No. 1:08-mdl-01935-CCC (M.D. Pa.); *In re Processed Egg Products Antitrust Litigation*, 2:08-md-02002-GEKP (E.D. Pa.); *In re Flat Glass Antitrust Litigation (No. II)*, 2:08-mc-00180-DWA (W.D. Pa.); and *In re Publication Paper Antitrust Litigation*, Docket No. 3:04-md-01631-SRU (D. Conn.). Currently, Mr. Carder is participating with other members of the Barrack team in litigating the following antitrust cases: *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, 2:16-md-02724-CMR (E.D. Pa.); *In re Delta Dental Antitrust Litig.*, 1:19-cv-06734 (N.D. Ill.); and *In re Diisocyanates Antitrust Litig.*, 2:18-mc-01001-DWA (W.D. Pa.). Mr. Carder has also litigated corporate takeover class and derivative actions, and has extensive experience litigating shareholder derivative actions in various state and federal courts.

*Matthew Cyr*, an associate at Barrack, Rodos & Bacine, is a graduate of St. Joseph's University, Philadelphia, Pennsylvania (B.A. 1998) and the University of Wisconsin Law School, Madison, Wisconsin (J.D. 2005). Mr. Cyr was admitted to practice in Wisconsin in 2005, in New Jersey in 2006 and in Pennsylvania in 2012. Mr. Cyr can be reached at the Firm's Philadelphia, PA office.

Case 1:25-cv-00123-WCG   Filed 05/20/25   Page 18 of 23   Document 135-12



At the Firm, Mr. Cyr has worked on major class action litigation in the securities and antitrust fields, including cases against Mills Corporation, WellCare Health Plans, Inc., American International Group, RAIT Financial Trust, Merrill Lynch & Co., and companies involved in the municipal derivatives industry.

**Andrew J. Heo**, an associate at Barrack, Rodos & Bacine, is a graduate of George Washington University (B.A. 2015) and Drexel University Thomas R. Kline School of Law (J.D. 2018), where he was President of the Civil Litigation Society. Mr. Heo is admitted to practice in Pennsylvania and New Jersey, and is a member of the bar of the Eastern District of Pennsylvania and the District of New Jersey. Mr. Heo can be reached at the Firm's Philadelphia, PA office.

Mr. Heo focuses his practice on complex class action litigation with an emphasis on antitrust and securities litigation. Among other matters, Mr. Heo is active in the prosecution of complex class action claims against Energy Transfer LP, Subaru of America, Inc., and MSG Networks, Inc. Prior to joining BR&B, Mr. Heo's practice included advising and representing institutional clients in a wide range of commercial litigation matters, including complex products liability, class action, and mass torts litigation. During law school, Mr. Heo worked at the Federal Reserve Bank of Philadelphia, as well as for the Honorable Rayford A. Means of the First Judicial District of Pennsylvania. Mr. Heo's pro bono practice has included appellate work on behalf of plaintiffs in federal court.

**Michael A. Toomey**, a partner in Barrack, Rodos & Bacine's New York office, joined the Firm in 2011. At BR&B, Mr. Toomey has represented investors, including state, local and union pension funds, in many class and derivative actions, including cases involving securities fraud, shareholder rights and corporate governance. Mr. Toomey was an integral part of the litigation teams that prosecuted *In re American International Group, Inc. 2008 Securities Litigation*, which resulted in a $970.5 million settlement for defrauded investors, among the largest recoveries ever achieved in a securities fraud class action stemming from the 2008 financial crisis, and *Pennsylvania Public School Employees' Retirement System v. Bank of America Corp et. al.*, which resulted in a $335 million settlement in 2016. Mr. Toomey has also successfully represented investors in class and derivative actions such as *Pub. Employees' Ret. Sys. of Miss. v. Schleifer*, which challenged the excessive compensation provided to Regeneron Pharmaceuticals, Inc. board of directors. The successful settlement of this case resulted in the largest reduction in board compensation in any excessive director compensation case, ever: $44.5 million. Mr. Toomey also represented investors in *In re Cheniere Energy Stockholders Litigation*, which challenged whether shareholders approved an equity compensation plan that provided Cheniere's CEO with $126 million in one year. The successful settlement of this litigation resulted in the withdrawal of a new equity compensation plan that proposed to grant executives 30 million shares, a new stockholder vote on the shares that were challenged by the litigation, and several other corporate reforms. Mr. Toomey also successfully represented shareholders in a derivative case challenging the payment by Barnes & Noble for an asset held

Case 1:25-cv-00125423-WCG    Filed 05/02/25    Page 19 of 23    Document 135-12



by its chairman Leonard Riggio whereby Riggio agreed to pay $29 million to settle shareholders' claims. Mr. Toomey has also helped to establish important standards in shareholder derivative actions such as *Seinfeld v. Slager*, No. CIV.A. 6462-VCG, 2012 WL 2501105 (Del. Ch. June 29, 2012) (directors must show entire fairness of their own compensation if compensation plan lacks meaningful limits) and *Kaufman v. Allemang*, 70 F. Supp. 3d 682 (D. Del. 2014) (companies must strictly comply with SEC regulation 17 C.F.R. § 240.14a-101 (Item 10(a)(1)) when attempting to gain shareholder approval of company compensation plans).

