# EXHIBIT 5

ATTYOPEN,MDL MEMBER,RF

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CIVIL DOCKET FOR CASE #: 1:25-cv-01543-WCG

In re: Direct Purchaser Fire Apparatus Antitrust Litigation

Assigned to: Judge William C Griesbach

Lead case: 1:25-cv-01252-WCG

Member case: (View Member Case)

Cause: 15:1 Antitrust Litigation

Date Filed: 10/07/2025

Jury Demand: Plaintiff

Nature of Suit: 410 Anti-Trust

Jurisdiction: Federal Question

### Plaintiff

**City of Augusta**
*individually and on behalf of all others similarly situated*

represented by **Beth J Kushner**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 1000
Milwaukee, WI 53202
414-287-1373
Fax: 414-276-1122
Email: bkushner@vonbriesen.com
*ATTORNEY TO BE NOTICED*

**Elizabeth F Quinby**
Preti Flaherty Beliveau & Pachios LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
207-791-3000
Email: equinby@preti.com
*ATTORNEY TO BE NOTICED*

**Gregory Paul Hansel**
Preti Flaherty Beliveau & Pachios, LLP
One City Center
PO Box 9546
Portland, ME 04112
207-791-3000
Fax: 207-791-3111
Email: ghansel@preti.com
*ATTORNEY TO BE NOTICED*

**Michael D Hanify**
Preti Flaherty Beliveau & Pachios LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
207-791-3285
Fax: 207-791-3111
Email: mhanify@preti.com
*ATTORNEY TO BE NOTICED*

**Michael S Smith**

Preti Flaherty Beliveau & Pachios LLP
One City Center
PO Box 9546
Portland, ME 04112-9546
207-791-3000
Email: msmith@preti.com
*ATTORNEY TO BE NOTICED*

**Christopher E Avallone**
von Briesen & Roper SC
411 E Wisconsin Ave - Ste 1000
Milwaukee, WI 53202
414-276-1122
Fax: 414-276-6281
Email: cavallone@vonbriesen.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Philadelphia**                    represented by **Danielle M Weiss**
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
215-963-0600
Email: dweiss@barrack.com
*ATTORNEY TO BE NOTICED*

**Samuel M Ward**
Barrack Rodos & Bacine
600 W Broadway - Ste 900
San Diego, CA 92101
619-230-0800
Fax: 619-230-1874
Email: sward@barrack.com
*ATTORNEY TO BE NOTICED*

**Stephen R Basser**
Barrack Rodos & Bacine
600 W Broadway - Ste 900
San Diego, CA 92101
619-230-0800
Fax: 619-230-1874
Email: sbasser@barrack.com
*ATTORNEY TO BE NOTICED*

**William J Ban**
Barrack Rodos & Bacine
2001 Market St - Ste 3300
Philadelphia, PA 19103
215-963-0600
Email: wban@barrack.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Case 1:25-cv-01252-WCG     Filed 05/01/26     Page 3 of 15     Document 135-5

**The Newstead Fire Co., Inc.**                    represented by **Cody Douglas McCracken**
Cuneo Gilbert Flannery & LaDuca LLP
2445 M St NW - Ste 740
Washington, DC 20037
202-789-3960
Email: cmccracken@cuneolaw.com
*ATTORNEY TO BE NOTICED*

**Evelyn Yifei Riley**
Cuneo Gilbert Flannery & LaDuca LLP
2445 M St NW - Ste 740
Washington, DC 20037
202-789-3960
Email: evelyn@cuneolaw.com
*ATTORNEY TO BE NOTICED*

**Marco Cercone**
Rupp Pfalzgraf LLC
1600 Liberty Building
Buffalo, NY 14202
716-854-3400
Email: cercone@rupppfalzgraf.com
*ATTORNEY TO BE NOTICED*

**Michael J Flannery**
Cuneo Gilbert & LaDuca LLP
Two City Place Dr Ste 2nd Fl
Saint Louis, MO 63141
314-226-1015
Email: mflannery@cuneolaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**City of Liberty Missouri**                    represented by **David H Weber**
*individually and on behalf of all others*                    Law Firm of Conway Olejniczak & Jerry
*similarly situated*                    SC
231 S Adams St
PO Box 23200
Green Bay, WI 54305
920-437-0476
Fax: 920-437-2868
Email: dhw@lcojlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claire M Terrebonne**
Williams Dirks Dameron LLC
1100 Main St - Ste 2600
Kansas City, MO 64105
816-585-4047
Email: cterrebonne@williamsdirks.com
*ATTORNEY TO BE NOTICED*

