**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LIGTIGATION<br><br>This document applies to:<br>All Actions | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

**JOINT STATUS REPORT ON BEHALF OF CLASS ACTION PLAINTIFFS**

Following the Court's April 10, 2026, Order (ECF No. 2), all Plaintiffs have met and conferred. Counsel for the class-action plaintiffs jointly submit this status report in advance of the May 13 telephonic conference.

Broadly speaking, Plaintiffs can be broken down into three groups: (1) a class of "direct purchaser" plaintiffs that bought fire apparatus directly from named manufacturer defendants ("DPPs"); (2) a class of "indirect purchaser" plaintiffs ("IPPs") that purchased fire apparatus indirectly from named manufacturer defendants (*e.g.*, through a dealership); and (3) a group of non-class individual plaintiffs ("Individual Actions") who are all represented by the same counsel: Simonsen Sussman, LLP, Baron & Budd, P.C., and Halling & Cayo, S.C.

First, Plaintiffs have shared among themselves drafts of a comprehensive case management plan that includes a proposed schedule through trial. Plaintiffs have also shared drafts of an ESI Protocol and a Protective Order. Plaintiffs intend to share those materials with Defendants within two weeks of the Court appointing interim lead counsel for the class cases under Federal Rule of Civil Procedure 23(g). That will allow Plaintiffs an opportunity to consider and address any questions the Court may raise at the status conference.

Second, with regard to the selection of lead and/or liaison counsel, all class-action plaintiffs jointly provide the following statement:

**DPP Leadership:** The DPPs have privately organized through unanimous consent and have submitted their motion for appointment of co-lead counsel. *See* ECF No. 18.

**IPP Leadership:** A disagreement exists among the IPPs as to the selection of lead counsel. IPP counsel will submit separate statements outlining the status of leadership for the IPPs.

**Individual Actions**: After meeting and conferring, a disagreement exists as to whether to appoint counsel for the Individual Actions as lead counsel for their individual cases or provide some other title. Certain class plaintiffs have some concerns over the appointment of lead counsel for the individual actions and wish to avoid any confusion with the role of appointed representation for the classes and absent class members under Federal Rule of Civil Procedure 23(g). The DPPs and IPPs will be prepared to address this issue at the May 13 telephonic conference.

We appreciate the Court's attention. The primary attorneys for the DPPs and IPPs will be prepared to answer the Court's questions at the telephonic status conference.

Dated: May 8, 2026

Respectfully submitted:

By: /s/ *Gregory P. Hansel*
Gregory P. Hansel (WIED No. 607101)
Michael S. Smith (WIED No. 004986)
Elizabeth F. Quinby (WIED No. 006168)
Michael D. Hanify (WIED No. 010257)
**PRETI FLAHERTY BELIVEAU &**
**PACHIOS, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Co-Lead Direct Purchaser Class Counsel*
*and Co-Counsel for Plaintiff City of Augusta*

By: /s/ *Beth Kushner*
Beth Kushner, SBN 1008591
Christopher E. Avallone, SBN 1095465
**von BRIESEN & ROPER, s.c.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel*
*and Co-Counsel for Plaintiff City of Augusta*

By: /s/ *Michael J. Flannery*
Michael J. Flannery (WIED No. 110084)
**CUNEO GILBERT FLANNERY & LADUCA,**
**LLP**
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*
*and Counsel for Plaintiff The Newstead Fire Co.,*
*Inc.*

Evelyn Riley
Cody McCracken
**CUNEO GILBERT FLANNERY & LADUCA,**
**LLP**
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*
*and Counsel for Plaintiff The Newstead Fire Co.,*
*Inc.*

3

By: /s/ *Jeffrey A. Barrack*
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff City of Philadelphia*

Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
**BARRACK, RODOS & BACINE**
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff City of Philadelphia*

William J. Ban (WIED No. 1870690)
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff City of Philadelphia*

By: /s/ *Joseph R. Saver*i
Joseph R. Saveri (WIED State Bar No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)
David Seidel (CA State Bar No 307135)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
          rspiegel@saverilawfirm.com
          dseidel@saverilawfirm.com

