**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | MDL No. 3179<br>Case No. 2:26-md-03179-WCG<br>Hon. William C. Griesbach |

**STATUS REPORT**
**REGARDING INDIRECT PURCHASER PLAINTIFF LEADERSHIP**

On December 29, 2025, Judge Conway appointed Hagens Berman Sobol Shapiro LLP, Crueger Dickinson LLC, and Gustafson Gluek PLLC (together, "Interim Co-Lead Counsel"), as Interim Class Counsel to act on behalf of the putative indirect purchaser class. *In re Fire Apparatus Antitrust Litig.*, No. 25-cv-1252 (ECF No. 49). Interim Co-Lead Counsel filed the first fire truck antitrust case after a lengthy investigation and have been acting consistently with the initial leadership Order. For example, Interim Co-Lead Counsel communicated with all defense counsel to facilitate the scheduling for filing of a consolidated amended complaint. Interim Co-Lead Counsel have already filed a consolidated complaint and previously negotiated with Defendants a date for filing responsive pleadings or motions. Currently, Interim Co-Lead Counsel are working with the direct purchaser class counsel to draft a Case Management Order, Protective Order, and ESI Protocol.

Interim Co-Lead Counsel are cognizant that this Court has the inherent authority to reconsider their appointment. *See, e.g.*, *id*. (appointing Interim Co-Lead Counsel and stating, "These appointments apply to the firms. The Court may add or replace the appointed firms upon request of Interim Co-Lead Class Counsel or on the Court's own motion where circumstances warrant."). Respectfully, this Court need not do so; Interim Co-Lead Counsel has been and will continue to fulfill this Court's prior leadership Order, and modifying or vacating that prior Order

1

does not benefit the putative indirect purchaser class.[1] Previously, when Plaintiff City of Arcadia sought to add its attorneys, Cotchett, Pitre & McCarthy, LLP, as Interim Class Counsel, it moved to modify the Court's initial leadership Order. *Id.* (ECF No. 56). The Court denied that motion, finding such an appointment was "likely to undermine the interests of the class by creating inefficiencies and unnecessarily increasing costs." *Id.* (ECF No. 87.) The same is true today.

Based upon Judge Conway's prior leadership Order, Interim Co-Lead Counsel believe that if counsel for other indirect purchaser plaintiffs seek leadership appointment, the proper mechanism is a motion to vacate, modify, or otherwise reconsider that Order. Consistent with that position, Interim Co-Lead Counsel intend to move to appoint O'Neil, Cannon, Hollman, DeJong & Laing S.C., counsel for Plaintiff City of Milwaukee, as Liaison Counsel. If this Court determines such motions are not the proper mechanisms to adjust leadership in this case, Interim Co-Lead Counsel stand ready to resolve the issue of leadership for the putative indirect purchaser plaintiffs as this Court directs.

Dated: May 8, 2026

Respectfully submitted,

By: /s/ *Steve W. Berman*
Steve W. Berman (Bar #12536)
Moses Jehng (Bar #64333)
Stephanie Verdoia (Bar #58636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: moses.jehng@hbsslaw.com
Email: stephaniev@hbsslaw.com

---

[1] On February 20, 2026, this Court ordered the establishment of an Executive Committee comprised of the law firms of Weitz & Luxenberg P.C. and Taus, Cebulash & Landau, LLP for the putative indirect purchaser plaintiff class. *Id.* (ECF No. 89). Interim Co-Lead Counsel also believe that order remains in effect.

2

By: /s/ *Daniel E. Gustafson*
Daniel E. Gustafson (Bar #202241)
Daniel C. Hedlund (Bar #025833)
Joshua J. Rissman (Bar #0391500)
Frances Mahoney-Mosedale (Bar #402741)
Gabrielle M. Kolb (Bar #504386)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 S Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: jrissman@gustafsongluek.com
Email: fmahoneymosedale@gustafsongluek.com
Email: gkolb@gustafsongluek.com

By: /s/ *Erin Dickinson*
Erin Dickinson (Bar #1036707)
Charles Crueger (Bar #1029825)
**CRUEGER DICKINSON LLC**
4532 North Oakland Avenue
Milwaukee, WI 53211
Telephone: (414) 210-3868
Email: ekd@cruegerdickinson.com
Email: cjc@cruegerdickinson.com

*Interim Co-Lead Counsel for Indirect Purchaser
Plaintiffs and Counsel for the Cities of La Crosse
and Onalaska and the Claverack Fire District*

Paul F. Novak
Casey Verville
Milena Lai
**WEITZ & LUXENBERG, P.C.**
Fisher Building
3011 West Grand Blvd., 24th Floor
Detroit, MI 48202
Phone: (313) 800-4170
Fax: (646) 293-7992
Email: pnovak@weitzlux.com
Email: cverville@weitzlux.com
Email: mlai@weitzlux.com

3

*Executive Committee Counsel for Indirect Purchaser Plaintiffs and for the Cities of Ann Arbor, Middletown, and Ridgeland*

Kevin Landau (Bar #2835668)
Brett Cebulash (Bar #2622190)
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, New York 10038
Telephone: 646-873-7654
Facsimile: 212-931-0703
Email: klandau@tcllaw.com
Email: bcebulash@tcllaw.com
Email: mgreaves@tcllaw.com

*Executive Committee Counsel for Indirect Purchaser Plaintiffs and for the Commack Fire District*

Douglas P. Dehler (Bar #1000732)
Joseph D. Newbold (Bar #1085294)
**O'NEIL, CANNON, HOLLMAN, DEJONG & LAING S.C.**
111 E. Wisconsin Avenue, Suite 1400
Milwaukee, Wisconsin 53202
Phone: (414) 276-5000
Email: doug.dehler@wilaw.com
Email: joseph.newbold@wilaw.com

James C. Shah
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Ph. 866-540-5505
Email: jcs@millershah.com
Email: nfinkelman@millershah.com

*Counsel for Plaintiffs and the City of Milwaukee*

Michael E. Klenov (Bar # 277028)
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Tel.: (314) 241-4844

4

George A. Zelcs (Bar # 3123738)
gzelcs@koreintillery.com
Daniel A. Epstein (Bar #6320580)
depstein@koreintillery.com
Labeat Rrahmani (Bar #6340286)
lrrahmani@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750

*Counsel for Plaintiffs and the City of Fullerton*

5