# EXHIBIT 1

 **SIMONSEN SUSSMAN**

**Catherine Simonsen <catherine@simonsensussman.com>**

# RE: In Re: Fire Apparatus Antitrust Litigation - Case Management Order and Meet and Confer

**Joseph Saveri** <jsaveri@saverilawfirm.com>　　　　　Fri, May 1, 2026 at 4:25 PM
To: Catherine Simonsen <catherine@simonsensussman.com>, Alexander Kraszewski <alexander.kraszewski@bakerbotts.com>, Ed Duffy <ed.duffy@bakerbotts.com>, "ecastillo@cpmlegal.com" <ecastillo@cpmlegal.com>, "Stephen R. Basser" <Sbasser@barrack.com>, "mhomer@dynamisllp.com" <mhomer@dynamisllp.com>, "jbrown@leedsbrownlaw.com" <jbrown@leedsbrownlaw.com>, "dgustafson@gustafsongluek.com" <dgustafson@gustafsongluek.com>, "saldridge@barrettlawgroup.com" <saldridge@barrettlawgroup.com>, "aalesandro@leedsbrownlaw.com" <aalesandro@leedsbrownlaw.com>, "donbarrettpa@gmail.com" <donbarrettpa@gmail.com>, "mwilliams@williamsdirks.com" <mwilliams@williamsdirks.com>, Jeffrey Barrack <JBARRACK@barrack.com>, "cterrebonne@williamsdirks.com" <cterrebonne@williamsdirks.com>, "bcebulash@tcllaw.com" <bcebulash@tcllaw.com>, "cjeu@cpmlegal.com" <cjeu@cpmlegal.com>, "whoese@kohnswift.com" <whoese@kohnswift.com>, "sam@straussborrelli.com" <sam@straussborrelli.com>, "Smith, Michael S." <MSmith@preti.com>, "austin.wesner@michaelbest.com" <austin.wesner@michaelbest.com>, "jspector@srkattorneys.com" <jspector@srkattorneys.com>, "Hanify, Michael D." <MHanify@preti.com>, Shpetim Ademi <sademi@ademilaw.com>, "cuehlein@tenlaw.com" <cuehlein@tenlaw.com>, "beth.kushner@vonbriesen.com" <beth.kushner@vonbriesen.com>, Ronnie Spiegel <rspiegel@saverilawfirm.com>, "raina@straussborrelli.com" <raina@straussborrelli.com>, "j.powell@swrllp.com" <j.powell@swrllp.com>, "s.sturdivan@swrllp.com" <s.sturdivan@swrllp.com>, Sabrina Nelson <SNelson@zellelaw.com>, Noah Wolfenstein <NWolfenstein@zellelaw.com>, Desmond Sims <DSims@zellelaw.com>, "basel@antimonopoly.us" <basel@antimonopoly.us>, "anu@antimonopoly.us" <anu@antimonopoly.us>, "domenic@antimonopoly.us" <domenic@antimonopoly.us>, "doug.dehler@wilaw.com" <doug.dehler@wilaw.com>, "joseph.newbold@wilaw.com" <joseph.newbold@wilaw.com>, "jcs@millersha.com" <jcs@millersha.com>, "nfinkelman@millershah.com" <nfinkelman@millershah.com>, Matt Sill <msill@fulmersill.com>, Sean Stefanik <firetrucks_outsidecounsel@bakerserv.com>, "Danielle M. Weiss" <dweiss@barrack.com>, Mari Grace <mari.grace@davispolk.com>, Jennifer Duncan Hackett <JHackett@zellelaw.com>, "Jacob P. Wentzel" <jwentzel@jenner.com>, "bsadowsky@kttlaw.com" <bsadowsky@kttlaw.com>, "rrb@rrblawfirm.net" <rrb@rrblawfirm.net>, "cmccracken@cuneolaw.com" <cmccracken@cuneolaw.com>, "mtompkins@leedsbrownlaw.com" <mtompkins@leedsbrownlaw.com>, "bwidlanski@kttlaw.com" <bwidlanski@kttlaw.com>, David Seidel <dseidel@saverilawfirm.com>, Dan Hedlund <dhedlund@gustafsongluek.com>, "bfreer@tenlaw.com" <bfreer@tenlaw.com>, "steve@hbsslaw.com" <steve@hbsslaw.com>, "mlai@weitzlux.com" <mlai@weitzlux.com>, William Ban <wban@barrack.com>, "dhw@lcojlaw.com" <dhw@lcojlaw.com>, "evelyn@cuneolaw.com" <evelyn@cuneolaw.com>, "zdean@kohnswift.com" <zdean@kohnswift.com>, "mlesser@tenlaw.com" <mlesser@tenlaw.com>, "klandau@tcllaw.com" <klandau@tcllaw.com>, "Quinby, Elizabeth F." <EQuinby@preti.com>, "cercone@ruppfalzgraf.com" <cercone@ruppfalzgraf.com>, "areimann@gklaw.com" <areimann@gklaw.com>, "azapala@cpmlegal.com" <azapala@cpmlegal.com>, "matt@williamsdirks.com" <matt@williamsdirks.com>, "mflannery@cuneolaw.com" <mflannery@cuneolaw.com>, "brian@johnsflaherty.com" <brian@johnsflaherty.com>, "jrissman@gustafsongluek.com" <jrissman@gustafsongluek.com>, "mbolt@larsonking.com" <mbolt@larsonking.com>, "dstrouss@tenlaw.com" <dstrouss@tenlaw.com>, "sgreenfogel@litedepalma.com" <sgreenfogel@litedepalma.com>, "roy.bjorlin@wilsonelser.com" <roy.bjorlin@wilsonelser.com>, "bresch@straussborrelli.com" <bresch@straussborrelli.com>, "bcaldes@srkattorneys.com" <bcaldes@srkattorneys.com>, "jsolomon@psdfirm.com" <jsolomon@psdfirm.com>, "vafanador@litedepalma.com" <vafanador@litedepalma.com>, "gam@kttlaw.com" <gam@kttlaw.com>, "jdepalma@litedepalma.com" <jdepalma@litedepalma.com>, Kathryn Caldwell <Kathryn.Caldwell@ropesgray.com>, "bcohen@leedsbrownlaw.com" <bcohen@leedsbrownlaw.com>, Lara Samet Buchwald <lara.buchwald@davispolk.com>, "joshua.wolkoff@bakermckenzie.com" <joshua.wolkoff@bakermckenzie.com>, "John D. Blythin" <jblythin@ademilaw.com>, "Sam M. Ward" <sward@barrack.com>, "john.loringer@wilsonelser.com" <john.loringer@wilsonelser.com>, "ccoffin@pbclawfirm.com" <ccoffin@pbclawfirm.com>, "greenberg@gassturek.com" <greenberg@gassturek.com>, "ekd@cruegerdickinson.com" <ekd@cruegerdickinson.com>, "pwpendley@pbclawfirm.com" <pwpendley@pbclawfirm.com>, "lmummert@litedepalma.com" <lmummert@litedepalma.com>, "stephen.loertscher@bakermckenzie.com" <stephen.loertscher@bakermckenzie.com>, "bwatson@dynamisllp.com" <bwatson@dynamisllp.com>, "cjc@cruegerdickinson.com" <cjc@cruegerdickinson.com>, "cverville@weitzlux.com" <cverville@weitzlux.com>, Cadio Zirpoli <czirpoli@saverilawfirm.com>, "mgreaves@tcllaw.com" <mgreaves@tcllaw.com>, "ldevens@cpmlegal.com" <ldevens@cpmlegal.com>, "Gabrielle M. Kolb" <gkolb@gustafsongluek.com>, "aphillips@straussborrelli.com" <aphillips@straussborrelli.com>, Paul Cuomo <paul.cuomo@bakerbotts.com>, "pnovak@weitzlux.com" <pnovak@weitzlux.com>, "gademi@ademilaw.com" <gademi@ademilaw.com>, "jkohn@kohnswift.com" <jkohn@kohnswift.com>, "sraiter@larsonking.com" <sraiter@larsonking.com>, "cruano@cpmlegal.com" <cruano@cpmlegal.com>, "jsiu@sheppard.com" <jsiu@sheppard.com>, "jantel@sheppard.com" <jantel@sheppard.com>, "lcaseria@sheppard.com" <lcaseria@sheppard.com>, "bprice@bremerwhyte.com" <bprice@bremerwhyte.com>,

