# EXHIBIT 7

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: INSULIN PRICING LITIGATION** | **Case No. 2:23-md-03080 (BRM)(RLS)** <br> **MDL No. 3080** |
| **THIS DOCUMENT RELATES TO:** <br> **SELF-FUNDED PAYER TRACK** | **JUDGE BRIAN R. MARTINOTTI** <br> **JUDGE RUKHSANAH L. SINGH** |

## CASE MANAGEMENT ORDER #8

**(ORDER FOR THE CREATION AND MAINTENANCE OF LITIGATION FUND
FOR THE SELF-FUNDED PAYER TRACK)**

On December 5, 2023, the Court entered Case Management Order #3 ("CMO #3"), which established three MDL Litigation Tracks and appointed certain Plaintiffs' leadership positions for each of those tracks. Among the three MDL Litigation Tracks is the Self-Funded Payer Track, in which the Court appointed Co-Lead Counsel, a Plaintiffs' Executive Committee, and a Plaintiffs' Steering Committee. *See* CMO #3 (ECF No. 34).

As set forth below, the Court now sets specific guidelines for the creation and maintenance of a litigation fund for shared expenses incurred for the common benefit of the Self-Funded Payer Track.

1.       Co-Lead Counsel for the Self-Funded Payer Track are directed to establish and administer an account at a financial institution of their choosing to receive funds that are sufficient to cover Plaintiffs' expenses for the prosecution of the Self-Funded Payer Track (the "SFP Litigation Fund").

2.       Co-Lead Counsel for the Self-Funded Payer Track are authorized to appoint a qualified certified public accountant or other duly capable and experienced fund administrator to serve as Escrow Agent and/or Fund Administrator over the SFP Litigation Fund and to keep

1

detailed records of all deposits and withdrawals and to prepare tax returns and other tax filings in connection with the SFP Litigation Fund.

**IT IS SO ORDERED.**

Dated: April 16, 2024

/s/ Brian R. Martinotti
**BRIAN R. MARTINOTTI**
UNITED STATES DISTRICT JUDGE

2