# EXHIBIT A

**EXHIBIT A**
**EXAMPLES OF FAMA MEETINGS AND DEFENDANT ATTENDEES**

April 4-5, 2016
General Membership Meeting, Fort Lauderdale, Florida

| | |
|---|---|
| E-ONE | Grady North, Dan Peters |
| Ferrara Fire Apparatus, Inc. | Bert McCutcheon |
| KME Fire Apparatus | Philip Gerace |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce Manufacturing, Inc. | Jim Johnson, Matt McLeish, Mike Moore |
| Rosenbauer America, LLC | Harold Boer, Mike Schoenberger |
| Smeal Fire Apparatus Co. | Mike Bowman, Jeff Wegner |

April 21, 2016
Technical Committee Meeting, Indianapolis, Indiana

(specific individual attendees unknown)

E-ONE

Ferrara Fire Apparatus, Inc.

KME Fire Apparatus

Pierce Manufacturing, Inc.

Rosenbauer America, LLC

Smeal Fire Apparatus, Co.

Spartan Emergency Response

October 7, 2016
General Membership Meeting, Nashville, Tennessee

| | |
|---|---|
| E-ONE | Grady North |
| Ferrara Fire Apparatus, Inc. | Bert McCutcheon |
| KME Fire Apparatus | Philip Gerace |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce Manufacturing, Inc. | Matt McLeish, Mike Moore |

| Rosenbauer America, LLC | Mike Schoenberger |
| Smeal Fire Apparatus Co. | Mike Bowman, Roger Lackore, Jeff Wegner |

March 21-21, 2017
General Membership Meeting, St. Pete Beach, Florida

| E-ONE | Grady North, Dan Peters |
| Ferrara Fire Apparatus, Inc. | Bert McCutcheon |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce Manufacturing, Inc. | Matt McLeish, Mike Moore, Chad Trinkner |
| Rosenbauer America, LLC | Harold Boer, Scott Oyen, Mike Schoenberger |
| Smeal Fire Apparatus Co. | Roger Lackore |

February 23-24, 2018
General Membership meeting, Coronado, California

| E-ONE | Angie Esposito, Grady North |
| Ferrara | Bert McCutcheon |
| KME | Tim Johnson |
| Oshkosh Airport Products | Lee Morris, Jeff Resch |
| Pierce | Jeromie Johnston, Mike Moore |
| Rosenbauer America | Scott Oyen, Mike Schoenberger |
| Spartan ER | Roger Lackore, John Slawson |

October 9-10, 2019
General Membership Meeting, Toronto, Ontario

| E-ONE | Roger Lackore, Jeff Park, Dan Peters |
| KME | Mike Virnig[1] |
| Oshkosh Airport Products | Lee Morris |
| Pierce | Jerry Conley, Jeromie Johnston, John Schultz |
| Spartan ER | Scott Weishaar |

---

[1] More recently, Mr. Virnig has been identified as REV Group's VP of Sales.

2

October 6, 2020
<u>Fall Membership Business Meeting, Zoom Webinar</u>

| | |
|---|---|
| E-ONE | Roger Lackore |
| Ferrara | Bert McCutcheon |
| Pierce | Jeromie Johnston |
| Spartan ER | Stephen Carleton, Wyatt Compton |

February 28 – March 1, 2022
<u>Membership Business Meeting, St. Pete Beach, Florida</u>

| | |
|---|---|
| E-ONE | Larry Daniels,[2] Gary Pacilio |
| Ferrara | Bert McCutcheon |
| Oshkosh Airport Products | Lee Morris |
| Pierce Manufacturing, Inc. | Jerry Conley, John Schultz |
| Rosenbauer America, LLC | Scott Oyen, John Slawson |
| Spartan Emergency Response | Roger Lackore |

March 20-21, 2023
<u>Spring Membership Business Meeting, Fort Lauderdale, Florida</u>

| | |
|---|---|
| E-ONE, Inc. | Larry Daniels, Gary Pacilio |
| Ferrara Fire Apparatus, Inc. | Dan DesRochers |
| KME Fire Apparatus | Mike Virnig |
| Oshkosh Airport Products | Lee Morris |
| Pierce Manufacturing, Inc. | Jerry Conley, John Schultz |
| Rosenbauer America | Bill Palmer |
| Spartan Emergency Response | Roger Lackore |

---

[2] Larry Daniels is presently listed on the FAMA website as a Director-At-Large of FAMA, and is presently identified as being from REV Fire Group. See, https://www.fama.org/2024-fama-board-of-directors/

3

February 26-27, 2025
<u>Spring Membership Business Meeting, St. Pete Beach, Florida</u>

| | |
|---|---|
| E-ONE | Philip Gerace, Mike Virnig |
| Ferrara Fire Apparatus, Inc. | Larry Daniels |
| KME | Chris McClung |
| Pierce | Lee Morris, John Schultz, Aaron Zak |
| Rosenbauer America | LLC Bill Palmer |
| Spartan ER | Roger Lackore |

4

Case 1:25-cv-01252-WCG    Filed 05/26/26    Page 5 of 5    Document 143