# UNITED STATES DISTRICT COURT
## for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

KME Global, LLC; KME Holdings, LLC; KME RE Holdings LLC; FFA Holdco, Inc.; FFA Acquisition Co., Inc.;    .
Ferrara Fire Apparatus Holding Company, Inc.; Smeal Holding, LLC;  Detroit Truck Manufacturing, LLC

Date:      05/26/2026

/s/ Austin A. Wesner
*Attorney's signature*

Austin A. Wesner, #1122134
*Printed name and bar number*

Michael Best & Friedrich LLP
790 North Water Street, Suite, 250
Milwaukee, WI 53202
*Address*

Austin.Wesner@michaelbest.com
*E-mail address*

(414) 271-6560
*Telephone number*

(414) 277-0656
*FAX number*