# UNITED STATES DISTRICT COURT
### for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| In re: Fire Apparatus Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:26-md-03179-WCG |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

KME Global, LLC; KME Holdings, LLC; KME RE Holdings LLC; FFA Holdco, Inc.; FFA Acquisition Co., Inc.;   .
Ferrara Fire Apparatus Holding Company, Inc.; Smeal Holding, LLC;  Detroit Truck Manufacturing, LLC

Date:      05/26/2026

| /s/ Daniel J. Vaccaro |
|---|
| *Attorney's signature* |
| |
| Daniel J. Vaccaro, #1018037 |
| *Printed name and bar number* |
| |
| Michael Best & Friedrich LLP |
| 790 North Water Street, Suite, 250 |
| Milwaukee, WI 53202 |
| *Address* |
| |
| djvaccaro@michaelbest.com |
| *E-mail address* |
| |
| (414) 271-6560 |
| *Telephone number* |
| |
| (414) 277-0656 |
| *FAX number* |