# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In Re: Fire Apparatus Antitrust Litigation | ) |
| *Plaintiff* | ) |
| v. | )  Case No. 2:26-md-3179 -WCG |
| | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

Plaintiff The Newstead Fire Co., Inc.                                                      .

Date:       05/27/2026

/s/ Sterling Aldridge
*Attorney's signature*

Sarah Sterling Aldridge (MSB #104277)
*Printed name and bar number*

Barrett Law Group, P.A.
404 Court Square N
Lexington, MS 39095

*Address*

saldridge@barrettlawgroup.com
*E-mail address*

(662) 834-2488
*Telephone number*

(662) 834-2628
*FAX number*