**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

_____

IN RE: FIRE APPARATUS ANTITRUST
LITIGATION

Case No. 2:26-md-03179-WCG

Hon. William C. Griesbach

_____

**EXPEDITED NON-DISCOVERY MOTION TO FILE RESPONSE TO ECF 67 and 68**
**(Civil Local Rule 7(h))**

_____

Direct Purchaser Class Plaintiffs, pursuant to Civil Local Rule 7(f) seek leave to file a response brief of no more than 15 pages to respond to new matter and new arguments first raised in ECF 67 and 68.

**1. Direct Purchaser Class Plaintiffs Will Show They Have Standing.**

Counsel for individual plaintiffs, each of which is a member of the putative classes, claim that Direct Purchaser Class Plaintiffs' Co-Lead Counsel do not have standing to object to a sweeping proposed Order that would affect the entire conduct of this litigation. This position is based on mass tort cases, of which this is not one. It is also contrary to United States Supreme Court precedent concerning how Rule 23 applies in the context of antitrust claims.

The individual plaintiffs' claims are duplicative of Direct Purchaser Class Plaintiffs' claims, seeking the same relief. For a number of reasons, which Direct Purchaser Class Plaintiffs will explain to this Court in their proposed response, this gives Direct Purchaser Class Plaintiffs standing to object to the proposed order (ECF 49).

**2. Direct Purchaser Class Plaintiffs Will Show that Individual Plaintiffs Can Obtain Relief if Their Counsel Takes an Appropriate Coordinating Role.**

Counsel for the Individual Plaintiffs argue that they should play a wide-ranging role as Lead Counsel for non-class plaintiffs because it is necessary for those plaintiffs to obtain relief. Direct Purchaser Class Plaintiffs will show that Individual Plaintiffs' Counsel are simply wrong

about the need for, or efficacy of, the sweeping role they have arrogated to themselves. The litigation will proceed more efficiently if the Classes are driving the litigation, rather than the individual plaintiffs. The individual plaintiffs' Counsel need not be entirely on equal footing with Co-Lead Class Counsel to protect the interests of individual plaintiffs. Direct Purchaser Class Plaintiffs will explain this in their requested response.

### 3. Direct Purchaser Class Plaintiffs Will Show that Common Benefit Authority is Inapplicable to the Individual Actions.

Counsel for the Individual Plaintiffs are wrong that they should be treated as providing a common benefit to the litigation. To the contrary, it is class counsel who provide the common benefit in hybrid cases, like this one. *E.g.*, *In re Linerboard Antitrust Litigation*, 292 F. Supp. 2d at 668 and 655–56 (ordering payment "for the purpose of *paying* class plaintiffs' Lead and Liaison Counsel and the Executive Committees appointed by the Court . . . for work benefitting plaintiffs in all lawsuits filed . . . by former class members who opted out of the classes certified by the Court."). Direct Purchaser Class Plaintiffs will provide the Court with the extensive authority on this point in their requested response.

### CONCLUSION

There are numerous other issues with Individual Plaintiffs' 27-page response in opposition to Direct Purchaser Class Plaintiffs' objection to their proposed order, which raises a host of new issues, and misconstrues readily distinguishable case law. It also fails to recognize that there are inherent differences between a class action—which includes absent class members who are statutorily protected by Rule 23(g)'s appointment of lead counsel—with individual actions who have directly chosen their counsel.

2

Thus, for all these reasons, Direct Purchaser Class Plaintiffs request an opportunity to file a responsive brief of no more than 15 pages by June 5, 2026

Dated: May 27, 2026                                     Respectfully submitted:

*s/ Gregory P. Hansel*_____
Gregory P. Hansel (WIED No. 607101)
Michael S. Smith (WIED No. 004986)
Elizabeth F. Quinby (WIED No. 006168)
Michael D. Hanify (WIED No. 010257)
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Co-Lead Direct Purchaser Class Counsel*

*s/ Michael J. Flannery*_____
Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*

*s/ Beth J. Kushner*_____
Beth J. Kushner, SBN 1008591
Christopher E. Avallone, SBN 1095465
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel*

Evelyn Riley*
Cody McCracken*
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*

s/ Jeffrey A. Barrack_____
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

William J. Ban (WIED No. 1870690)
BARRACK, RODOS & BACINE
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

s/ Joseph R. Saveri_____
Joseph R. Saveri (WIED No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)*^
David Seidel (CA State Bar No 307135)*
SAVERI LAW FIRM, LLP
550 California Street, Suite 910
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
        rspiegel@saverilawfirm.com
        dseidel@saverilawfirm.com

*Application for Admission to be filed*
^ Located in Washington State

44400888.1