**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

_____

IN RE: FIRE APPARATUS ANTITRUST
LITIGATION                                          Case No. 2:26-md-03179-WCG


Hon. William C. Griesbach

_____

**[PROPOSED] ORDER FOR SUBMISSION**
_____

The Court grants leave to the Direct Purchaser Class Plaintiffs to file a Response to ECF

67 and 68.  The response may not exceed 15 pages and shall be filed no later than June 5, 2026.


Dated at Green Bay, Wisconsin this _____ day of May, 2026.


_____
William C. Griesbach
United States District Judge


44400768.1