**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LIGTIGATION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

**MOTION OF DIRECT PURCHASER CLASS PLAINTIFFS FOR CURATIVE COMMUNICATION TO ALL SOLICITED POTENTIAL CLASS MEMBERS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23**

Direct Purchaser Plaintiffs City of Augusta, Maine; Newstead Fire Company, Inc.; City of Philadelphia, Pennsylvania; the Metropolitan Government of Nashville & Davidson County; City of Revere, Massachusetts; and Borough of Roseland, New Jersey, (collectively, "DPPs" or "Direct Purchaser Plaintiffs") for themselves and on behalf of the putative direct purchaser plaintiff class ("DPP Class") (collectively, "DPPs" or "Movants"), by and through the undersigned court-appointed co-lead direct purchaser class counsel, hereby move, pursuant to Federal Rule of Civil Procedure 23 and the authorities set forth in detail in the accompanying memorandum of law in support, for an Order (1) approving the proposed corrective notice to all recipients of the Solicitation to be sent by interim co-lead counsel for the direct purchaser class; (2) directing Simonsen Sussman and Baron & Budd, LP ("Individual Action Coordinating Counsel" or "IACC") and/or their lead generator agent(s) to produce within 10 days a mailing list of all putative class members they solicited to file individual actions; and (3) an instruction governing any ongoing and/or future solicitation efforts by IACC.

For the reasons set forth in the accompanying Memorandum of Law and Joint Declaration of Counsel, the requested relief is required in the interests of justice and economy, to protect and reinforce the salutary goals of the Rule 23 class action process from the dissemination and use of incomplete, confusing and potentially misleading advertising and

marketing materials that are being used to solicit putative class members to file redundant, individual actions and for the protection of absent members of the putative direct purchaser plaintiff class.

Dated: May 29, 2026

Respectfully submitted:

s/ Gregory P. Hansel
Gregory P. Hansel (WIED No. 607101)
Michael S. Smith (WIED No. 004986)
Elizabeth F. Quinby (WIED No. 006168)
Michael D. Hanify (WIED No. 010257)
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207)791-3000
ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*Interim Co-Lead Direct Purchaser Class Counsel*

s/ Beth J. Kushner
Beth J. Kushner, SBN 1008591
Christopher E. Avallone, SBN 1095465
von BRIESEN & ROPER, s.c.
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel*

s/ Michael J. Flannery
Michael J. Flannery (WIED No. 110084)
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*

Evelyn Riley*
Cody McCracken*
CUNEO GILBERT FLANNERY &
LADUCA, LLP
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*Interim Co-Lead Direct Purchaser Class Counsel*

s/ Jeffrey A. Barrack
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: jbarrack@barrack.com
E-mail: dweiss@barrack.com
*Interim Co-Lead Direct Purchaser Class Counsel*

Stephen R. Basser (WIED No. 121590)
Samuel M. Ward (WIED No. 216562)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com
E-mail: sward@barrack.com
*Interim Co-Lead Direct Purchaser Class Counsel*

William J. Ban (WIED No. 1870690)
BARRACK, RODOS & BACINE
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax: (212) 688-0783
E-mail: wban@barrack.com

*Interim Co-Lead Direct Purchaser Class Counsel*

s/ Joseph R. Saveri
Joseph R. Saveri (WIED No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)*^
David Seidel (CA State Bar No 307135)*
SAVERI LAW FIRM, LLP
550 California Street, Suite 910
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
         rspiegel@saverilawfirm.com
         dseidel@saverilawfirm.com

*Interim Co-Lead Direct Purchaser Class Counsel*
*\*Application for Admission to be filed*
*^ Located in Washington State*

3