EXHIBIT A

PROPOSED CURATIVE COMMUNICATION TO PUTATIVE CLASS MEMBERS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LIGTIGATION | Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

**COURT-APPROVED NOTICE TO PURCHASERS OF FIRE APPARATUS**

To: Purchasers of Fire Apparatus in the United States

This Notice has been approved by the U.S. District Court for the Eastern District of Wisconsin, in the cases called "In Re: Fire Apparatus Antitrust Litigation, 2:26-md-03179 (E.D. Wis.)" ("the Case").

We are Court-appointed interim co-lead counsel for the direct purchaser class plaintiffs in the Case.

You were sent an attorney advertising brochure about the Case by email. The purpose of this Notice is to provide you with information about the Case to correct or add to statements in the advertisement.

There are class actions on behalf of a proposed class of direct purchasers of fire apparatus and on behalf of a proposed class of indirect purchasers of fire apparatus. You, or the municipality or public entity you represent, may be a member of one or both classes. The Court has not yet decided whether those cases may proceed as class actions. Until the Court decides whether those cases may proceed as class actions, the statute of limitations has been suspended on any antitrust claim you may have within the scope of the Case.

While the proposed class action is pending, you do not need to sue because you may be part of a proposed class. If there is a recovery for the class(es) in which you may be a member, you may only need to file a claim form at an appropriate time to get your share of any such recovery without taking any other action in the Case. If there is a recovery, the Court will decide whether and in what amount to award the lawyers for the classes attorneys' fees and reimbursement of expenses out of the recovery. There will be no additional or specific cost to you. If the Court certifies a class that includes you, there will be a notice to the class and you will have a choice to remain in the class or to opt out of it. If you prefer, you have the right to hire your own attorneys and pay them yourself to file an individual lawsuit, if you believe that is in your best interest.

If you have any questions about In Re: Fire Apparatus Antitrust Litigation, please feel free to contact us, court-appointed co-lead counsel for the direct purchaser plaintiff class. Our contact information is below.

| Interim Co-Lead Direct Purchaser Class Counsel: | |
| --- | --- |
| /s/ Gregory P. Hansel | s/ Michael J. Flannery |
| Gregory P. Hansel (WIED No. 607101) | Michael J. Flannery (WIED No. 110084) |
| Michael S. Smith (WIED No. 004986) | CUNEO GILBERT FLANNERY & |
| Elizabeth F. Quinby (WIED No. 006168) | LADUCA, LLP |
| Michael D. Hanify (WIED No. 010257) | 2 CityPlace Drive |
| PRETI, FLAHERTY, BELIVEAU & | Second Floor |
| PACHIOS, LLP | St. Louis, MO 63141 |
| One City Center | Telephone: (314) 226-1015 |
| P.O. Box 9546 | mflannery@cuneolaw.com |
| Portland, ME 04112-9546 | |
| Tel: (207)791-3000 | |
| ghansel@preti.com | Evelyn Riley |
| msmith@preti.com | Cody McCracken |
| equinby@preti.com | CUNEO GILBERT FLANNERY & |
| mhanify@preti.com | LADUCA, LLP |
| | 2445 M Street NW |
| | Suite 740 |
| | Washington, DC 20037 |
| | Telephone: (202) 789-3960 |
| | evelyn@cuneolaw.com |
| | cmccracken@cuneolaw.com |
| s/ Jeffrey A. Barrack | |
| Jeffrey A. Barrack (WIED No. 78438) | William J. Ban (WIED No. 1870690) |
| Danielle M. Weiss (WIED No. 033342005) | BARRACK, RODOS & BACINE |
| BARRACK, RODOS & BACINE | Eleven Times Square |
| 3300 Two Commerce Square | 640 8th Avenue, 10th Floor |
| 2001 Market Street | New York, New York 10036 |
| Philadelphia, PA 19103 | Tel.: (212) 688-0782 |
| Tel.: (215) 963-0600 | Fax: (212) 688-0783 |
| Fax: (215) 963-0838 | E-mail: wban@barrack.com |
| E-mail: jbarrack@barrack.com | |
| E-mail: dweiss@barrack.com | s/ Joseph R. Saveri |
| Interim Co-Lead Direct Purchaser Class Counsel | Joseph R. Saveri (WIED No. 130064) |
| | Ronnie Spiegel (WA State Bar No. 33721) |
| Stephen R. Basser (WIED No. 121590) | David Seidel (CA State Bar No 307135) |
| Samuel M. Ward (WIED No. 216562) | SAVERI LAW FIRM, LLP |
| BARRACK, RODOS & BACINE | 550 California Street, Suite 910 |
| 600 West Broadway, Suite 900 | San Francisco, California 94108 |
| San Diego, CA 92101 | Tel: (415) 500-6800 |
| Tel.: (619) 230-0800 | Fax: (415) 395-9940 |
| Fax: (619) 230-1874 | E-mail: jsaveri@saverilawfirm.com |
| E-mail: sbasser@barrack.com | rspiegel@saverilawfirm.com |
| E-mail: sward@barrack.com | dseidel@saverilawfirm.com |

2