**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-3179-WCG<br><br>Hon. William C. Griesbach |

### NON-CLASS ACTION PLAINTIFFS' RESPONSE TO DIRECT PURCHASER CLASS PLAINTIFFS' RENEWED EXPEDITED NON-DISCOVERY MOTION TO FILE RESPONSE TO ECF 67 AND 68 (ECF NO. 95)

Non-Class Action Plaintiffs ("NCAPs") hereby respond to Direct Purchaser Class Plaintiffs' ("DPPs") Renewed Expedited Non-Discovery Motion to File Re[ply] to NCAPs' Response to DPPs' Objection to NCAPs' Proposed Order regarding duties of Lead NCAP Counsel (ECF No. 95).

NCAPs have withdrawn their Proposed Order (ECF No. 47) as mooted by the Court's June 9, 2026 Order Regarding Duties of Lead Counsel at Pleading Stage (ECF No. 101). *See* ECF No. 104. Therefore, NCAPs respectfully submit that the following docket entries should be terminated as moot:

- DPPs' Objection (ECF No. 57) to NCAPs' Proposed Order;

- NCAPs' Response to that Objection (ECF No. 67); and

- DPPs' Renewed Expedited Non-Discovery Motion to File Re[ply] to NCAPs' Response to DPPs' Objection (ECF No. 95).

Dated June 11, 2026

Respectfully Submitted,

By: /s/ Catherine S. Simonsen
Catherine S. Simonsen (CA SBN 307325)
Thomas G. Mattes (CA SBN 355010)
**SIMONSEN SUSSMAN LLP**
418 Bamboo Lane, Suite C-18

1

Los Angeles, CA 90012
Tel: (917) 747-5196
Fax: (646) 357-8447
Email: catherine@simonsensussman.com
E-mail: thomas.mattes@simonsensussman.com

Shaoul Sussman (NY SBN 5820782)
Nico Gurian (NY SBN 5590591)
Braden Fain (NY SBN 6198287)
**SIMONSEN SUSSMAN LLP**
307 West 38th Street, 16th Floor
New York, NY 10018
Tel: (646) 693-3929
Fax: (646) 357-8447
Email: shaoul@simonsensussman.com
Email: nico.gurian@simonsensussman.com
Email: braden.fain@simonsensussman.com

Nicolas A. Stebinger (DC SBN 984080)
Victoria R. Sims (DC SBN 1006974)
**SIMONSEN SUSSMAN LLP**
1629 K Street NW, Suite 300
Washington, DC 20006
Tel: (202) 384-3130
Fax: (646) 357-8447
Email: nicolas@simonsensussman.com
Email: victoria.sims@simonsensussman.com

John P. Fiske (CA SBN 249256)
Lindsay R. Stevens (CA SBN 256811)
Jason J. Julius (CA SBN 249036)
**BARON & BUDD, P.C.**
11440 West Bernardo Court, Suite 265
San Diego, CA 92127
Tel: (858) 251-7424
Fax: (214) 523-6600
Email: jfiske@baronbudd.com
Email: lstevens@baronbudd.com
Email: jjulius@baronbudd.com

*Lead Counsel for Non-Class Action Plaintiffs People
of the State of California, acting by and through the
Los Angeles County Counsel, County of Los Angeles,
and Consolidated Fire Protection District of Los
Angeles County; People of the State of California,
acting by and through the Office of County Counsel,*

2

*County of San Diego, County of San Diego, and San Diego County Fire Protection District; People of the State of California, acting by and through the San Diego City Attorney's Office, and City of San Diego; Ebbetts Pass Fire Protection District; City of Santa Barbara; County of Butte; County of Shasta; City of Oakland; City of Santa Clara; Unified Fire Authority; City of Hartford; City of Portland, Oregon; City of Allentown; City of Portsmouth; City of Green Bay; City of Yonkers; City of Tucson; City of Albuquerque; City of Emeryville; City of Tempe; City of Baltimore; City of Des Moines*

3