# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Wisconsin

| | |
|---|---|
| In Re: Fire Apparatus Litigation | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:26-md-03179-WCG |
| _____ | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

People of the State of California, acting by and through the Los Angeles County Counsel; County of Los Angeles; Consolidated Fire Protection District of Los Angeles County                                                                                              .

Date:      06/26/2026                                                    _____
                                                                                    *Attorney's signature*

                                                                                    Anik Banerjee (SBN 236960)
                                                                                    _____
                                                                                    *Printed name and bar number*

                                                                                    500 West Temple Street
                                                                                    Los Angeles, California 90012

                                                                                    _____
                                                                                    *Address*

                                                                                    abanerjee@counsel.lacounty.gov
                                                                                    _____
                                                                                    *E-mail address*

                                                                                    (213) 232-2326
                                                                                    _____
                                                                                    *Telephone number*

                                                                                    (213) 680-2165
                                                                                    _____
                                                                                    *FAX number*