**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION**      **Case No. 26-MD-3179**

This document relates to all cases.

---

**ORDER REGARDING BRIEFING SCHEDULE, STRUCTURE, AND PAGE LIMITS
FOR DEFENDANTS' MOTIONS TO DISMISS**

---

On June 23, 2026, the Court directed the parties to consult with one another and to submit by July 8, 2026, a proposed deadline for answers to the consolidated complaints for the three tracks on which this case is proceeding, at least for now, or, alternatively, a briefing schedule for the motions to dismiss Defendants chose to file in lieu of answers. Defendants have made clear they intend to file motions to dismiss the complaints, and the parties have submitted a proposed briefing schedule. Although the parties are in agreement as to the briefing schedule for the anticipated motions to dismiss, they disagree on the structure and page limits for Defendants' motions. Based on the agreement of the parties, the Court hereby adopts the following briefing schedule:

> a. Defendants' Motions: August 17, 2026
>
> b. Plaintiffs' Responses: October 16, 2026
>
> c. Defendants' Replies: November 25, 2026

As for the structure and page limits suggested by the parties, the Court declines to dictate to Defendants how they must challenge Plaintiffs' consolidated complaints, absent some showing that their proposal is grossly inefficient or unfair and unduly burdensome either to Plaintiffs or the Court. Just as Plaintiffs had the right to structure their consolidated complaints in a manner that they believe best presents their claims against Defendants, Defendants have the right to structure their challenges to Plaintiffs' complaints that they believe is most effective. Having considered

the respective proposals, the Court is satisfied that Defendants' proposal offers a more logical and efficient way of addressing the common and distinct legal claims and issues raised by the various subsets of Plaintiffs against the various subsets of Defendants. Defendants' proposal offers the better opportunity for the parties to address the alleged legal deficiencies of the complaints Defendants intend to assert and avoid duplicative briefing. Plaintiffs' proposal would create substantial overlap and require repetitive arguments. Accordingly, the Court adopts the following proposal for the structure and page limits for the briefing on Defendants' anticipated motions to dismiss:

| Motion to Dismiss | Opening Brief Page Limit | Response Brief Page Limit | Reply Brief Page Limit |
|---|---|---|---|
| Joint Motion to Dismiss Class Plaintiffs' Complaints, City of Leominster Complaint, and City of Providence Complaint | 35 | 35 | 24 |
| Joint Motion to Dismiss Non-Class Plaintiffs' Complaints | 50 | 50 | 34 |
| Joint Motion to Dismiss Indirect Purchaser Plaintiffs' State Law Claims | 15 | 15 | 10 |
| Joint Motion to Dismiss for Lack of Antitrust Standing (applicable to all Plaintiffs) | 15 | 15 | 10 |
| Joint Supplemental Motion to Dismiss City of Providence and City of Leominster Complaints | 20 | 20 | 14 |
| Any Defendant-Specific Motions to Dismiss for each defendant family except AIP LLC and AIP Investor Defendants (applicable to all Plaintiffs) | 10 | 10 | 7 |
| AIP, LLC and AIP Investor Defendants' Motion to Dismiss under Rule 12(b)(2) and 12(b)(6) (applicable to all Plaintiffs) | 35 | 35 | 20 |

The Court notes that with the exception of the reply briefs, the parties largely agree on the total page limits. The page limits are not written in stone, however. If necessary to fully and fairly respond to a motion, and the Court emphasizes the word "necessary," Defendants may file a

2

motion to exceed the page limit allowed.  Likewise, if new arguments are presented in a reply, Plaintiffs may seek leave to file a sur-reply.  Where appropriate, the parties should also incorporate by reference arguments that have been already made rather than repeat the same argument in multiple briefs.

SO ORDERED at Green Bay, Wisconsin this 9th day of July, 2026.

William C. Griesbach
United States District Judge

3