**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION | Case No. 2:26-md-3179-WCG <br><br> Hon. William C. Griesbach |

### CERTIFICATION OF COMPLIANCE WITH ORDER (ECF No. 171)

Lead Counsel for Non-Class Action Plaintiffs ("NCAP") Simonsen Sussman LLP and Baron & Budd, P.C. hereby certifies their compliance with the Court's July 13, 2026 Order, ECF No. 171 (the "Order") as follows:

1. A copy of the Order has been provided to all individual plaintiffs who have filed a complaint in any court that is or is anticipated to be part of this MDL, including individual plaintiff City of Providence, through its counsel Nachawati Law Group, and individual plaintiff City of Leominster, through its counsel Napoli Shkolnik PLLC. *See* Order ¶ 5.

2. A copy of the Court-approved notice language provided in paragraph 6 of the Order—modified at the request of Interim Co-Lead Counsel for the Indirect Purchaser Class to include their contact information—was sent to all clients of Lead NCAP Counsel who have not yet filed a complaint, whether or not they received the brochure. Going forward, any future solicitation communication, including the brochure, sent to a member of a putative class in this MDL by Lead NCAP Counsel or any law firm working with Lead NCAP Counsel will include the Court-approved notice language provided in paragraph 6 of the Order. *See* Order ¶ 6.

3. Lead NCAP Counsel has produced to Interim Co-Lead Counsel for the Direct Purchaser Class a list of all municipalities, public entities, and/or any legal representative of such municipalities or public entities who were provided a copy of the brochure, regardless of whether receipt of delivery was acknowledged, and the contact information used to provide the brochure

1

(omitting the duplicative municipalities and public entities who have already received the Order

with the Court-approved notice language pursuant to paragraph 1 above). *See* Order ¶ 4.


Dated July 23, 2026                    Respectfully Submitted,

                                       By: /s/ Lindsay R. Stevens
                                       John P. Fiske (CA SBN 249256)
                                       Lindsay R. Stevens (CA SBN 256811)
                                       Jason J. Julius (CA SBN 249036)
                                       **BARON & BUDD, P.C.**
                                       11440 West Bernardo Court, Suite 265
                                       San Diego, CA 92127
                                       Tel: (858) 251-7424
                                       Fax: (214) 523-6600
                                       Email: jfiske@baronbudd.com
                                       Email: lstevens@baronbudd.com
                                       Email: jjulius@baronbudd.com

                                       Catherine S. Simonsen (CA SBN 307325)
                                       Thomas G. Mattes (CA SBN 355010)
                                       **SIMONSEN SUSSMAN LLP**
                                       418 Bamboo Lane, Suite C-18
                                       Los Angeles, CA 90012
                                       Tel: (917) 747-5196
                                       Fax: (646) 357-8447
                                       Email: catherine@simonsensussman.com
                                       E-mail: thomas.mattes@simonsensussman.com

                                       Shaoul Sussman (NY SBN 5820782)
                                       Nico Gurian (NY SBN 5590591)
                                       Braden Fain (NY SBN 6198287)
                                       **SIMONSEN SUSSMAN LLP**
                                       307 West 38th Street, 16th Floor
                                       New York, NY 10018
                                       Tel: (646) 693-3929
                                       Fax: (646) 357-8447
                                       Email: shaoul@simonsensussman.com
                                       Email: nico.gurian@simonsensussman.com
                                       Email: braden.fain@simonsensussman.com

                                       Nicolas A. Stebinger (DC SBN 984080)
                                       **SIMONSEN SUSSMAN LLP**
                                       1629 K Street NW, Suite 300

2

Washington, DC 20006
Tel: (202) 384-3130
Fax: (646) 357-8447
Email: nicolas@simonsensussman.com
Email: victoria.sims@simonsensussman.com

*Lead Counsel for Non-Class Action Plaintiffs People of the State of California, acting by and through the Los Angeles County Counsel, County of Los Angeles, and Consolidated Fire Protection District of Los Angeles County; People of the State of California, acting by and through the Office of County Counsel, County of San Diego, County of San Diego, and San Diego County Fire Protection District; People of the State of California, acting by and through the San Diego City Attorney's Office, and City of San Diego; Ebbetts Pass Fire Protection District; City of Santa Barbara; County of Butte; County of Shasta; City of Oakland; City of Santa Clara; Unified Fire Authority; City of Hartford; City of Portland, Oregon; City of Allentown; City of Portsmouth; City of Green Bay; City of Yonkers; City of Tucson; City of Albuquerque; City of Emeryville; City of Tempe; City of Baltimore; City of Des Moines; City of Tacoma; City of Tuscaloosa; City of Tampa; Town of Gilbert; City of Oxnard; City of Pittsburgh; City of Bellingham; City of Encinitas*

3