**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*All Actions* | MDL No. 3179<br><br>Case No. 2:26-md-03179-WCG<br><br>Hon. William C. Griesbach |

**ORDER**

Upon consideration of Defendants' Joint Civil Local Rule 7(h) Expedited Non-Dispositive Motion to Hold Deadlines to Respond to Complaints Filed After July 8, 2026 in Abeyance, filed pursuant to Civil Local Rule 7(h) ("**Defendants' Motion to Hold Response Deadlines in Abeyance**"), seeking to hold in abeyance the deadlines to respond to the Complaints in *City of Pittsburgh v. REV Group et al.*, No. 1:26-cv-01232 (E.D. Wis.); *City of Bellingham v. REV Group, LLC, et al.*, No. 1:26-cv-01238 (E.D. Wis.); *City of Eau Claire v. REV Group, LLC, et al.*, No. 1:26-cv-01303 (E.D. Wis.); *City of Encinitas v. REV Group, LLC, et al.*, No. 3:26-cv-04210 (S.D. Cal.) (conditionally transferred to the MDL on August 10, 2026 (Dkt. No. 196)); *City of Scottsdale v. REV Group, LLC, et al.*, No. 2:26-cv-05238 (D. Ariz.) (conditionally transferred to the MDL on August 10, 2026 (Dkt. No. 196)); *City of Grass Valley v. REV Group, LLC, et al.*, No. 2:26-at-01336 (E.D. Cal.) (conditionally transferred to the MDL on August 21, 2026 (Dkt. No. 199)); *City of Oceanside v. REV Group, LLC, et al.*, No. 3:26-cv-04566 (S.D. Cal.) (conditionally transferred to the MDL on August 21, 2026 (Dkt. No. 199)); *City of White Plains v. REV Group, LLC, et al.*, No. 7:26-cv-6859 (S.D.N.Y.) (conditionally transferred to the MDL on August 21, 2026 (Dkt. No. 199)); *City of Chula Vista v. REV Group, LLC, et al.*, No. 3:26-cv-04861 (S.D. Cal.) (conditionally transferred to the MDL on August 31, 2026 (Dkt. 203)); *City of Peoria v. REV Group, LLC, et al.*,

No. 2:26-cv-06191 (D. Ariz.); *Moraga-Orinda Fire Protection District v. REV Group, LLC, et al.*, No. 4:26-cv-09285 (N.D. Cal.); and *Citrus County v. REV Group, LLC, et al.*, No 1:26-cv-01500 (E.D. Wis.) (collectively, the "**Tag-Along Actions**"), until 60 days after the date on which the Court resolves Defendants' motions to dismiss, and the Court having considered the parties' positions and being fully advised;

**IT IS HEREBY ORDERED** as follows:

1. Defendants' Motion to Hold Response Deadlines in Abeyance is **GRANTED**.

2. The response deadlines for all Tag-Along Actions and any future tag-along actions are hereby **HELD IN ABEYANCE** until 60 days after the date on which the Court resolves Defendants' motions to dismiss.

3. Nothing in this Order shall prejudice any party's rights, claims, or defenses, including but not limited to any defenses based on insufficient service of process, personal jurisdiction, or any other grounds.

4. This Order shall apply to all cases currently pending in this multidistrict litigation, and to any cases hereafter transferred to this litigation.

Dated this 8th day of September, 2026.

William C. Griesbach

Hon. William C. Griesbach
United States District Judge