**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

| | |
|---|---|
| IN RE: FIRE APPARATUS ANTITRUST LITIGATION<br><br>*This Document Relates To:*<br><br>Direct Purchaser Plaintiff Class Action Track<br>Case No. 1:25-cv-01543 | Case No. 26-MD-03179<br>Hon. William C. Griesbach |

**DIRECT PURCHASER PLAINTIFFS' MOTION TO WITHDRAW EXPEDITED LOCAL RULE 7(h) NONDISPOSITIVE MOTION FOR LEAVE TO FILE EXCESS PAGES**

Direct Purchaser Plaintiffs ("Plaintiffs") hereby move the Court to permit the withdrawal of the documents entitled "Direct Purchaser Plaintiffs' Expedited Local Rule 7(h) Nondispositive Motion for Leave to File Excess Pages" and "Declaration of David Seidel in Support of Direct Purchaser Plaintiffs' Motion for Leave to File Excess Pages" filed on October 12, 2026. (ECF Nos. 212-214.)

The basis for this Motion is that Defendants have advised Plaintiffs that they do not agree to the relief sought in ECF Nos. 212-214. There was a good faith misunderstanding as to the terms of agreement. Plaintiffs will continue to (a) endeavor to comply with the requirements for pages in the subject brief; and (b) reach agreement with Defendants only if and to the extent that additional pages are necessary.

Dated this 13th day of October, 2026.

Respectfully Submitted:

*s/ Beth J. Kushner*
Beth J. Kushner, SBN 1008591
Christopher E. Avallone, SBN 1095465
**von BRIESEN & ROPER, s.c.**
411 East Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Tel: (414) 276-1122
Email: beth.kushner@vonbriesen.com
christopher.avallone@vonbriesen.com

*Interim Direct Purchaser Class Liaison Counsel*

*s/ Gregory P. Hansel*
Gregory P. Hansel (WIED No. 607101)
Michael S. Smith (WIED No. 004986)
Elizabeth F. Quinby (WIED No. 006168)
Michael D. Hanify (WIED No. 010257)
**PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP**
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Tel: (207)791-3000
Email: ghansel@preti.com
msmith@preti.com
equinby@preti.com
mhanify@preti.com

*s/ Michael J. Flannery*
Michael J. Flannery (WIED No. 110084)
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
Email: mflannery@cuneolaw.com

Evelyn Riley
Cody McCracken
**CUNEO GILBERT FLANNERY & LADUCA, LLP**
2445 M Street NW, Suite 740
Washington, DC 20037
Tel: (202) 789-3960
Email: evelyn@cuneolaw.com
cmccracken@cuneolaw.com

*s/ Jeffrey A. Barrack*
Jeffrey A. Barrack (WIED No. 78438)
Danielle M. Weiss (WIED No. 033342005)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
jbarrack@barrack.com
dweiss@barrack.com

Stephen R. Basser (WIED No. 121590)
**BARRACK, RODOS & BACINE**
3580 Carmel Mountain Road, Suite 460
San Diego, CA 92130
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com

William J. Ban (WIED No. 1870690)
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax: (212) 688-0783
E-mail: wban@barrack.com

*/s/ Joseph R. Saveri*
Joseph R. Saveri (WIED No. 130064)
Ronnie Spiegel (WA State Bar No. 33721)*
David Seidel (CA State Bar No 307135)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94108
Tel: (415) 500-6800
Fax: (415) 395-9940
E-mail: jsaveri@saverilawfirm.com
rspiegel@saverilawfirm.com
dseidel@saverilawfirm.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Class*

* Located in Washington State

45047609.1.DOCX