Mr. Toomey received his B.A. from Tufts University in 2005 and his J.D. from Temple University School of Law in 2010. He is admitted to practice in New York and New Jersey and is a member of the bars of the United States District Courts for the Southern and Eastern Districts of New York. While at Temple, Mr. Toomey was an intern in the Chambers of Judge Lerner of the Philadelphia Court of Common Pleas and Magistrate Judge Elizabeth Hey of the Eastern District of Pennsylvania. He also interned at the Philadelphia Public Defender where he advocated in court on behalf of indigent defendants. Mr. Toomey can be reached at the Firm's New York, NY office.

*Samuel M. Ward*, partner in Barrack, Rodos & Bacine, is a graduate of the University of California, Hastings College of Law (J.D. 2001), and a 1995 honors graduate of the University of California, San Diego (B.A. 1995). Mr. Ward was admitted to practice in California in 2001 and is a member of the bars of the United States District Courts for the Southern, Central and Northern District of California. Before joining BR&B, Mr. Ward worked as a political consultant, managing both Congressional and State Assembly campaigns. At the Firm, he has litigated numerous securities cases in federal district courts throughout the country. Mr. Ward was a member of the trial team in *In re Apollo Group Inc. Securities Litigation*, before the Honorable James A. Teilborg in the District of Arizona, where he played a critical role in mastering the deposition and documentary proof that was used at trial to secure the jury's unanimous verdict. Mr. Ward also represented the plaintiff class in *In re Applied Micro Circuits Corp. Securities Litigation*, achieving a $60 million settlement for class members, one of the largest recoveries in a securities class action in the Southern District of California since passage of the PSLRA. Mr. Ward is the former Chair of Planned Parenthood Affiliates of California and former Vice-Chair of the Board of Directors of Planned Parenthood of the Pacific Southwest. Mr. Ward can be reached at the Firm's San Diego, CA office.

*Danielle M. Weiss,* an associate at Barrack, Rodos & Bacine, joined the Firm in 2022. She earned a B.A., *cum laude,* in U.S. History, in 2002 from University of Pennsylvania, and in 2005, a J.D. from the James E. Beasley School of Law at Temple University, where she was a James Beasley Scholar, a member and editor of the *Temple International and Comparative Law Journal*, and the recipient of the Harry R. Kozart Memorial Prize in Products Liability. She is licensed to practice law in Pennsylvania and New Jersey. Ms. Weiss can be reached at the Firm's Philadelphia, PA office.



At the Firm, Ms. Weiss is part of the litigation teams representing institutional investors in securities fraud class action and class representatives in antitrust and consumer protection actions. She is also a member of the case evaluation and client services group. Notable matters include representing Lead Plaintiffs in: *Allegheny County Employees' Retirement System, et al. v. Energy Transfer LP, et al.*, 2:20-cv-00200 (E.D. Pa.), *In re Dentsply Sirona, Inc. Sec. Litig.*, 1:18-cv-07253 (E.D.N.Y), *The Scotts Miracle-Gro Company Securities Litigation*, 2:24-cv-03132 (S.D. Ohio).

Before joining BR&B's Philadelphia office, Ms. Weiss practiced for seventeen years at a boutique litigation firm in Philadelphia, where she successfully represented individuals and small-business clients in high-stakes civil litigation in state and federal courts, trying several matters to successful conclusion, including at the appellate level.