**Matthew L Dameron**

Williams Dirks Dameron LLC
1100 Main St - Ste 2600
Kansas City, MO 64105
816-945-7135
Fax: 816-945-7118
Email: matt@williamsdirks.com
*ATTORNEY TO BE NOTICED*

**Michael Anthony Williams**
Williams Dirks Dameron LLC
1100 Main St - Ste 2600
Kansas City, MO 64105
816-945-7110
Fax: 816-945-7118
Email: mwilliams@williamsdirks.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Oshkosh Corporation**                    represented by    **Daniel T Flaherty**
Godfrey & Kahn SC
100 W Lawrence St
PO Box 2728
Appleton, WI 54913-2728
920-830-2800
Fax: 920-830-3530
Email: dflaherty@gklaw.com
*ATTORNEY TO BE NOTICED*

**Douglas E Litvack**
Jenner & Block LLP
1099 New York Ave NW - Ste 900
Washington, DC 20001
202-637-6357
Fax: 202-639-6066
Email: dlitvack@jenner.com
*ATTORNEY TO BE NOTICED*

**Jacob Wentzel**
Jenner & Block LLP
353 N Clark St
Chicago, IL 60654
312-982-4729
Email: jwentzel@jenner.com
*ATTORNEY TO BE NOTICED*

**Jariel A Rendell**
Jenner & Block LLP
1099 New York Ave NW - Ste 900
Washington, DC 20001
202-637-6361
Fax: 202-639-6066

Email: jrendell@jenner.com
*ATTORNEY TO BE NOTICED*

**Reid J Schar**
Jenner & Block LLP
353 N.Clark St
Chicago, IL 60654
312-222-9350
Email: rschar@jenner.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosenbauer America LLC**                    represented by **Ashley B Eickhof**
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
202-923-6870
Email: ashley.eickhof@bakermckenzie.com
*ATTORNEY TO BE NOTICED*

**Creighton J Macy**
Baker & McKenzie LLP
815 Connecticut Ave NW
Washington, DC 20006
202-452-7000
Fax: 202-452-7074
Email:
creighton.macy@bakermckenzie.com
*ATTORNEY TO BE NOTICED*

**David J Turek**
Gass Turek LLC
241 N Broadway - Ste 300
Milwaukee, WI 53202
414-224-3445
Fax: 414-224-3016
Email: turek@gassturek.com
*ATTORNEY TO BE NOTICED*

**Joshua S Greenberg**
Gass Turek LLC
241 N Broadway - Ste 300
Milwaukee, WI 53202
414-224-7698
Email: greenberg@gassturek.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**REV Group Inc**                    represented by **Arthur J Burke**
Davis Polk & Wardwell LLP
450 Lexington Ave
New York, NY 10017
212-450-4352
Email: arthur.burke@davispolk.com

*ATTORNEY TO BE NOTICED*

**Austin A Wesner**
Michael Best & Friedrich LLP
790 N Water St - Ste 2500
Milwaukee, WI 53202
414-277-3499
Fax: 414-277-0656
Email: austin.wesner@michaelbest.com
*ATTORNEY TO BE NOTICED*

**Daniel J Vaccaro**
Michael Best & Friedrich LLP
790 N Water St - Ste 2500
Milwaukee, WI 53202-4108
414-271-6560
Fax: 414-277-0656
Email: djvaccaro@michaelbest.com
*ATTORNEY TO BE NOTICED*

**Joseph L Olson**
Michael Best & Friedrich LLP
790 N Water St - Ste 2500
Milwaukee, WI 53202-4108
414-271-6560
Fax: 414-277-0656
Email: jlolson@michaelbest.com
*ATTORNEY TO BE NOTICED*

**Mari Grace**
Davis Polk & Wardwell LLP
1050 17th St NW
Washington, DC 20036
202-962-7000
Email: mari.byrne@davispolk.com
*ATTORNEY TO BE NOTICED*