*Interim Co-Lead Direct Purchaser Class Counsel
and Counsel for Plaintiff City of Revere*

By:      /s/ *Daniel C. Hedlund*
Daniel C. Hedlund (Bar #025833)
Daniel E. Gustafson (Bar #202241)
Joshua J. Rissman (Bar #0391500)
Frances Mahoney-Mosedale (Bar #402741)
Gabrielle M. Kolb (Bar #504386)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622

4

Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: fmahoneymosedale@gustafsongluek.com
Email: gkolb@gustafsongluek.com


By:    */s/ Steve W. Berman*
Steve W. Berman (Bar #12536)
Moses Jehng  (Bar #64333)
Stephanie Verdoia (Bar #58636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com
Email: stephaniev@hbsslaw.com


By: */s/ Erin Dickinson*
Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email:  ekd@cruegerdickinson.com
Email:  cjc@cruegerdickinson.com




*Interim Co-Lead Counsel for Indirect Purchaser
Plaintiffs and Counsel for the Cities of La Crosse
and Onalaska and the Claverack Fire District*

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
Email: pnovak@weitzlux.com
Email:  cverville@weitzlux.com

5

Email: mlai@weitzlux.com

*Executive Committee Counsel for Indirect Purchaser Plaintiffs and for the Cities of Ann Arbor, Middletown, and Ridgeland*

Kevin Landau
Brett Cebulash
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
Telephone: 646-873-7654
Facsimile: 212-931-0703
Email: klandau@tcllaw.com
Email: bcebulash@tcllaw.com
Email: mgreaves@tcllaw.com

*Executive Committee Counsel for Indirect Purchaser Plaintiffs and for the Commack Fire District*

Douglas P. Dehler (Bar #1000732)
Joseph D. Newbold (Bar #1085294)
**O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202
Phone: (414) 276-5000
Email: doug.dehler@wilaw.com
Email: joseph.newbold@wilaw.com

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Ph. 866-540-5505
Email: jcshah@millershah.com
Email: nfinkelman@millershah.com

*Counsel for Plaintiffs and the City of Milwaukee*

Michael E. Klenov
(Cal. Bar No. 277028)
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Tel.: (314) 241-4844

George A. Zelcs
(N.D. Il. Bar No. 3123738)
gzelcs@koreintillery.com
Daniel A. Epstein
(N.D. Il. Bar No. 6320580)
depstein@koreintillery.com
Labeat Rrahmani
(N.D. Il. Bar No. 6340286)
lrrahmani@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750

*Counsel for Plaintiffs and the City of Fullerton*

*/s/ Elizabeth T. Castillo*
Adam J. Zapala
Elizabeth T. Castillo
Christopher F. Jeu
Christian S. Ruano
Lauren A. Devens
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
cjeu@cpmlegal.com
cruano@cpmlegal.com
ldevens@cpmlegal.com

*Attorneys for Plaintiff City of Arcadia, California*

7

*/s/ Jennifer D. Hackett*
James R. Martin
Jennifer D. Hackett
Sabrina A. Nelson
Noah Wolfenstein
Desmond Sims
**ZELLE LLP**
1775 Pennsylvania Avenue, NW
Suite 375
Washington, DC 20006
Telephone: (202) 899-4100
Facsimile: (612) 336-9100
jmartin@zellelaw.com
jhackett@zellelaw.com
snelson@zellelaw.com
nwolfenstein@zellelaw.com
dsims@zellelaw.com

Basel J. Musharbash
Anureet Sandhu
Domenic Powell
**ANTIMONOPOLY COUNSEL**
101 W. Houston Street
Paris, Texas 75460
Telephone: (903) 205-8422
Fax: (903) 347-2917
basel@antimonopoly.us
anu@antimonopoly.us
domenic@antimonopoly.us

*Attorneys for Plaintiffs the Unified Government of Wyandotte County and Kansas City, Kansas and City of Las Vegas, Nevada*