"kbremer@bremerwhyte.com" <kbremer@bremerwhyte.com>, "ghansel@preti.com" <ghansel@preti.com>,
"jmartin@zellelaw.com" <jmartin@zellelaw.com>
Cc: "jfiske@baronbudd.com" <jfiske@baronbudd.com>, "lstevens@baronbudd.com" <lstevens@baronbudd.com>, Fire Truck
<ss-fire-truck@simonsensussman.com>, BB Fire Truck <BBFireTruck@baronbudd.com>

Dear Catherine,

Thank you for circulating your proposal on a potential CMO that would govern the case.  Setting aside the issue of timing, we've
reviewed your draft and are of the view that it doesn't properly reflect the way that a multidistrict matter like this one should be
structured, and because of that, we would not recommend it to the Court.  We are working on a draft, which we believe more
appropriately reflects the general rule that class cases are the drivers of the litigation, as those matters encompass the widest array of
claims and broadest number of parties affected by the underlying conduct.  We look forward to conferring with you, as an attorney for
several individual non-class actions, along with representatives of the indirect purchaser class as we seek to reach consensus on a
workable resolution and proposal to submit to the Court at the appropriate time.

**Joseph R. Saveri**
*CEO & Founder*



550  California Street, Suite 910

San Francisco, CA 94104
**T** 415.500.6800
**F** 415.395.9940

---

**From:** Catherine Simonsen <catherine@simonsensussman.com>
**Sent:** Wednesday, April 29, 2026 3:08 PM
**To:** Alexander Kraszewski <alexander.kraszewski@bakerbotts.com>; Joseph Saveri
<jsaveri@saverilawfirm.com>; Ed Duffy <ed.duffy@bakerbotts.com>; ecastillo@cpmlegal.com;
Stephen R. Basser <Sbasser@barrack.com>; mhomer@dynamisllp.com; jbrown@leedsbrownlaw.com;
dgustafson@gustafsongluek.com; saldridge@barrettlawgroup.com;
aalesandro@leedsbrownlaw.com; donbarrettpa@gmail.com; mwilliams@williamsdirks.com; Jeffrey
Barrack <JBARRACK@barrack.com>; cterrebonne@williamsdirks.com; bcebulash@tcllaw.com;
cjeu@cpmlegal.com; whoese@kohnswift.com; sam@straussborrelli.com; Smith, Michael S.
<MSmith@preti.com>; austin.wesner@michaelbest.com; jspector@srkattorneys.com; Hanify, Michael
D. <MHanify@preti.com>; Shpetim Ademi <sademi@ademilaw.com>; cuehlein@tenlaw.com;
beth.kushner@vonbriesen.com; Ronnie Spiegel <rspiegel@saverilawfirm.com>;
raina@straussborrelli.com; j.powell@swrllp.com; s.sturdivan@swrllp.com; Sabrina Nelson
<SNelson@zellelaw.com>; Noah Wolfenstein <NWolfenstein@zellelaw.com>; Desmond Sims
<DSims@zellelaw.com>; basel@antimonopoly.us; anu@antimonopoly.us;
domenic@antimonopoly.us; doug.dehler@wilaw.com; joseph.newbold@wilaw.com;
jcs@millersha.com; nfinkelman@millershah.com; Matt Sill <msill@fulmersill.com>; Sean Stefanik

<firetrucks_outsidecounsel@bakerserv.com>; Danielle M. Weiss <dweiss@barrack.com>; Mari Grace <mari.grace@davispolk.com>; Jennifer Duncan Hackett <JHackett@zellelaw.com>; Jacob P. Wentzel <jwentzel@jenner.com>; bsadowsky@kttlaw.com; rrb@rrblawfirm.net; cmccracken@cuneolaw.com; mtompkins@leedsbrownlaw.com; bwidlanski@kttlaw.com; David Seidel <dseidel@saverilawfirm.com>; Dan Hedlund <dhedlund@gustafsongluek.com>; bfreer@tenlaw.com; steve@hbsslaw.com; mlai@weitzlux.com; William Ban <wban@barrack.com>; dhw@lcojlaw.com; evelyn@cuneolaw.com; zdean@kohnswift.com; mlesser@tenlaw.com; klandau@tcllaw.com; Quinby, Elizabeth F. <EQuinby@preti.com>; cercone@rupppfalzgraf.com; areimann@gklaw.com; azapala@cpmlegal.com; matt@williamsdirks.com; mflannery@cuneolaw.com; brian@johnsflaherty.com; jrissman@gustafsongluek.com; mbolt@larsonking.com; dstrouss@tenlaw.com; sgreenfogel@litedepalma.com; roy.bjorlin@wilsonelser.com; bresch@straussborrelli.com; bcaldes@srkattorneys.com; jsolomon@psdfirm.com; vafanador@litedepalma.com; gam@kttlaw.com; jdepalma@litedepalma.com; Kathryn Caldwell <Kathryn.Caldwell@ropesgray.com>; bcohen@leedsbrownlaw.com; Lara Samet Buchwald <lara.buchwald@davispolk.com>; joshua.wolkoff@bakermckenzie.com; John D. Blythin <jblythin@ademilaw.com>; Sam M. Ward <sward@barrack.com>; john.loringer@wilsonelser.com; ccoffin@pbclawfirm.com; greenberg@gassturek.com; ekd@cruegerdickinson.com; pwpendley@pbclawfirm.com; lmummert@litedepalma.com; stephen.loertscher@ bakermckenzie.com; bwatson@dynamisllp.com; cjc@cruegerdickinson.com; cverville@weitzlux.com; Cadio Zirpoli <czirpoli@saverilawfirm.com>; mgreaves@tcllaw.com; ldevens@cpmlegal.com; Gabrielle M. Kolb <gkolb@gustafsongluek.com>; aphillips@straussborrelli.com; Paul Cuomo <paul.cuomo@bakerbotts.com>; pnovak@weitzlux.com; gademi@ademilaw.com; jkohn@kohnswift.com; sraiter@larsonking.com; cruano@cpmlegal.com; jsiu@sheppard.com; jantel@sheppard.com; lcaseria@sheppard.com; bprice@bremerwhyte.com; kbremer@bremerwhyte.com; ghansel@preti.com; jmartin@zellelaw.com