### *Significant Judicial Accolades*

In ***In re Automotive Refinishing Paint Antitrust Litigation***, 2:10-md-01426-RBS (E.D. Pa.), Barrack, Rodos & Bacine, co-lead counsel for a Class of direct purchasers of automotive refinishing paint, achieved settlements with five defendants in excess of $100 million. After reaching a settlement with the last two defendants remaining in the litigation, the Court stated, ***"I want to commend counsel on both sides of this litigation. I think that the representation on both sides of this litigation is as good as I've ever seen in my entire professional career. Counsel worked together in this case. They frankly made the job of this Court very easy and I commend all of you for what you've done in this litigation."***

In ***In re Apollo Group Inc. Securities Litigation***, Master File No. CV-04-2147 PHX-JAT (District of Arizona), Barrack, Rodos & Bacine was lead counsel for the class that secured a jury verdict in January 2008 for the full amount per share requested. Judge Teilborg commented that trial counsel ***"brought to this courtroom just extraordinary talent and preparation.... The technical preparation, the preparation for your examination and cross-examination of witnesses has been evident in every single instance. The preparation for evidentiary objections and responses to those objections have been thorough and foresighted. The arguments that have been made in every instance have been well-prepared and well-presented throughout the case. *** Likewise, for the professionalism and the civility that you -- and the integrity that you have all demonstrated and exuded throughout the handling of this case, it has just, I think, been very, very refreshing and rewarding to see that. *** [W]hat I have seen has just been truly exemplary."*** BR&B ultimately secured payment of $145 million from the defendants – the largest post-verdict judgment and recovery achieved in a shareholder class action for violations of the federal securities laws since passage of the PSLRA.

Case 1:25-cv-00125423-WCG   Filed 05/02/25   Page 217 of 239   Document 135-12



In ***In re WorldCom, Inc. Securities Litigation***, No. 02 Civ. 3288 (DLC), Barrack, Rodos & Bacine was co-lead counsel for the Class and achieved settlements in excess of $6.19 billion. After a partial settlement with one group of defendants for in excess of $2.56 billion, the Court stated that ***"the settlement amount ... is so large that it is of historic proportions."*** The Court found that ***"Lead Counsel has performed its work at every juncture with integrity and competence. It has worked as hard as a litigation of this importance demands, which for some of the attorneys, including the senior attorneys from Lead Counsel on whose shoulders the principal responsibility for this litigation rests, has meant an onerous work schedule for over two years."*** The Court further found that ***"the quality of the representation given by Lead Counsel is unsurpassed in this Court's experience with plaintiffs' counsel in securities litigation. Lead Counsel has been energetic and creative. Its skill has matched that of able and well-funded defense counsel. It has behaved professionally and has taken care not to burden the Court or other parties with needless disputes. Its negotiations with the Citigroup Defendants have resulted in a settlement of historic proportions. It has cooperated with other counsel in ways that redound to the benefit of the class and those investors who have opted out of the class. The submissions of Lead Counsel to the Court have been written with care and have repeatedly been of great assistance."*** The Court also found that ***"In sum, the quality of representation that Lead Counsel has provided to the class has been superb".*** In approving the final settlements totaling $3.5 billion, in an opinion and order dated September 20, 2005, the Court stated ***"The impressive extent and superior quality of Lead Counsel's efforts as of May 2004 were described in detail in the Opinion approving the Citigroup Settlement. … At the conclusion of this litigation, more than ever, it remains true that 'the quality of representation that Lead Counsel has provided to the class has been superb.' … At trial against Andersen, the quality of Lead Counsel's representation remained first-rate. .. The size of the recovery achieved for the class – which has been praised even by several objectors – could not have been achieved without the unwavering commitment of Lead Counsel to this litigation."***

The Court also found that ***"Despite the existence of these risks, Lead Counsel obtained remarkable settlements for the Class while facing formidable opposing counsel from some of the best defense firms in the country;"*** and ***"If the Lead Plaintiff had been represented by less tenacious and competent counsel, it is by no means clear that it would have achieved the success it did here on behalf of the Class."***
***"It is only the size of the Citigroup and Underwriters' Settlements that make this recovery so historic, and it is likely that less able plaintiffs' counsel would have achieved far less."***

In ***In re Cendant Corporation Litigation***, No. 98-CV-1664 (WHW) (D.N.J. December 7, 1999), Barrack, Rodos & Bacine was co-lead counsel for the Class and achieved settlements with defendants in excess of **$3.18 billion**, more than three times larger than the next highest recovery ever achieved in a securities law class action suit by that time. The *Cendant* settlement included what was, at the time, the largest amount by far ever paid in a securities



class action by an issuing company. The *Cendant* settlement further included extensive corporate governance reforms, and a contingency recovery of one-half the net recovery that Cendant and certain of its affiliated individuals may recover in on-going proceedings against CUC's former auditor. The *Cendant* Court stated that **"we have all been favored with counsel of the highest competence and integrity and fortunately savvy in the ways of the law and the market."** The Court found that the **"standing, experience and expertise of counsel, the skill and professionalism with which counsel prosecuted the case and the performance and quality of opposed counsel were and are high in this action."** The Court further found that the result of lead counsel's efforts were **"excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class."**

Case 1:25-cv-00123-WCG     Filed 05/02/25     Page 23 of 23     Document 135-12