**Sean Stefanik**
Davis Polk & Wardwell LLP
1050 17th St NW
Washington, DC 20036
202-962-7000
Email: sean.stefanik@davispolk.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pierce Manufacturing Inc**					represented by	**Daniel T Flaherty**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas E Litvack**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jacob Wentzel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jariel A Rendell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Reid J Schar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Fire Apparatus Manufacturers' Association** | represented by | **Andrew M Scarpace** <br> Wilson Elser Moskowitz Edelman & Dicker <br> 555 E Wells St - Ste 1730 <br> Milwaukee, WI 53202 <br> 414-292-3014 <br> Email: andrew.scarpace@wilsonelser.com <br> *TERMINATED: 02/17/2026* <br><br> **John P Loringer** <br> Wilson Elser Moskowitz Edelman & Dicker <br> 555 E Wells St - Ste 1730 <br> Milwaukee, WI 53202 <br> 414-292-3019 <br> Fax: 414-276-8819 <br> Email: John.loringer@wilsonelser.com <br> *ATTORNEY TO BE NOTICED* <br><br> **Marcella Spoto** <br> Wilson Elser Moskowitz Edelman & Dicker LLP <br> 555 E Wells St - Ste 1730 <br> Milwaukee, WI 53202 <br> 414-276-8816 <br> Fax: 414-276-8819 <br> Email: marcella.spoto@wilsonelser.com <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2025 | 1 | COMPLAINT with Jury Demand; against Oshkosh Corporation, PIERCE MANUFACTURING, INC., REV GROUP, INC., Rosenbauer America LLC, THE FIRE APPARATUS MANUFACTURERS' ASSOCIATION by CITY OF AUGUSTA, individually and on behalf of all others similarly situated. ( Filing Fee PAID $405 receipt number AWIEDC-5062637) (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Summons (P) Summons - Rosenbauer, # 3 Summons (P) Summons - Oshkosh, # 4 Summons (P) Summons - REV, # 5 Summons (P) Summons - Pierce, # 6 Summons (P) Summons - Fire Apparatus)(Avallone, Christopher) |
| 10/08/2025 | | NOTICE Regarding assignment of this matter to Judge Byron B Conway; Consent/refusal forms for Magistrate Judge Joseph to be filed within 21 days; the consent/refusal form is |

| | | |
|---|---|---|
| | | available here. Pursuant to Civil Local Rule 7.1 a disclosure statement is to be filed upon the first filing of any paper and should be filed now if not already filed. (nf) |
| 10/09/2025 | | Case Opening Modification(s); The following modification(s) have been made to your case entry: The county code has been modified - please remember to choose the county for the first named plaintiff; one or more party names have been modified - please remember to follow the Party Name Guidelines found on our website. Please refer to the attorney case opening instructions and the party name guidelines found in the user manual for further guidance. (kwf) |
| 10/09/2025 | | NOTICE of Electronic Filing Error re 1 Complaint. The description of the attachments contains duplicate text. Most documents on the drop-down list do not need further description. If you want to add a description, do not retype the same words into the description box. For example, if you choose Summons from the drop-down list then you may use the description box to the type in the name of the party to whom the summons is directed but you do not need to type the word summons. This document does not need to be re-filed. Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov for further guidance. (kwf) |
| 10/09/2025 | | Summons Issued as to Oshkosh Corporation, Rosenbauer America LLC, REV Group Inc, Pierce Manufacturing Inc, and Fire Apparatus Manufacturers' Association. (kwf) |
| 10/13/2025 | 2 | WAIVER OF SERVICE Returned Executed by Rosenbauer America LLC - Waiver sent on 10/13/2025. (Avallone, Christopher) |
| 10/14/2025 | 3 | WAIVER OF SERVICE Returned Executed by Oshkosh Corporation - Waiver sent on 10/10/2025. (Avallone, Christopher) |
| 10/14/2025 | 4 | WAIVER OF SERVICE Returned Executed by Pierce Manufacturing Inc - Waiver sent on 10/10/2025. (Avallone, Christopher) |
| 10/14/2025 | 5 | NOTICE of Appearance by Beth J Kushner on behalf of City of Augusta. Attorney(s) appearing: Beth J. Kushner (Kushner, Beth) |
| 10/15/2025 | 6 | WAIVER OF SERVICE Returned Executed by REV Group Inc - Waiver sent on 10/10/2025. (Avallone, Christopher) |
| 10/15/2025 | 7 | NOTICE of Appearance by Ashley B Eickhof on behalf of Rosenbauer America LLC. Attorney(s) appearing: Ashley B. Eickhof (Eickhof, Ashley) |
| 10/17/2025 | 8 | Magistrate Judge Jurisdiction Form filed by City of Augusta. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Avallone, Christopher) |
| 10/23/2025 | 9 | WAIVER OF SERVICE Returned Executed by Fire Apparatus Manufacturers' Association - Waiver sent on 10/10/2025. (Avallone, Christopher) |
| 11/05/2025 | 10 | NOTICE of Appearance by Gregory Paul Hansel on behalf of City of Augusta. Attorney(s) appearing: Gregory P. Hansel (Hansel, Gregory) |
| 11/05/2025 | 11 | NOTICE of Appearance by Elizabeth F Quinby on behalf of City of Augusta. Attorney(s) appearing: Elizabeth F. Quinby (Quinby, Elizabeth) |
| 11/05/2025 | 12 | NOTICE of Appearance by Michael D Hanify on behalf of City of Augusta. Attorney(s) appearing: Michael D. Hanify (Hanify, Michael) |
| 11/05/2025 | 13 | NOTICE of Appearance by Michael S Smith on behalf of City of Augusta. Attorney(s) appearing: Michael S. Smith (Smith, Michael) |
| 11/20/2025 | 14 | Joint MOTION to Appoint Counsel , Joint MOTION to Consolidate Cases by City of Augusta. (Attachments: # 1 Text of Proposed Order)(Avallone, Christopher) |