**Cc:** jfiske@baronbudd.com; lstevens@baronbudd.com; Fire Truck <ss-fire-truck@ simonsensussman.com>; BB Fire Truck <BBFireTruck@baronbudd.com>

**Subject:** In Re: Fire Apparatus Antitrust Litigation - Case Management Order and Meet and Confer

Dear All,

On behalf of the Individual Plaintiffs, I write to start the conversation about an initial CMO for the Court to enter. The Court's April 10 Order for Telephonic Conference (ECF No. 2) provides that at the telephonic conference scheduled for May 13, the Court wishes to discuss "how the court should proceed to secure the just, speedy, and inexpensive determination of the cases, to the extent possible" and that counsel for the parties should already be meeting and conferring on a "case management plan."

To that end, attached please find a draft stipulated CMO counsel for the Individual Plaintiffs would like to propose.  A few notes:

- Paragraph one covers lead and liaison counsel because the Court's April 10 Order also requires "[c]ounsel for each of the plaintiffs [to] confer regarding the selection of lead and liaison counsel" and attempt to "reach agreement."  Simonsen Sussman and Baron & Budd are listed as lead and liaison counsel for the Individual Plaintiffs in the draft because we represent all Individual Plaintiffs to date and the Court will want to appoint leadership for this track--among other reasons, in case in the future other counsel file Individual Actions.  To the extent counsel for the Direct Purchaser Class Actions and Indirect Purchaser Class Actions have reached agreement on leadership for those two tracks, please reply all and let us know so that we can populate the corresponding blanks in paragraph 1.  If agreement cannot be reached, we will need to submit a "status report regarding the selection of lead and liaison counsel for the plaintiffs no later than three days before the status conference."  Ideally we bypass these procedures by all agreeing on a CMO that makes the leadership structure clear therein, and filing it in advance of the telephonic conference.

Case 1:25-cv-01252-WCG    Filed 05/26/26    Page 4 of 5    Document 142-1

- Please let me know if any of the footnotes need to be adjusted.  We did our best to try to thoroughly and accurately capture all of the actions.  There are a few missing case numbers highlighted that can be filled in as the transfer orders are effectuated.

- Jurisdictional issues: The Court stated that at the May 13 conference, it wishes to "preliminarily discuss counsel's general view of whether there are any jurisdictional issues that need prompt consideration."  I understand from defense counsel that they may wish to raise one or more jurisdictional issues at the conference.  We ask defense counsel to take the pen on paragraph 3 in the draft CMO to set forth the jurisdictional issues to be discussed at the telephonic conference, for our review and consideration.

**Could counsel please provide their availability on Monday, May 4 and Tuesday, May 5 for a meet and confer regarding this draft proposed CMO and related issues**?  If you would like to respond just to me on behalf of the party or parties you represent, stating your availability, we can find a time that works for everyone.

Thank you,

Catherine

**Catherine S. Simonsen**  |  Partner

**T**  +1 917 747 5196     **E**  catherine@simonsensussman.com

Simonsen Sussman LLP  |   Los Angeles, CA

This message (including attachments) is confidential and may be attorney-client privileged. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.