Case 1:25-cv-01252-WCG     Filed 05/01/26     Page 9 of 15     Document 135-5

| | | |
|---|---|---|
| 11/20/2025 | 15 | BRIEF in Support filed by City of Augusta re 14 Joint MOTION to Appoint Counsel Joint MOTION to Consolidate Cases . (Avallone, Christopher) |
| 11/20/2025 | 16 | DECLARATION of Stephen R. Basser *ISO Joint Motion for Consolidation and Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel* (Attachments: # 1 Ex A to Basser Declaration)(Avallone, Christopher) |
| 11/20/2025 | 17 | DECLARATION of Gregory P. Hansel *ISO Joint Motion for Consolidation and Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel* (Avallone, Christopher) |
| 11/20/2025 | 18 | DECLARATION of Michael J. Flannery *ISO Joint Motion for Consolidation and Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel* (Avallone, Christopher) |
| 11/21/2025 | | NOTICE of Electronic Filing Error re 16 Declaration. All attachments to documents should include a brief description of the attachment - Ex A-Firm Biography. This document does not need to be refiled. Please refer to the policies and procedures for electronic case filing and the user manual found at www.wied.uscourts.gov for further guidance. (kwf) |
| 11/25/2025 | 19 | ORDER signed by Judge Byron B Conway on 11/25/2025 on Consolidation and Appointment of Interim Co-Lead Class Counsel and Interim Liaison Class Counsel. The Direct Purchaser Antitrust Actions are consolidated at docket number 1:25-cv-01543. The Court appoints Interim Class Counsel to act on behalf of the putative direct purchaser class before determining whether to certify the action as a class action. SEE ORDER FOR FURTHER DETAILS. (cc: all counsel) (jmk) |
| 11/25/2025 | | The associated cases have been consolidated. All future filings are to be made in the lead case. Associated Cases: 1:25-cv-01543-BBC, 1:25-cv-01693-BBC, 1:25-cv-01801-BBC (jmk) |
| 11/25/2025 | 20 | NOTICE of Appearance by Samuel M Ward on behalf of City of Philadelphia. Attorney(s) appearing: Samuel M. Ward (Ward, Samuel) |
| 11/25/2025 | 21 | NOTICE of Appearance by Reid J Schar on behalf of Oshkosh Corporation, Pierce Manufacturing Inc. Attorney(s) appearing: Reid J. Schar (Schar, Reid) |
| 11/25/2025 | 22 | NOTICE of Appearance by Douglas E Litvack on behalf of Oshkosh Corporation, Pierce Manufacturing Inc. Attorney(s) appearing: Douglas E. Litvack (Litvack, Douglas) |
| 11/25/2025 | 23 | NOTICE of Appearance by Jariel A Rendell on behalf of Oshkosh Corporation, Pierce Manufacturing Inc. Attorney(s) appearing: Jariel A. Rendell (Rendell, Jariel) |
| 11/25/2025 | 24 | NOTICE of Appearance by Jacob Wentzel on behalf of Oshkosh Corporation, Pierce Manufacturing Inc. Attorney(s) appearing: Jacob P. Wentzel (Wentzel, Jacob) |
| 11/26/2025 | 25 | NOTICE of Appearance by Danielle M Weiss on behalf of City of Philadelphia. Attorney(s) appearing: Danielle M. Weiss (Weiss, Danielle) |
| 12/01/2025 | 26 | NOTICE of Appearance by William J Ban on behalf of City of Philadelphia. Attorney(s) appearing: William J. Ban (Ban, William) |
| 12/02/2025 | 27 | NOTICE of Appearance by John P Loringer on behalf of Fire Apparatus Manufacturers' Association. Attorney(s) appearing: John P. Loringer (Loringer, John) |
| 12/02/2025 | 28 | NOTICE of Appearance by Andrew M Scarpace on behalf of Fire Apparatus Manufacturers' Association. Attorney(s) appearing: Andrew Scarpace (Scarpace, Andrew) |
| 12/02/2025 | 29 | NOTICE of Appearance by Creighton J Macy on behalf of Rosenbauer America LLC. Attorney(s) appearing: Creighton J. Macy (Macy, Creighton) |

Case 1:25-cv-01252-WCG    Filed 05/01/26    Page 10 of 15    Document 135-5

5/1/26, 3:51 PM                                    Eastern District of Wisconsin - Live

| | | |
|---|---|---|
| 12/02/2025 | 30 | NOTICE of Appearance by Marcella Spoto on behalf of Fire Apparatus Manufacturers' Association. Attorney(s) appearing: Marcella S. Spoto (Spoto, Marcella) |
| 12/02/2025 | 31 | NOTICE of Appearance by Daniel T Flaherty on behalf of Oshkosh Corporation, Pierce Manufacturing Inc. Attorney(s) appearing: Daniel T. Flaherty (Flaherty, Daniel) |
| 12/02/2025 | 32 | DISCLOSURE Statement by Oshkosh Corporation, Pierce Manufacturing Inc. (Schar, Reid) |
| 12/02/2025 | 33 | NOTICE of Appearance by David J Turek on behalf of Rosenbauer America LLC. Attorney(s) appearing: David J. Turek (Turek, David) |
| 12/02/2025 | 34 | NOTICE of Appearance by Joshua S Greenberg on behalf of Rosenbauer America LLC. Attorney(s) appearing: Joshua S. Greenberg (Greenberg, Joshua) |
| 12/02/2025 | 35 | DISCLOSURE Statement by Rosenbauer America LLC. (Turek, David) |
| 12/02/2025 | 36 | NOTICE of Appearance by Daniel J Vaccaro on behalf of REV Group Inc. Attorney(s) appearing: Daniel J. Vaccaro (Vaccaro, Daniel) |
| 12/02/2025 | 37 | NOTICE of Appearance by Joseph L Olson on behalf of REV Group Inc. Attorney(s) appearing: Joseph L. Olson (Olson, Joseph) |
| 12/02/2025 | 38 | NOTICE of Appearance by Austin A Wesner on behalf of REV Group Inc. Attorney(s) appearing: Austin A. Wesner (Wesner, Austin) |
| 12/02/2025 | 39 | DISCLOSURE Statement by REV Group Inc. (Vaccaro, Daniel) |
| 12/02/2025 | 40 | NOTICE of Appearance by Arthur J Burke on behalf of REV Group Inc. Attorney(s) appearing: Arthur J. Burke (Burke, Arthur) |
| 12/02/2025 | 41 | NOTICE of Appearance by Mari Grace on behalf of REV Group Inc. Attorney(s) appearing: Mari Grace (Grace, Mari) |
| 12/02/2025 | 42 | NOTICE of Appearance by Sean Stefanik on behalf of REV Group Inc. Attorney(s) appearing: Sean Stefanik (Stefanik, Sean) |
| 12/02/2025 | 43 | Joint MOTION to Suspend Deadlines *to Allow for Further Consolidation and Filing of Consolidated Amended Complaints (Rule 7(h) Expedited Non-Dispositive)* by Oshkosh Corporation, Pierce Manufacturing Inc. (Attachments: # 1 Text of Proposed Order)(Schar, Reid) |
| 12/02/2025 | 44 | Joint MOTION to Consolidate Cases *No. 1:25-cv-01252-BBC, No. 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC (Defendants' Joint MOTION)* by Oshkosh Corporation, Pierce Manufacturing Inc. (Attachments: # 1 Text of Proposed Order)(Schar, Reid) |
| 12/02/2025 | 45 | BRIEF in Support filed by Oshkosh Corporation, Pierce Manufacturing Inc re 44 Joint MOTION to Consolidate Cases *No. 1:25-cv-01252-BBC, No. 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC (Defendants' Joint MOTION)*. (Attachments: # 1 Exhibit A - 25-CV-01543-BBC Complaint, # 2 Exhibit B - 25-CV-01693 Complaint, # 3 Exhibit C - 25-CV-01717-BBC Complaint, # 4 Exhibit D - 25-CV-01801 Complaint, # 5 Exhibit E - 25-CV-01543-BBC Cover Sheet, # 6 Exhibit F - 25-CV-01693 Cover Sheet, # 7 Exhibit G - 25-CV-01717-BBC Cover Sheet, # 8 Exhibit H - 25-CV-01801 Cover Sheet)(Schar, Reid) |
| 12/03/2025 | 46 | DISCLOSURE Statement by Fire Apparatus Manufacturers' Association. (Scarpace, Andrew) |

Case 1:25-cv-01252-WCG    Filed 05/01/26    Page 11 of 15    Document 135-5

https://ecf.wied.uscourts.gov/cgi-bin/DktRpt.pl?645315654197581-L_1_0-1                    10/14

| 12/03/2025 | 47 | NOTICE of Appearance by Stephen R Basser on behalf of City of Philadelphia. Attorney(s) appearing: Stephen R. Basser (Basser, Stephen) |
|---|---|---|
| 12/04/2025 | 48 | Magistrate Judge Jurisdiction Form filed by All Plaintiffs. (NOTICE: Pursuant to Fed.R.Civ.P. 73 this document is not viewable by the judge.) (Avallone, Christopher) |
| 12/11/2025 | 49 | ORDER signed by Judge Byron B Conway on 12/11/2025. Absent further order of the court, all deadlines in the above-captioned cases, including the deadline for any defendant to answer or otherwise respond to the complaints, are stayed through March 12, 2026. (cc: all counsel) (jmk) |
| 12/22/2025 | 50 | Expedited MOTION for Extension of Time *to Respond to Defendants' Motion to Consolidate Cases* by City of Augusta. (Attachments: # 1 Text of Proposed Order) (Kushner, Beth) |
| 12/23/2025 | 51 | Joint MOTION to Modify *Order Appointing Interim Co-Lead Counsel for Direct Purchaser Class to Add One Additional Firm* by City of Augusta. (Attachments: # 1 Text of Proposed Order)(Kushner, Beth) |
| 12/23/2025 | 52 | BRIEF in Support filed by City of Augusta re 51 Joint MOTION to Modify *Order Appointing Interim Co-Lead Counsel for Direct Purchaser Class to Add One Additional Firm* . (Attachments: # 1 Ex. A - City of Revere v. Oshkosh Corp., # 2 Ex. B - City of Chelsea v. Oshkosh Corp., # 3 Ex. C - Borough of Roseland v. Oshkosh Corp.)(Kushner, Beth) |
| 12/23/2025 | 53 | DECLARATION of Jeffrey A. Barrack, Michael J. Flannery, and Gregory P. Hansel *ISO Brief* 52 *ISO Motion to Modify Order Appointing Interim Co-Lead Counsel for Direct Purchaser Class to Add One Additional Firm* (Kushner, Beth) |
| 12/23/2025 | 54 | DECLARATION of Joseph R. Saveri *ISO Brief* 52 *ISO Motion to Modify Order Appointing Interim Co-Lead Counsel for Direct Purchaser Class to Add One Additional Firm* (Attachments: # 1 Ex. 1 - JSLF Resume)(Kushner, Beth) |
| 12/23/2025 | 55 | TEXT ONLY ORDER signed by Judge Byron B Conway on 12/23/2025: The joint motion for an extension of time (ECF No. 50 ) is granted. In case numbers 25-cv-1252, 25-cv-1543, and 25-cv-1717, the deadline to respond to Defendants' pending Motion for Consolidation is extended until January 6, 2026. (cc: all counsel) (jmk) |
| 12/29/2025 | 56 | TEXT ONLY ORDER signed by Judge Byron B Conway on 12/29/2025: The plaintiffs' joint motion (ECF No. 51 ) is granted. The Joseph Saveri Law Firm is added as an additional interim co-lead counsel. (cc: all counsel)(mav) |
| 01/06/2026 | 57 | RESPONSE to Motion filed by All Plaintiffs re 44 Joint MOTION to Consolidate Cases *No. 1:25-cv-01252-BBC, No. 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC (Defendants' Joint MOTION)* . (Avallone, Christopher) |
| 01/06/2026 | 58 | RESPONSE to Motion filed by City of Augusta re 44 Joint MOTION to Consolidate Cases *No. 1:25-cv-01252-BBC, No. 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC (Defendants' Joint MOTION)* . (Castillo, Elizabeth) |
| 01/06/2026 | 59 | MOTION to Modify *PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS* by City of Arcadia. (Attachments: # 1 Text of Proposed Order)(Castillo, Elizabeth) |
| 01/06/2026 | 60 | BRIEF in Support filed by City of Arcadia re 59 MOTION to Modify *PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS* . (Castillo, Elizabeth) |

| 01/06/2026 | 61 | DECLARATION of Elizabeth T. Castillo *IN SUPPORT OF PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS* (Attachments: # 1 Exhibit 1 - Cotchett, Pitre & McCarthy, LLP Firm Resume)(Castillo, Elizabeth) |
| --- | --- | --- |
| 01/07/2026 | 62 | NOTICE of Appearance by Elizabeth T Castillo on behalf of City of Arcadia. Attorney(s) appearing: Elizabeth T. Castillo (Castillo, Elizabeth) |
| 01/07/2026 | 63 | NOTICE of Appearance by Christian S Ruano on behalf of City of Arcadia. Attorney(s) appearing: Christian S. Ruano (Ruano, Christian) |
| 01/07/2026 | 64 | NOTICE of Appearance by Christopher F Jeu on behalf of City of Arcadia. Attorney(s) appearing: Christopher F. Jeu (Jeu, Christopher) |
| 01/07/2026 | 65 | NOTICE of Appearance by Adam J Zapala on behalf of City of Arcadia. Attorney(s) appearing: Adam J. Zapala (Zapala, Adam) |
| 01/09/2026 | 66 | NOTICE of Appearance by Michael J Flannery on behalf of The Newstead Fire Co., Inc.. Attorney(s) appearing: Michael J. Flannery (Flannery, Michael) |
| 01/13/2026 | 67 | REPLY BRIEF in Support filed by All Defendants re 44 Joint MOTION to Consolidate Cases *No. 1:25-cv-01252-BBC, No. 1:25-cv-01717-BBC, and Direct Purchaser Antitrust Actions, No. 1:25-cv-01543-BBC (Defendants' Joint MOTION)* . (Flaherty, Daniel) |
| 01/16/2026 | 68 | NOTICE of Appearance by Cody Douglas McCracken on behalf of The Newstead Fire Co., Inc.. Attorney(s) appearing: Cody McCracken (McCracken, Cody) |
| 01/20/2026 | 69 | NOTICE of Appearance by Evelyn Yifei Riley on behalf of The Newstead Fire Co., Inc.. Attorney(s) appearing: Evelyn Riley (Riley, Evelyn) |
| 01/21/2026 | 70 | NOTICE of Appearance by Michael Anthony Williams on behalf of City of Liberty Missouri. Attorney(s) appearing: Michael A. Williams (Williams, Michael) |
| 01/21/2026 | 71 | NOTICE of Appearance by Matthew L Dameron on behalf of City of Liberty Missouri. Attorney(s) appearing: Matthew L. Dameron (Dameron, Matthew) |
| 01/21/2026 | 72 | NOTICE of Appearance by Claire M Terrebonne on behalf of City of Liberty Missouri. Attorney(s) appearing: Claire M. Terrebonne (Terrebonne, Claire) |
| 02/10/2026 | 73 | Rule 7(h) Expedited Non-Dispositive MOTION to Suspend Deadlines Pending Decision by theJudicial Panel on MultiDistrict Litigation by Oshkosh Corporation, Pierce Manufacturing Inc. (Attachments: # 1 Ex. A-Text Order 25cv18312, # 2 Text of Proposed Order Proposed Order on Defendants' Motion to Suspend Deadlines)(Flaherty, Daniel) |
| 02/16/2026 | 74 | NOTICE of Withdrawal by John P Loringer on behalf of Fire Apparatus Manufacturers' Association.Attorney Andrew Scarpace to be termed. (Loringer, John) |
| 02/17/2026 | | Attorney Andrew M Scarpace terminated. (kwf) |
| 02/17/2026 | 75 | BRIEF in Opposition filed by City of Augusta, City of Philadelphia, The Newstead Fire Co., Inc. re 73 Rule 7(h) Expedited Non-Dispositive MOTION to Suspend Deadlines Pending Decision by theJudicial Panel on MultiDistrict Litigation . (Attachments: # 1 Exhibit A - MDL Filing)(Kushner, Beth) |
| 02/18/2026 | 76 | LETTER from David J. Turek *to Judge Conway*. (Attachments: # 1 Exhibit A - JPML Notice of Hearing Session)(Turek, David) |
| 02/19/2026 | | NOTICE by the Court of Motions terminated: (59 in 1:25-cv-01543-BBC) MOTION to Modify *PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS,* (3 in 1:25-cv- |

| | | |
|---|---|---|
| | | 02005-BBC) MOTION to Modify *PLAINTIFF CITY OF ARCADIA'S MOTION TO PARTIALLY MODIFY THE COURT'S APPOINTMENT OF CLASS COUNSEL IN THE IPP ACTIONS* **ORDER DENYING Motion entered in 25-cv-1252, Dkt. No. 87.** (jmk) |
| 02/19/2026 | 77 | TEXT ONLY ORDER signed by Judge Byron B Conway on 2/19/2026: The defendants' motion to stay (25CV1252, ECF No. 80; 25CV1543, ECF No. 73 ) is GRANTED IN PART. In light of the plaintiffs' expressed intent to soon file a consolidated amended complaint, the deadlines for the defendants to answer any pending complaint are stayed. Absent further order of the court the defendants shall answer any consolidated amended complaint within 21 days of filing. The motion to stay is DENIED in all other respects. (cc: all counsel) (jmk) |
| 02/20/2026 | 78 | ORDER signed by Judge Byron B Conway on 2/20/2026 GRANTING 44 Motion to Consolidate Cases. 25-CV-1543, In Re: Direct Purchaser Fire Apparatus Antitrust Litigation is consolidated with 25-CV-1252, In Re: Indirect Purchaser Fire Apparatus Antitrust Litigation for pretrial purposes. All filings shall be under case number 25-CV-1252. The consolidated action shall be referred to as 25-CV-1252, In Re: Fire Apparatus Antitrust Litigation. The consolidated actions, 25-CV-1252, In Re: Indirect Purchaser Fire Apparatus Antitrust Litigation and 25-CV-1543, In Re: Direct Purchaser Fire Apparatus Antitrust Litigation will each maintain their separate identity within the overall consolidated action. To the extent practical, these matters, i.e., the Direct Purchaser and Indirect Purchaser actions, should proceed as a single consolidated action. (cc: all counsel) (jmk) |
| 03/04/2026 | 79 | NOTICE of Appearance by Marco Cercone on behalf of The Newstead Fire Co., Inc.. Attorney(s) appearing: Marco Cercone (Cercone, Marco) |
| 03/11/2026 | 80 | AMENDED COMPLAINT with Jury Demand against All Defendants filed by City of Augusta. (Attachments: # 1 Ex A - Examples of FAMA Meetings and Defendant Attendees)(Avallone, Christopher) |
| 04/06/2026 | 81 | MDL CERTIFIED TRANSFER ORDER. All actions listed on Schedule A and pending outside the Eastern District of Wisconsin are transferred to the Eastern District of Wisconsin and assigned to the Honorable William C. Griesbach for coordinated or consolidated pretrial proceedings. (cc: all counsel)(mav) |
| 04/06/2026 | | Case Reassigned to Judge William C Griesbach. (MDL Member Case. Lead Case No: 26-md-3179) Judge Byron B Conway no longer assigned to the case. (mav) |
| 04/10/2026 | 82 | ORDER FOR TELEPHONE CONFERENCE signed by Judge William C Griesbach on 4/10/2026. By 4/24/2026, counsel shall confer and submit to the Clerk's Office Mailbox 3 proposed dates on or before 5/15/2026 on which the primary attorney for the defendant and for each of the plaintiffs are available for a telephonic initial status hearing. Counsel for plaintiffs shall confer re selection of lead and liaison counsel. If no agreement is reached, counsel for each plaintiff shall file a status report regarding the selection no later than 3 days before the status conference. Associated Cases: 2:26-md-03179-WCG et al. (cc: all counsel)(Griesbach, William) |
| 04/10/2026 | 83 | Rule 7(h) Expedited Non-Dispositive MOTION to Vacate *Deadlines In the Direct and Indirect Purchaser Actions* by City of Revere. (Attachments: # 1 Text of Proposed Order Granting Plaintiffs' and Defendants' Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Vacate Deadlines)Associated Cases: 2:26-md-03179-WCG et al.(Saveri, Joseph) |
| 04/13/2026 | 84 | ORDER signed by Judge William C Griesbach on 4/13/2026 granting Joint Civil L.R. 7(h) Expedited Non-Dispositive Motion to Vacate Deadlines in the Direct and Indirect Purchaser Actions. The current deadlines in the following Direct and Indirect Purchaser Actions are vacated pending further order of the Court: In re Direct Purchaser Fire Apparatus Antitrust Litigation (25-cv-01252), In re Indirect Purchaser Fire Apparatus |

Case 1:25-cv-01252-WCG    Filed 05/01/26    Page 14 of 15    Document 135-5

| | | |
|---|---|---|
| | | Antitrust Litigation (25-cv-01252), City of Revere v. AIP, LLC et al (26-cv-572), City of Chelsea v. Fire Apparatus Manufacturers' Association et al (26-cv-573), Burrough of Roseland v. Fire Apparatus Manufacturers' Association et al (26-cv-574). Associated Cases: 2:26-md-03179-WCG et al. (cc: all counsel)(Griesbach, William) |
| 04/24/2026 | | NOTICE of Hearing: Preliminary Telephone Conference set for 5/13/2026 at 09:30 AM (CT) before Judge William C Griesbach. The parties shall call the court Zoom telephone conference line at **669-254-5252**, use **Meeting ID: 161 5758 9308**, press # to bypass Participant ID,and enter **Passcode: 519855** to join the call. To ensure a clear record of the hearing, participants should not use a speaker phone. Participants shall call in at least 5 minutes prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. **Counsel shall email the Clerk's mailbox no later than 1 day prior to the call at wied_clerks_gb@wied.uscourts.gov to provide the names of attorneys appearing.** If you have any questions, please contact the Clerks Office at 920-884-3720. (cc: all counsel) Associated Cases: 2:26-md-03179-WCG et al. (mav) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/01/2026 14:42:49 | | | |
| **PACER Login:** | danielleweiss | **Client Code:** | 1751 |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-01543-WCG |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |